**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)*                    Chapter    **11**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Blue Bee, Inc. |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  ANGL |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 80-0950433 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **2301 East 51st Street**<br>**Los Angeles, CA 90058**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **Blue Bee, Inc.** _____    Case number (if known) _____
    Name

7. **Describe debtor's business**    A. *Check one:*

       ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

       ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

       ☐ Railroad (as defined in 11 U.S.C. § 101(44))

       ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

       ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

       ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

       ☑ None of the above

    B. *Check all that apply*

       ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

       ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

       ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       ____  ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ☑ Chapter 11. *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☑ No.
    ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____  When _____  Case number _____

    District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No.
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____

    District _____  When _____  Case number, if known _____

Debtor  **Blue Bee, Inc.**                                        Case number (if known)
        _____
        Name

---

**11. Why is the case filed in this district?**  *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

    Contact name  _____

    Phone  _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Blue Bee, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 19, 2016
                       MM / DD / YYYY

X _____          **Jeff Sunghak Kim**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

X _____          Date    October 19, 2016
Signature of attorney for debtor          MM / DD / YYYY

**Juliet Y. Oh**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address    **JYO@LNBYB.com**

**211414**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Bee, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 19, 2016**   X _____
Signature of individual signing on behalf of debtor

**Jeff Sunghak Kim**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Blue Bee, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| W/A SVT Holdings VI LLC PO Box 749659 Los Angeles, CA 90074-9659 | | | | | | $307,583.37 |
| Nine Planet 1022 S. Wall Street Los Angeles, CA 90015 | | | | | | $240,774.00 |
| L'atiste 424 Towne Avenue Los Angeles, CA 90021 | | | | | | $240,115.75 |
| Rancho Mall LLC PO Box 72439 Cleveland, OH 44192 | | | | | | $235,426.20 |
| Tyler Mall Limited Partnership SDS-12-3113 PO Box 86 Minneapolis, MN 55486-3113 | | | | | | $196,825.84 |
| SEVEND 2301 E. 7th St. Suite E-200 Los Angeles, CA 90023 | | | | | | $191,511.55 |
| Macerich SMP LP c/o David M. Cohen, Esq. 5950 Canoga Avenue, Suite 605 Woodland Hills, CA 91367 | | | | | | $168,249.45 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Blue Bee, Inc.**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Century City Mall LLC 10250 Santa Monica Blvd Suite 1 Los Angeles, CA 90067 | | | | | | $159,796.69 |
| Paseo Nuevo Owner LLC PO Box 780268 Philadelphia, PA 19178-0268 | | | | | | $147,351.89 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | Unknown |
| Horton Plaza LP PO Box 55708 Los Angeles, CA 90074-5708 | | Unlawful Detainer Lawsuit | Contingent Disputed | | | $132,671.22 |
| The Retail Property Trust Brea Mall PO Box 772827 Chicago, IL 60677-2827 | | | | | | $119,925.75 |
| CA State Board of Equalization P.O. Box 942879 Sacramento, CA 94279 | | | | | | Unknown |
| Alythea 1016 S. Towne Ave., #106 Los Angeles, CA 90021 | | | | | | $116,256.25 |
| Caribbean Queen Inc. 1128 S. Crocker Street Los Angeles, CA 90021 | | | | | | $109,028.60 |
| Shops at Mission Viejo LLC 7415 Solution Center Chicago, IL 60677-7004 | | | | | | $103,602.14 |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 2

Debtor   **Blue Bee, Inc.**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lynx Property Management Inc 924 Laguna St. Suite B Santa Barbara, CA 93101 | | | | | | $100,825.62 |
| Plaza Bonita, LLC Blackmar, Principe & Schmelter, APC 600 B. Street, Suite 2250 San Diego, CA 92101 | | | **Contingent Disputed** | | | $93,492.28 |
| Macerich Fresno LP PO Box 849418 Los Angeles, CA 90084-9418 | | | | | | $91,474.12 |
| South Bay Center SPE LLC PO Box 72056 Cleveland, OH 44192-0056 | | | | | | $91,227.66 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re    **Blue Bee, Inc.** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeff Sunghak Kim**<br>**333 S. Moonrise Drive**<br>**Malibu, CA 90265** | **Common** | | 50% |
| **Young A. Kim**<br>**333 S. Moonrise Drive**<br>**Malibu, CA 90265** | **Common** | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 19, 2016** _____    Signature _____
Jeff Sunghak Kim

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                                , California.

Date:       **October 19, 2016**

Jeff Sunghak Kim
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 1*                          **F 1015-2.1.STMT.RELATED.CASES**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Blue Bee, Inc.** _____      Case No. _____

                                    Debtor(s)      Chapter      **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 50,000.00 |
| Prior to the filing of this statement I have received | $ | 50,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
           **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Matters which are outside of LNBYB's specialization**

In re   __Blue Bee, Inc._____   Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 19, 2016**_____        _____
*Date*                                            **Juliet Y. Oh 211414**
                                                  *Signature of Attorney*
                                                  **Levene, Neale, Bender, Yoo & Brill LLP**
                                                  **10250 Constellation Blvd.**
                                                  **Suite 1700**
                                                  **Los Angeles, CA 90067**
                                                  **(310) 229-1234**
                                                  *Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Juliet Y. Oh**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **211414**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Blue Bee, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **22** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 19, 2016**
_____
Signature of Debtor 1

Date: _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____
_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Blue Bee, Inc.
2301 East 51st Street
Los Angeles, CA 90058


Juliet Y. Oh
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


A. Peach
735 E. 12th Street
Unit #106
Los Angeles, CA 90021


AAA Financial Services
PO Box 15019
Wilmington, DE 19886-5019


AAKAA
747 E. 10th Street, #116
Los Angeles 90021


Ace 5000 Supply Inc.
7050 Valley View Street
Buena Park, CA 90620


All States Services
PO Box 94258
Las Vegas, NV 89193


Alythea
1016 S. Towne Ave., #106
Los Angeles, CA 90021

Angel In Heaven Inc.
2301 East 51st Street
Los Angeles, CA 90058


Angl, Inc. - AZ
2301 East 51st Street
Los Angeles, CA 90058


Angl, Inc. - NV
2301 East 51st Street
Los Angeles, CA 90058


ARK & CO
1100 S. San Pedro Street, #C4
Los Angeles, CA 90015


Artistic Sign Group, Inc.
2319 Alameda Ave, Ste 2F
Ventura, CA 93003


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


AT&T Uverse
PO Box 5014
Carol Stream, IL 60197-5014


Audrey 3 1
1100 S. San Pedro Street, #N-07
Los Angeles, CA 90015

Beautifully
721 E. 12th Street, #B1
Los Angeles, CA 90021


Bella Terra Associates LLC
c/o DJM Capital Partners
7777 Edinger Avenue, Suite 133
Huntington Beach, CA 92647


BLANC
1013 Crocker Street
Los Angeles, CA 90021


Buffalo Electric Wholesale
1220 W. Venice Blvd.
Los Angeles, CA 90006


CA State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


CA State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0055


Cameo
726 E. 12th Street, #110
Los Angeles, CA 90021


CAPREF Paseo LLC
Dept. 20130
P.O. Box 206249
Dallas, TX 75320-6249

CAPREF Strand LLC
PO Box 678749
Dallas, TX 75267-8749


Cardmember Service
PO Box 790408
St. Louis, MO 63179-0408


Caribbean Queen Inc.
1128 S. Crocker Street
Los Angeles, CA 90021


Catch Me
1015 Crocker Street, #S-05
Los Angeles, CA 90021


Century City Mall LLC
10250 Santa Monica Blvd
Suite 1
Los Angeles, CA 90067


Century City Mall, LLC
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067


Chase Card Services
PO Box 94014
Palatine, IL 60094-4014


Chocolate Jewellry, Inc.
10 W. 33rd Street, #230
New York, NY 10001

CIM/Huntington LLC
Accounting Dept, H&H Highland Ctr
6801 Hollywood Blvd., Suite 170
Los Angeles, CA 90028


City of LA Business Tax
Office of Finance
PO Box 513996
Los Angeles, CA 90051-3996


City of Santa Barbara
Business License
P.O Box 1190
Santa Barbara, CA 93102-1990


Clothing Illustrated
1100 S. San Pedro Street, #B-5
Los Angeles, CA 90015


County of Orange
Attn: Treasurer- Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


County of San Diego
Attn: Weights & Measures
9325 Hazard Way #100
San Diego, CA 92123-1217


Crown Window Cleaning & Building
2017 N. Gateway Blvd. #103
Fresno, CA 93727-1621


Culver City Mall LLC
c/o Katten Muchin Rosenman LLP
2029 Century Park East, 26th Floor
Los Angeles, CA 90067

Culver City Mall LP
PO Box 55705
Los Angeles, CA 90074-5705


Dance & Marvel
1015 Crocker Avenue, #Q2
Los Angeles, CA 90015


David M. Cohen, Esq.
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367


Debut
1015 S. Crocker Street, #Q-14
Los Angeles, CA 90021


Del Amo Fashion Center
P.O. Box 409657
Atlanta, GA 30384-9657


DEPRI
1015 S. Crocker Street, #R-05
Los Angeles, CA 90021


Discover
PO Box 29033
Phoenix, AZ 85038-9033


Discovery Insurance Services
505 Shatto Place #201
Los Angeles, CA 90020

DMX Inc
PO Box 602777
Charlotte, NC 28260-2777


Dollar Fashion, Inc
1114-1 S. Los Angeles Street
Los Angeles, CA 90015


Dollhouse Footwear
19101 E. Walnut Drive
N. City of Industry, CA 91748


Dress Forum
11355 West Olympic Blvd.
Los Angeles, CA 90064


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


En Creme
747 E. 10th Street, #112
Los Angeles, CA 90021


Enti Clothing
807 E. 12th Street, #115
Los Angeles, CA 90021


Euphoria Trading Inc
861 East 31st St
Los Angeles, CA 90011

Fashblvd Inc.
1700 E. 58th Pl Unit #9
Los Angeles, CA 90001


Final Touch
777 E. 12th Street, #1-8
Los Angeles, CA 90021


GGP Otay Ranch LP
Otay Ranch Town Center
PO Box 6352
Carol Stream, IL 60197-6352


Glendale 1 Mall Associates LLC
PO Box 860116
Minneapolis, MN 55486-0116


Granite Telecommunications
Client ID # 311
PO Box 983119
Boston, MA 02298-3119


Grinnell Window Cleaning, Inc.
PO Box 61038
Pasadena, CA 91116


H & D
735 E. 12th Street, #101
Los Angeles, CA 90021


Hana Financial Inc.
c/o Jacqueline N. Anker, Esq.
27 W Anapamu, Suite 325
Santa Barbara, CA 93101

Hera Collection, Inc.
1016 Towne Avenue, # 107
Los Angeles, CA 90021


HJS, An Accountany Corporation
3250 Wilshire Blvd. Suite 1700
Los Angeles, CA 90010


Horton Plaza LLC
PO Box 55708
Los Angeles, CA 90074-5708


Horton Plaza LP
PO Box 55708
Los Angeles, CA 90074-5708


ILLA ILLA
1008 S. Crocker Street
Los Angeles, CA 90021


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


International Environmental Management
24516 Network Place
Chicago, IL 60673-1245


ITAB
3700 Wilshire Blvd. Suite 390
Los Angeles, CA 90010

J JR Drywall Corporation
8749 Alondra Blvd.
Paramount, CA 90723


Jeff Sunghak Kim
333 South Moonrise Drive
Malibu, CA 90265


JIJ Co.
3631 Broadway Place
Los Angeles, CA 90007


Joia
1020 S. Crocker Street
Los Angeles, CA 90021


Jolie Clothing
1100 S. San Pedro Street, #D3
Los Angeles, CA 90015


JP Original
19101 E. Walnut Drive
N. City of Industry, CA 91748


Keter Environmental Services, Inc.
PO Box 417468
Boston, MA 02241-7468


Kook Je Electric Inc.
2532 W. 18th St.
Los Angeles, CA 90019

L & P Group USA, Inc.
10 W 33rd Street, #230
New York, NY 10001


L'atiste
424 Towne Avenue
Los Angeles, CA 90021


LA Cienega Partners LP
Department 58801 PO BOX 67000
Detroit, MI 48267-0588


LA Display Fixture
1227 S. San Pedro St. #1
Los Angeles, CA 90015


LADWP
PO Box 30808
Los Angeles, CA 90030-0808


Lani
1015 S. Crocker St. #Q8
Los Angeles, CA 90021


Law Offices of Jacqueline N. Anker
27 W Anapamu, Suite 325
Santa Barbara, CA 93101


Lee, Hong, Degerman, Kang & Waimey
660 S. Figueroa St. Suite 2300
Los Angeles, CA 90017

Los Angeles County Tax Collector
P.O. Box. 54110
Los Angeles, CA 90054-0110


Love Republic
1172 S. Crocker Street
Los Angeles, CA 90021


Lovely Day Fashion
1100 S. San Pedro Street, #O-12
Los Angeles, CA 90015


LOVPOSH
1165 1/5 S. Crocker Street
Los Angeles, CA 90021


Lululmari
754 E. 12th Street, #2
Los Angeles, CA 90021


Lumiere
2807 S. Santa Fe Avenue
Vernon, CA 90058


Lynx Property Management Inc
924 Laguna St. Suite B
Santa Barbara, CA 93101


Macerich Cerritos LLC
PO Box 849466
Los Angeles, CA 90084-9466

Macerich Fresno LP
PO Box 849418
Los Angeles, CA 90084-9418


Macerich Oaks LLC
PO Box 849428
Los Angeles, CA 90084-9428


Macerich Santa Monica LLC
Dept 2596-3170
Los Angeles, CA 90084-2596


Macerich SMP LP
c/o David M. Cohen, Esq.
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367


Macerich Vintage Faire LP
PO Box 849445
Los Angeles, CA 90084-9445


Macerich Westside Property LLC
PO Box 849446
Los Angeles, CA 90084-9446


Marina Waterside LLC
PO Box 101262
Pasadena, CA 91189-0005


Microhouse Systems Inc.
30 Royal Crest Court, Suite #204
Markham, Ontario, L3R 9W8
Ontario, Canada

My Story
735 E. 12th Street, #106
Los Angeles, CA 90021


Naked Zebra
1000 Crocker Street
Los Angeles, CA 90021


Networkhelper.net
223 Western Ave.
Glendale, CA 91201


New J Fashion Inc.
600 E Washington Blvd. #C26
Los Angeles, CA 90015


Nine Planet
1022 S. Wall Street
Los Angeles, CA 90015


Ningboxinxin-Shengye
No. 82-102 of 4th GongMao Rd, 3d Fl
Ningbo, China


Nude
PO Box 23653
Newark, NJ 07189


Olivaceous
1041 Towne Avenue
Los Angeles, CA 90021

Olympic Glass
2982 W. Pico Blvd.
Los Angeles, CA 90006


OPPO Original Corp.
108-118 Brea Canyon Road
City of Industry, CA 91789


Pacific City Bank
3701 Wilshire Blvd.
Suite 100
Los Angeles, CA 90010


Pacific City Bank
SBA Department
3701 Wilshire Blvd., Suite 310
Los Angeles, CA 90010


Paseo Colorado Holdings LLC
Dept: 104830-20130-7012
PO Box 92388
Cleveland, OH 44193


Paseo Nuevo Owner LLC
PO Box 780268
Philadelphia, PA 19178-0268


Peace People, LLC
2301 East 51st Street
Los Angeles, CA 90058


Phillips 66 CO./GECRB
PO BOX 530970
Atlanta, GA 30353-0970

Phinikko Luggage
402 Rm, 2 Unit, 16 Bldg, Huayang Rd
Jurong, Jiangsu China 212400


Plastic
1100 S. San Pedro Street, #K-1
Los Angeles, CA 90015


Plaza Bonita, LLC
Blackmar, Principe & Schmelter, APC
600 B. Street, Suite 2250
San Diego, CA 92101


Primi
747 E. 10th Street, #105
Los Angeles, CA 90021


Pure Glass Window Cleaning
PO Box 555
Montrose, CA 91021


Rancho Mall LLC
PO Box 72439
Cleveland, OH 44192


Randi Shenker
23711 Elkwood St.
West Hills, CA 91304


REHAB
1165 1/3 Crocker Street
Los Angeles, CA 90021

Rokoko
1136 E. Crocker Street
Los Angeles, CA 90021


RREEF America REIT II Corp. BBB
PO Box 209268
Austin, TX 78720-9268


S-Twelve
1100 S. San Pedro Street, #A-3
Los Angeles, CA 90015


Sadie & Sage
1015 Crocker Street, #S01
Los Angeles, CA 90015


Sage Clothing
1015 Crocker Street, #R-14
Los Angeles, CA 90021


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111


Sans Souci
1100 S. San Pedro Street, #A-1
Los Angeles, CA 90015


Santa Anita Shoppingtown LP
File # 55700
Los Angeles, CA 90074-5700

Santa Anita Shoppingtown LP
c/o Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067


SEVEND
2301 E. 7th St.
Suite E-200
Los Angeles, CA 90023


SevenD, Inc.
2301 E. 7th Street
Suite E-200
Los Angeles, CA 90023


Shamrock/Outlets at the Border LLC
P.O. Box 844032
Los Angeles, CA 90084-4032


Sherman Oaks Fashion Associates
File # 56991
Los Angeles, CA 90074-6991


ShopAngl.Com, Inc.
2301 East 51st Street
Los Angeles, CA 90058


Shops at Mission Viejo LLC
7415 Solution Center
Chicago, IL 60677-7004


SIS-SIS
1100 S. San Pedro Street, #O-13
Los Angeles, CA 90015

Solemio
1100 S. San Pedro Street, #I-4
Los Angeles, CA 90015


Songsung
1211 Long Beach Ave #101
Los Angeles, CA 90021


South Bay Center SPE LLC
PO Box 72056
Cleveland, OH 44192-0056


Southern California Edison
PO Box 300
Rosemead, CA 91772-0001


T-Party
747 E. 10th Street, #101
Los Angeles, CA 90021


TCEC
1016 S. Towne Avenue, #108
Los Angeles, CA 90021


Tea & Cup
1158 Crocker Street
Los Angeles, CA 90021


Tea n Rose
1037 Towne Avenue
Los Angeles, CA 90021

Temecula Towne Center Associates LP
PO Box 72022
Cleveland, OH 44192-0022


The Classic
1202 S. Mateo Street
Los Angeles, CA 90021


The Collection at Riverpark
2751 Park View Court, Suite 261
Oxnard, CA 93036


The Commons at Calabasas LLC
Dept LA 23157
Pasadena, CA 91185-3157


The Irvine Company LLC
PO Box 840368-081001
Los Angeles, CA 90084-0368


The Retail Property Trust
Brea Mall
PO Box 772827
Chicago, IL 60677-2827


Tyler Mall Limited Partnership
SDS-12-3113
PO Box 86
Minneapolis, MN 55486-3113


U.S. Bank Equipment Finance
c/o CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019

U.S. Small Business Administration
Attn: So Cal Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304


UTC LLC
PO Box # 55976
Los Angeles, CA 90074-5976


Valley Plaza Mall LP
SDS-12-1667
PO Box 86
Minneapolis, MN 55486-1667


Very J
1100 S. San Pedro St. #I-5
Los Angeles, CA 90015


VTC Business Center LLC
24303 Town Center Drive, Suite 160
Valencia, CA 91355


W/A SVT Holdings VI LLC
PO Box 749659
Los Angeles, CA 90074-9659


Wolf Rifkin Shapiro et al.
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064-1582


Wow Knit
3100 S. Grand Avenue
Los Angeles, CA 90007

Young Ae Kim
333 South Moonrise Drive
Malibu, CA 90265

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Juliet Y. Oh**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**211414**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>    **Blue Bee, Inc.**<br><br>                   Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

- ☑ Petition, statement of affairs, schedules or lists          Date Filed: **10/19/2016**
- ☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
- ☐ Other *(specify):* _____                                Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

Date:   10/19/2016

_____
Signature (handwritten) of authorized signatory of Filing Party

**Jeff Sunghak Kim**
Printed name of authorized signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

Date:   10/19/2016

_____
Signature (handwritten) of attorney for Filing Party

**Juliet Y. Oh 211414**
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                              F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL