TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **DECLARATION OF JULIET Y. OH IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES** |
| | Date: [To be set] |
| | Time: [To be set] |
| | Courtroom: 1575 |
| | Location: 255 E. Temple Street |
| | Los Angeles, California |

1

1    I, Juliet Y. Oh, hereby declare as follows:

2    1.    I have personal knowledge of the facts set forth herein, and, if called as a witness,

3    could and would testify competently with respect thereto.

4    2.    I am a partner of Levene, Neale, Bender, Yoo & Brill L.L.P., proposed

5    bankruptcy counsel to Blue Bee, Inc. d/b/a ANGL, a California corporation and the debtor and

6    debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "<u>Debtor</u>").  I am

7    licensed to practice law in the State of California and before this Court.

8    3.    I submit this declaration in support of the Debtor's emergency motion for an

9    interim order authorizing the Debtor to use cash collateral on an interim basis pending a final

10    hearing (the "<u>CC Motion</u>").

11    4.    I am informed and advised by the Debtor that it is a corporation which was

12    formed and incorporated in the State of California on August 30, 2013.

13    5.    I am further informed and advised by the Debtor that the Debtor is the successor-

14    in-interest to Angl, Inc., a California corporation which was dissolved on August 30, 2013.  I am

15    informed and advised by the Debtor that all of the assets of Angl, Inc. were transferred to, and all

16    of the liabilities of Angl, Inc. were assumed by, the Debtor for tax and other corporate

17    reorganization purposes.

18    6.    On or about October 18, 2016, I obtained copies of financing statements recorded

19    with the California Secretary of State's office for the Debtor (copies of which are attached as

20    **<u>Exhibit "1"</u>** hereto).  A summary of the financing statements recorded against the Debtor in

21    California is also included in Exhibit "1" hereto.  Briefly, the active filings with respect to the

22    Debtor[1] are as follows.

23    a.    <u>U.S. Bank Equipment Finance</u>.  U.S. Bank Equipment Finance has one

24    active financing statement (filing number 13-7390160767) which purports to cover

25    certain equipment leased or financed from U.S. Bank Equipment Finance, specifically "1

---

[1] The Debtor has advised that the federal tax lien filed by the Internal Revenue Service on May 19, 2010 against "Blue Bee Inc." located at 911 ½ State Street, Santa Barbara, California 93101 applies to a different entity, and not the Debtor.

1

1    misc. cabinets shelvings and etc.; 1 glass, frame work; 1 signage; 1 lightings and

2    electrical; 1 racks; 1 hangers; 1 computer systems; together with all replacements, parts,

3    repairs, additions, accessions and accessories incorporated therein or affixed or attached

4    thereto and any and all proceeds of the foregoing, including, without limitation, insurance

5    recoveries." The date of this active filing is December 10, 2013.

6           b.      Pacific City Bank ("PCB").  PCB has one (1) active financing statement

7    (filing number 14-7422409912) which purports to cover all or substantially all of the

8    Debtor's assets.  The date of this active filing is July 30, 2014.

9           c.      California State Board Of Equalization ("SBOE").  SBOE has one (1)

10   active state tax lien (filing number 15-7447815850) which was recorded against the

11   Debtor on January 29, 2015.

12          d.      Line & Dot, LLC d/b/a Lumiere Collections ("L&E").  L&E has one (1)

13   active judgment lien (filing number 16-7546469513) which was recorded against the

14   Debtor on September 15, 2016.

15   7.      In addition to the financing statements and liens described above, I am advised by

16   the Debtor that creditor Fashblvd., Inc. recorded a UCC financing statement (Document No.

17   57738600002) against the Debtor prior to the commencement of the Debtor's bankruptcy case on

18   October 19, 2016.    Attached as **Exhibit "2"** hereto is evidence of the recordation of the

19   foregoing UCC financing statement by Fashblvd., Inc.

20   8.      On or about October 21, 2016, I obtained copies of financing statements recorded

21   with the California Secretary of State's office for the Debtor's predecessor-in-interest, Angl, Inc.

22   (copies of which are attached as **Exhibit "3"** hereto).   A summary of the financing statements

23   recorded against Angl, Inc. in California is also included in Exhibit "3" hereto.   Briefly, the

24   active filings with respect to Angl, Inc. are as follows.

25          a.      Pacific City Bank.  PCB has one (1) active financing statement (filing

26   number 14-7422509044) which purports to cover all or substantially all of the assets of

27   ANGL, Inc., and therefore, the Debtor.  The date of this active filing is July 30, 2014.

28

2

      b.   <u>Tyler Mall Limited Partnership ("Tyler Mall")</u>.  Tyler Mall has one (1) active judgment lien (filing number 16-7542925708) which was recorded against ANGL, Inc. on August 22, 2016.

      c.   <u>GGP-Otay Ranch, L.P. ("GGP")</u>.  GGP has one (1) active judgment lien (filing number 16-7542926072) which was recorded against ANGL, Inc. on August 22, 2016.

      d.   <u>Valley Plaza Mall, LP ("Valley Plaza")</u>.  Valley Plaza has one (1) active judgment lien (filing number 16-7545824507) which was recorded against ANGL, Inc. on September 12, 2016.

9.    The foregoing is provided for information purposes only.  Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBYB, or acknowledgement by the Debtor, regarding the validity, priority and extent of any liens asserted by any of the Debtor's creditors against the Debtor or otherwise.  The rights of the Debtor and all of its creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

10.    A proposed form of the interim order granting the CC Motion (the "<u>Interim Order</u>"), is attached as **<u>Exhibit "4"</u>** hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of October, 2016 at Los Angeles, California.

_____

JULIET Y. OH

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

[Blue Bee, Inc. – Financing Statements]

CLAS

Better
Intelligence
Better
Decisions™

WORLDWIDE INFORMATION SERVICES

2020 Hurley Way, Suite 350  Sacramento, CA 95825
Local: (916) 564-7800  Fax: (916) 564-7900  Toll Free: (800) 952-5696

**Ask us about UCC eZFILE®**

# UCC Search Report

| | |
|---:|:---|
| **Indices Searched:** | UCCs, Federal Tax Liens, State Tax Liens and Judgments |
| **Jurisdiction/Filing Office:** | State of California, Secretary of State, Uniform Commercial Code Division |
| **Effective Index Date:** | Oct 3, 2016 |
| **Search Type:** | Debtor Name |
| **Subject Search Name:** | Blue Bee, Inc. |
| **Search Key Entered:** | Blue Bee, Inc. |

# Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.

**Certification can only be obtained through the office of the California Secretary of State.**

**1. Federal Tax Lien**                                                   **Lapses: 03/21/2018**

| | |
|---:|:---|
| **Document No. :** | 20087148226957 |
| **Filed :** | 02/19/2008 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE INC , A CORPORATION |
| | 1100 STATE ST |
| | SANTA BARBARA CA 93101 |
| **Secured Party:** | IRS/OHIO |
| | P.O. BOX 145595 |
| | CINCINNATI OH 45250 |
| **Amendment Type:** | Termination |
| **File Number:** | 200871553971 |
| **File Date:** | 04/22/2008 |

**2. Federal Tax Lien**                                                   **Lapses: 06/18/2020**

| | |
|---:|:---|
| **Document No. :** | 20107232625664 |
| **Filed :** | 05/19/2010 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE INC, A CORPORATION |
| | 911 1/2 STATE ST |
| | SANTA BARBARA CA 93101 |
| **Secured Party:** | IRS/OHIO |
| | P.O. BOX 145595 |
| | CINCINNATI OH 45250 |

**3. UCC Financing Statement**                                    **Lapses: 03/21/2016**

| | |
|---:|:---|
| **Document No. :** | 20117263937726 |
| **Filed :** | 03/21/2011 |
| **File Status :** | Lapsed |
| **Debtor:** | BLUE BEE INC. |
| | 923 STATE ST. |
| | SANTA BARBARA CA 93101 |
| **Secured Party:** | LUXURY APPAREL GROUP INC. |
| | 715 STATE ST. |
| | SANTA BARBARA CA 93101 |

**4. UCC Financing Statement**                                    **Lapses: 11/13/2018**

| | |
|---:|:---|
| **Document No. :** | 20137386521006 |
| **Filed :** | 11/13/2013 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE, INC. |
| | 2301 EAST 51ST STREET |
| | VERNON CA 90058 |
| **Secured Party:** | CATHAY BANK, A CALIFORNIA BANKING CORP. |
| | 9650 FLAIR DRIVE |
| | EL MONTE CA 91731 |
| **Amendment Type:** | Termination |
| **File Number:** | 201474333560 |
| **File Date:** | 10/21/2014 |

**5. UCC Financing Statement**                                    **Lapses: 12/10/2018**

| | |
|---:|:---|
| **Document No. :** | 20137390160767 |
| **Filed :** | 12/10/2013 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE, INC. |
| | 2301 E 51ST ST |
| | VERNON CA 90058 |
| **Secured Party:** | U.S. BANK EQUIPMENT FINANCE |
| | 1310 MADRID STREET, SUITE 106 |
| | MARSHALL MN 56258 |

**6. UCC Financing Statement**                                    **Lapses: 07/30/2019**

| | |
|---:|:---|
| **Document No. :** | 20147422409912 |
| **Filed :** | 07/30/2014 |
| **File Status :** | Active |
| **Debtor:** | ANGL |
| | 2301 E. 51ST ST |
| | VERNON CA 90058 |
| **Debtor:** | BLUE BEE, INC. |
| | 2301 E. 51ST ST |
| | VERNON CA 90058 |
| **Debtor:** | THE AREA |
| | 2301 E. 51ST ST |
| | VERNON CA 90058 |
| **Secured Party:** | PACIFIC CITY BANK |
| | 3701 WILSHIRE BLVD., SUITE 310 |

Report Date: Oct 18, 2016

LOS ANGELES CA 90010

**7. State Tax Lien**                                         **Lapses: 01/29/2025**

| | |
|---|---|
| **Document No. :** | 20157447815850 |
| **Filed :** | 01/29/2015 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE INC A CORPORATION |
| | 9 E FIGUEROA ST |
| | SANTA BARBARA CA 93101 |
| **Secured Party:** | BOARD OF EQUALIZATION |
| | PO BOX 942879 |
| | SACRAMENTO CA 94279 |

**8. Judgement lien**                                         **Lapses: 09/15/2021**

| | |
|---|---|
| **Document No. :** | 20167546469513 |
| **Filed :** | 09/15/2016 |
| **File Status :** | Active |
| **Debtor:** | BLUE BEE, INC. DBA ANGL, DBA THE AREA |
| | 2301 E. 51ST STREET |
| | VERNON CA 90058 |
| **Secured Party:** | LINE & DOT, LLC DBA LUMIERE COLLECTIONS |
| | 1912 E. VERNON AVE., STE. 100 |
| | LOS ANGELES CA 90058 |

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

---------- END OF REPORT ----------

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH  45250-5585

COURT RECORDING INFORMATION:
Liber
n/a
Page
n/a
UCC No.
087148226957
Serial No.
n/a

**08-71553971**

**04/22/2008 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

16694890009  UCC 3 FILING

For Use by Recording Office

| Form 668 (Z) | 3592 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| (Rev. 10-2000) | | **Certificate of Release of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 420672708 |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on ___February 19, 2008___ is authorized to note the books to show the release of this lien for these taxes and additions.

Name of Taxpayer  BLUE BEE INC , a Corporation

Residence      1100 STATE ST
               SANTA BARBARA, CA 93101-2713

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2005 | 34-1983049 | 07/30/2007 | 08/29/2017 | 3128.01 |
| ********* | ************* | ************* | ************* | ************* | ************** |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE CALIFORNIA SACRAMENTO, CA 94235 | Total  $ | 3128.01 |

This notice was prepared and signed at _____OAKLAND, CA_____ , on this, the __19th__ day of __March__ , __2008__ .

| Signature  *R. A. Mitchell* | Title  Director, Campus Compliance Operations |
|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - RECORDING OFFICE**

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH  45250-5585

**05-7232625664**

**05/19/2010 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

25074140003   UCC 1 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c) | 1018 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 654372710 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer  BLUE BEE INC, a Corporation

Residence          911 1/2 STATE ST
                   SANTA BARBARA, CA 93101-2701

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2005 | 34-1983049 | 01/01/2007 | 01/31/2017 | |
| 941 | 03/31/2005 | 34-1983049 | 05/04/2009 | 06/03/2019 | 16418.20 |
| 941 | 03/31/2006 | 34-1983049 | 02/05/2007 | 03/07/2017 | |
| 941 | 03/31/2006 | 34-1983049 | 07/13/2009 | 08/12/2019 | 15106.77 |
| 941 | 03/31/2007 | 34-1983049 | 06/25/2007 | 07/25/2017 | |
| 941 | 03/31/2007 | 34-1983049 | 05/18/2009 | 06/17/2019 | 16657.02 |

| Place of Filing | | |
|---|---|---|
| SECRETARY OF STATE CALIFORNIA SACRAMENTO, CA 94235 | Total | $   48181.99 |

This notice was prepared and signed at _____OAKLAND, CA_____, on this,
the ___10th___ day of ___May___, ___2010___.

| Signature | *R. A. Mitchell* | Title REVENUE OFFICER | 27-05-3143 |
|---|---|---|---|
| for RUSTY TATE | | (805) 564-7524 | |

**(NOTE:** Certificate of officer authorized by law to take acknowledgement is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Eric Jones
805 455 0702

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Luxury Apparel Group Inc.
715 State St
Santa Barbara, Ca 93101
USA

**DOCUMENT NUMBER: 28318750002**
**FILING NUMBER: 11-7263937726**
**FILING DATE: 03/21/2011 15:30**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Blue Bee Inc. | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 State St. | Santa Barbara | CA | 93101 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Incorporation | Santa Barbara | 34-1983049  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Luxury Apparel Group Inc. | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 715 State St. | Santa Barbara | CA | 93101 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

As Security for the repayment of the sums loaned ($200,000 USD) by Borrower by Lender as herein provided, Borrower shall secure Lender
with all inventory held by Borrower which corresponds to actual inventory purchased by Borrower with Lender's funds for brands described under SAA. Should borrower fail to repay this loan in the event of termination of SAA or Borrower's insolvency, Lender reserves the right to enforce REPAYMENT of said loan through all means available, including issuing a UCC filing and seeking remedy through the legal process.
The Agreement is binding upon an inure to the benefit of the respective parties, their heirs, executors, administrators, successors, and assigns.
This agreement shall be construed in accordance with the laws of the State of California.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 40329230002
FILING NUMBER: 13-7386521006
FILING DATE: 11/13/2013 14:35
IMAGE GENERATED ELECTRONICALLY FOR XML FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BLUE BEE, INC. | | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| 2301 EAST 51ST STREET | VERNON | | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | 03598935 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| | | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CATHAY BANK, a California Banking Corp. | | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9650 FLAIR DRIVE | EL MONTE | CA | 91731 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets, including but not limited to, all present and future personal property of Grantor also known as Debtor, Accounts (including contract rights and credit card receivables), Goods, Inventory (including raw materials, work in process and finished goods), Equipment, Fixtures and Trade Fixtures, Chattel Paper, Instruments, Documents, General Intangibles (including payment intangibles), Deposit Accounts and Collateral Control Accounts. All products and proceeds of any of the foregoing. All books and records pertaining to any of the foregoing and the equipment and software to maintain such books and records; together with the products and proceeds of any of the foregoing.

ALL TERMS USED HEREIN, IF NOT OTHERWISE SPECIFICALLY DEFINED, SHALL HAVE THE MEANING ASCRIBED THERETO BY THE CALIFORNIA UNIFORM
COMMERCIAL CODE AS SUCH CODE MAY BE AMENDED OR REPLACED FROM TIME TO TIME.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-40632399-47947997

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) <br> Gisella Melendez <br> 800-331-3282 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) <br> CT LIEN SOLUTIONS <br> 2727 ALLEN PARKWAY <br> HOUSTON, TX 77019 <br> USA | **DOCUMENT NUMBER: 45408350002** <br> **FILING NUMBER: 14-74333560** <br> **FILING DATE: 10/21/2014 13:45** <br><br> IMAGE GENERATED ELECTRONICALLY FOR XML FILING <br> THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| | |
|---|---|
| 1a. INITIAL FINANCING STATEMENT FILE NUMBER <br> 13-7386521006 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:   AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record.   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME <br> CATHAY BANK, a California Banking Corp. | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
CA-0-45369177-49155023

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| CT LIEN SOLUTIONS | DOCUMENT NUMBER: 40677240002 |
| 2727 ALLEN PARKWAY | FILING NUMBER: 13-7390160767 |
| HOUSTON, TX 77019 | FILING DATE: 12/10/2013 17:06 |
| USA | IMAGE GENERATED ELECTRONICALLY FOR XML FILING |
| | THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | BLUE BEE, INC. | | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301 E 51ST ST | VERNON | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | Corporation | CA | 03598935 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | U.S. Bank Equipment Finance | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1310 Madrid Street, Suite 106 | Marshall | MN | 56258 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

1 MISC CABINETS SHELVINGS AND ETC ; 1 GLASS, FRAME WORK ; 1 SIGNAGE ; 1 LIGHTINGS AND ELECTRICAL ; 1 RACKS ; 1 HANGERS ; 1 COMPUTER SYSTEMS ; TOGETHER WITH ALL REPLACEMENTS, PARTS, REPAIRS, ADDITIONS, ACCESSIONS AND ACCESSORIES INCORPORATED THEREIN OR AFFIXED OR ATTACHED THERETO AND ANY AND ALL PROCEEDS OF THE FOREGOING, INCLUDING, WITHOUT LIMITATION, INSURANCE RECOVERIES.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-40966971-48022338

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 44165420002**
**FILING NUMBER: 14-7422409912**
**FILING DATE: 07/30/2014 10:52**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|OR| BLUE BEE, INC. | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301 E. 51ST ST | VERNON | CA | 90058 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|OR| ANGL | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301 E. 51ST ST | VERNON | CA | 90058 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|OR| PACIFIC CITY BANK | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3701 Wilshire Blvd., Suite 310 | Los Angeles | CA | 90010 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All Inventory, Chattel Paper, Accounts, Deposit Accounts, Equipment, Instruments and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-44303355-48856436

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ⬚ | |

<table>
<tr><td rowspan="5">OR</td><td>9a. ORGANIZATION'S NAME<br>BLUE BEE, INC.</td><td rowspan="2"></td></tr>
<tr><td></td></tr>
<tr><td>9b. INDIVIDUAL'S SURNAME</td><td rowspan="3">DOCUMENT NUMBER: 44165420002<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY</td></tr>
<tr><td>FIRST PERSONAL NAME</td></tr>
<tr><td>ADDITIONAL NAME(S)/INITIAL(S)  |  SUFFIX</td></tr>
</table>

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

<table>
<tr><td rowspan="4">OR</td><td colspan="4">10a. ORGANIZATION'S NAME<br>THE AREA</td><td></td></tr>
<tr><td colspan="4">10b. INDIVIDUAL'S SURNAME</td><td></td></tr>
<tr><td colspan="4">INDIVIDUAL'S FIRST PERSONAL NAME</td><td></td></tr>
<tr><td colspan="4">INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)</td><td>SUFFIX</td></tr>
<tr><td>10c. MAILING ADDRESS<br>2301 E. 51ST ST</td><td>CITY<br>VERNON</td><td>STATE<br>CA</td><td>POSTAL CODE<br>90058</td><td>COUNTRY<br>USA</td></tr>
</table>

11. ⬚ ADDITIONAL SECURED PARTY'S NAME or ⬚ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

<table>
<tr><td rowspan="2">OR</td><td colspan="4">11a. ORGANIZATION'S NAME</td></tr>
<tr><td>11b. INDIVIDUAL'S SURNAME</td><td>FIRST PERSONAL NAME</td><td>ADDITIONAL NAME(S)/INITIAL(S)</td><td>SUFFIX</td></tr>
<tr><td>11c. MAILING ADDRESS</td><td>CITY</td><td>STATE</td><td>POSTAL CODE</td><td>COUNTRY</td></tr>
</table>

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

| 13. ⬚ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>⬚ covers timber to be cut    ⬚ covers as-extracted collateral    ⬚ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

RECORDING REQUESTED BY

**STATE OF CALIFORNIA
BOARD OF EQUALIZATION**

AND WHEN RECORDED MAIL TO:

**STATE BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CALIFORNIA 94279-0055**

**15-7447815850**

**01/29/2015 17:00**



**FILED**
CALIFORNIA
SECRETARY OF STATE

**SOS**



**46980460016** UCC 1 FILING

### NOTICE OF STATE TAX LIEN

Chapter 14 (Commencing with
section 7150 of Division 7 of
Title 1 of the Government Code)

SECRETARY OF STATE
95

**Certificate No. BE- 1346529**          **Account No.**    **SR -AR -100892181**

The State Board of Equalization of the State of California, hereby certifies that the following named taxpayer(s)
BLUE BEE INC
A CORPORATION

whose last known address was 9 E FIGUEROA ST, SANTA BARBARA, CA 93101-2708
is (are) liable to the State of California for amounts due from and required to be paid by said taxpayer(s) and duly levied and determined under the provisions of the California Sales and Use Tax Law, Part 1, 1.5 and where applicable, Part 1.6 and Article 9.5 Chapter 8 of Part 2 of Division 4 of Public Resource Code.

| PERIOD | ASSESSMENT | TAX | INTEREST | PENALTY | TOTAL |
|---|---|---|---|---|---|
| 04/01/08 03/31/11 | 02/12/12 | $17,500.00 | $4,360.38 | $1,750.00 | $23,610.38 |
| 04/01/08 03/31/11 | 05/30/12 | | | | $550.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | | **$17,500.00** | **$4,360.38** | **$1,750.00** | **$24,160.38** |

Additional interest accrues after  January 31, 2015      , at the modified adjusted rate established pursuant to section 6591.5 of the Revenue and Taxation Code.  Additional penalties may accrue by operation of law.

The State Board of Equalization further certifies that it has complied with all of the provisions of the above-cited law, act, or ordinance in its determination of the amounts required to be paid.

The liability above set forth is a lien upon all personal property and rights to such property, including all after-acquired property and rights to property belonging to the above-named taxpayer(s).



Dated January 22, 2015
At Sacramento, California

The State Board of Equalization of the State of California has caused this Notice to be issued in its name by its representative thereon duly authorized by resolution of said Board.

The agency has adopted the use of a facsimile signature as shown below:

By 

Gina Fong, Authorized Representative

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)
Evan A. Clark, Esq. #309697, (323) 234-2989

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

David L. Prince, Esq. #113599; Evan A. Clark, Esq. #309697
1912 East Vernon Avenue, Suite 100
Los Angeles, California 90058

**16-7546469513**

**09/15/2016 17:00**



**FILED**

CALIFORNIA
SECRETARY OF STATE

**SOS**

**57260270002** UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b.  Do not  abbreviate or combine names.

| 1a ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Blue Bee, Inc. dba Angl, dba The Area |  |  |  |  |

| 1b  INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME |  | SUFFIX |
|---|---|---|---|---|

| 1c  MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301 E. 51st Street | Vernon | CA | 90058 | US |

**2. JUDGMENT CREDITOR'S  NAME**– Do not abbreviate or combine names.

| 2a  ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Line & Dot, LLC dba Lumiere Collections |  |  |  |  |

| 2b  INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE |  | SUFFIX |
|---|---|---|---|---|

| 2c  MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1912 E. Vernon Ave., Ste. 100 | Los Angeles | CA | 90058 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A.  Title of court where judgment was entered: Superior Court of the State of California,

County of Los Angeles, Central District

B.  Title of the action: Line & Dot, LLC v. Blue Bee, Inc.

C.  Number of this action: 16K04890

D.  Date judgment was entered: July 29, 2016

E.  Date of subsequent renewals of judgment (if any):

F.  Amount required to satisfy judgment at date of this notice: $ 17,339.86

G.  Date of this notice: September 13, 2016

**4.  I  declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

SIGNATURE – SEE INSTRUCTION NO. 4

Dated: September 13, 2016
(If not indicated, use same as date in item 3G.)

FOR: Evan A. Clark, Esq. #309697

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145585, STOP 8420G
CINCINNATI, OH 45250-5585

08-7148226957
02/19/2008 17:00
FILED
CALIFORNIA
SECRETARY OF STATE
SOS

15991930021    UCC 1 FILING

For Optional Use by Recording Office

| Form 668 (Y)(c) | 2431 Department of the Treasury - Internal Revenue Service |
|---|---|
| (Rev. February 2004) | **Notice of Federal Tax Lien** |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 | Serial Number |
|---|---|
| Lien Unit Phone: (800) 913-6050 | 420672708 |

**As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.**

Name of Taxpayer BLUE BEE INC , a Corporation

Residence        1100 STATE ST
                 SANTA BARBARA, CA 93101-2713

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 09/30/2005 | 34-1983049 | 07/30/2007 | 08/29/2017 | 3128.01 |

| Place of Filing | | | |
|---|---|---|---|
| SECRETARY OF STATE CALIFORNIA SACRAMENTO, CA 94235 | | Total $ | 3128.01 |

This notice was prepared and signed at _____ LOS ANGELES, CA _____ , on this,
the ____07th__ day of __February__, __2008__.

| Signature | Title |
|---|---|
| R. A. Mitchell | REVENUE OFFICER                27-05-3127 |
| for D. MATTON | (805) 564-7531 |

**(NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office        Form **668(Y)(c)** (Rev. 2-2004)
                                          CAT. NO 60025X

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# <u>EXHIBIT "2"</u>

[Financing Statement by Fashblvd., Inc.]

UCC **connect**
File Online
in California

| UCC | ACCOUNTS | HELP | BRIEFCASE | LOGOUT |

Initial Filing

Please review the UCC Financing Statement below.
When the statement is accurate and complete, select **Submit Filing**. A fee will be charged. Refer to the Fee Schedule
in the HELP section for current fees.
To make changes to the UCC Financing Statement, select the **Edit Filing** button.
If you do not wish to submit this filing, select **Cancel**.

[ Cancel ]  [ Edit Filing ]  [ Submit Filing ]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Chung<br>714-225-9888 | |
| B. E-MAIL CONTACT AT FILER (optional) | **DOCUMENT NUMBER:** 57738600002<br>**FILING NUMBER:** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>Huffine Chung PC<br>2202 S Figueroa St<br>#356<br>Los Angeles, CA 90007<br>USA | **FILING DATE:**<br><br>**IMAGE GENERATED**<br>**ELECTRONICALLY FOR WEB FILING**<br>**THE ABOVE SPACE IS FOR CA FILING**<br>**OFFICE USE ONLY** |

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

|    | 1a. ORGANIZATION'S NAME<br>Blue Bee, Inc. | | | |
|----|-------------------------------|------------------------|-----------------------------------|-------------|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|    | 1c. MAILING ADDRESS<br>2301 E. 51st Street | CITY<br>Vernon | STATE<br>CA | POSTAL CODE<br>90058 | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

|    | 2a. ORGANIZATION'S NAME | | | |
|----|-------------------------------|------------------------|-----------------------------------|-------------|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|    | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Fashblvd., Inc. | | | |

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS<br>1700 E. 58th Pl., #9 | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90001 | COUNTRY<br>USA |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:
All inventory, accounts receivable, instruments, contract rights and other rights to receive the payment of money, patents, chattel
paper,
licenses, leases and general intangibles, whether now owned or hereafter acquired or arising, and all of Debtor's books and
records relating to any of the foregoing; and all machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and
accessories, and all additions, accessions,
modifications, Improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired,
and the proceeds, products and income of any of the foregoing, including insurance proceeds.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box:<br><br>☐Public-Finance Transaction    ☐Manufactured-Home Transaction    ☐A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br><br>☐Agricultural Lien    ☐Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐Lessee/Lessor    ☐Consignee/Consignor
☐Seller/Buyer    ☐Bailee/Bailor    ☐Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "3"

[Angl, Inc. – Financing Statements]

**CLAS**
WORLDWIDE INFORMATION SERVICES

Better
Intelligence
Better
Decisions™

2020 Hurley Way, Suite 350  Sacramento, CA 95825
Local: (916) 564-7800  Fax: (916) 564-7900  Toll Free: (800) 952-5696

**Ask us about UCC eZFILE®**

# UCC Search Report

**Indices Searched:** UCCs, Federal Tax Liens, State Tax Liens and Judgments
**Jurisdiction/Filing Office:** State of California, Secretary of State, Uniform Commercial Code Division
**Effective Index Date:** Oct 3, 2016
**Search Type:** Debtor Name
**Subject Search Name:** Angl, Inc.
**Search Key Entered:** Angl, Inc.

# Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.

**Certification can only be obtained through the office of the California Secretary of State.**

**1. UCC Financing Statement**                                    **Lapses: 11/16/2015**

**Document No. :** 20107251662353
**Filed :** 11/16/2010
**File Status :** Lapsed
**Debtor:** ANGL
      1000 UNIVERSAL STUDIOS BLVD., #172
      UNIVERSAL CITY CA 91608
**Debtor:** ANGL, INC.
      1000 UNIVERSAL STUDIOS BLVD., #172
      UNIVERSAL CITY CA 91608
**Secured Party:** WILSHIRE STATE BANK
      NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
      LOS ANGELES CA 90010
**Amendment Type:** Termination
**File Number:** 201273228995
**File Date:** 07/31/2012


**2. UCC Financing Statement**                                    **Lapses: 11/16/2015**

**Document No. :** 20107251731774
**Filed :** 11/16/2010
**File Status :** Lapsed
**Debtor:** ANGL
      8500 BEVERLY BLVD #7799
      LOS ANGELES CA 90048
**Debtor:** ANGL, INC.

8500 BEVERLY BLVD #7799
LOS ANGELES CA 90048
**Secured Party:** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010
**Amendment Type:** Termination
**File Number:** 201273229000
**File Date:** 07/31/2012

**3. UCC Financing Statement**                                    **Lapses: 11/16/2015**

**Document No. :** 20107251731532
**Filed :** 11/16/2010
**File Status :** Lapsed
**Debtor:** ANGL
6801 HOLLYWOOD BLVD #359
HOLLYWOOD CA 90028
**Debtor:** ANGL, INC.
6801 HOLLYWOOD BLVD #359
HOLLYWOOD CA 90028
**Secured Party:** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010
**Amendment Type:** Termination
**File Number:** 201273228996
**File Date:** 07/31/2012

**4. UCC Financing Statement**                                    **Lapses: 11/16/2015**

**Document No. :** 20107251662474
**Filed :** 11/16/2010
**File Status :** Lapsed
**Debtor:** ANGL
395 SANTA MONICA PL.#220
SANTA MONICA CA 90401
**Debtor:** ANGL, INC.
395 SANTA MONICA PL.#220
SANTA MONICA CA 90401
**Secured Party:** WILSHIRE STATE BANK
NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010
**Amendment Type:** Termination
**File Number:** 201273228924
**File Date:** 07/31/2012

**5. UCC Financing Statement**                                    **Lapses: 11/16/2015**

**Document No. :** 20107251662232
**Filed :** 11/16/2010
**File Status :** Lapsed
**Debtor:** ANGL
9301 TAMPA AVE #27
NORTHRIDGE CA 91324
**Debtor:** ANGL, INC.
9301 TAMPA AVE #27
NORTHRIDGE CA 91324
**Secured Party:** WILSHIRE STATE BANK

NOTE DEPARTMENT 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010

**Amendment Type:** Termination
**File Number:** 201273228922
**File Date:** 07/31/2012

**6. UCC Financing Statement**                                    **Lapses: 12/13/2015**

**Document No. :** 20107254228475
**Filed :** 12/13/2010
**File Status :** Lapsed
**Debtor:** ANGL
121 S. HOPE AVE.
SANTA BARBARA CA 93105
**Debtor:** ANGL, INC.
121 S. HOPE AVE.
SANTA BARBARA CA 93105
**Secured Party:** WILSHIRE STATE BANK
3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010
**Amendment Type:** Termination
**File Number:** 201273251075
**File Date:** 08/14/2012

**7. UCC Financing Statement**                                    **Lapses: 12/13/2015**

**Document No. :** 20107254228354
**Filed :** 12/13/2010
**File Status :** Lapsed
**Debtor:** ANGL, INC.
4774 ADMIRALTY WAY
MARINA DEL REY CA 90292
**Debtor:** PHANUEL, INC.
4774 ADMIRALTY WAY
MARINA DEL REY CA 90292
**Debtor:** THE AREA
4774 ADMIRALTY WAY
MARINA DEL REY CA 90292
**Secured Party:** WILSHIRE STATE BANK
3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010
**Amendment Type:** Amendment
**File Number:** 201273002161
**File Date:** 02/07/2012
**Amendment Type:** Termination
**File Number:** 201273251076
**File Date:** 08/14/2012

**8. UCC Financing Statement**                                    **Lapses: 08/16/2016**

**Document No. :** 20117281177065
**Filed :** 08/16/2011
**File Status :** Lapsed
**Debtor:** ANGL, INC.
2301-2313 E. 51ST STREET
VERNON CA 90058
**Secured Party:** WILSHIRE STATE BANK

NOTE DEPARTMENT, 3200 WILSHIRE BLVD., 7TH FLOOR
LOS ANGELES CA 90010

**Amendment Type:** Termination
**File Number:** 201273228905
**File Date:** 07/31/2012

**9. UCC Financing Statement**                              **Lapses: 07/13/2017**

**Document No. :** 20127320781546
**Filed :** 07/13/2012
**File Status :** Active
**Debtor:** ANGL, INC.
2301-2313 E. 51ST STREET
VERNON CA 90058
**Secured Party:** CATHAY BANK
9650 FLAIR DRIVE, 3RD. FLOOR
EL MONTE CA 91731
**Amendment Type:** Termination
**File Number:** 201474333562
**File Date:** 10/21/2014

**10. UCC Financing Statement**                              **Lapses: 11/05/2017**

**Document No. :** 20127335649424
**Filed :** 11/05/2012
**File Status :** Active
**Debtor:** ANGL, INC.
2301-2313 E 51ST ST
LOS ANGELES CA 90058
**Secured Party:** CATHAY BANK
9650 FLAIR DRIVE, 6TH FLOOR
EL MONTE CA 91731
**Amendment Type:** Termination
**File Number:** 201474333566
**File Date:** 10/21/2014

**11. UCC Financing Statement**                              **Lapses: 11/15/2017**

**Document No. :** 20127337219580
**Filed :** 11/15/2012
**File Status :** Active
**Debtor:** ANGLIN, CHRISTOPHER
11920 OAKWOOD ST
HESPERIA CA 92345
**Secured Party:** SNAP ON CREDIT LLC
950 TECHNOLOGY WAY, SUITE 301
LIBERTYVILLE IL 60048

**12. UCC Financing Statement**                              **Lapses: 07/30/2019**

**Document No. :** 20147422509044
**Filed :** 07/30/2014
**File Status :** Active
**Debtor:** ANGL
410 S RAMPART BLVD. #155
LAS VEGAS NV 89145

Report Date: Oct 21, 2016

**Debtor:** ANGL, INC. - NV
410 S RAMPART BLVD. #155
LAS VEGAS NV 89145

**Debtor:** ANGLE, INC. - NV
410 S RAMPART BLVD. #155
LAS VEGAS NV 89145

**Secured Party:** PACIFIC CITY BANK
3701 WILSHIRE BLVD., SUITE 100
LOS ANGELES CA 90010

**Amendment Type:** Amendment

**File Number:** 201474332916

**File Date:** 10/21/2014

---

**13. Judgement lien**                                    **Lapses: 08/22/2021**

**Document No. :** 20167542926072

**Filed :** 08/22/2016

**File Status :** Active

**Debtor:** ANGL, INC., A DISSOLVED CALIFORNIA CORPORATION AND DOING BUSINESS AS "ANGL"
2301-2313 E. 51ST STREET
VERNON CA 90058

**Secured Party:** GGP-OTAY RANCH, L.P., A DELAWARE LIMITED PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

---

**14. Judgement lien**                                    **Lapses: 08/22/2021**

**Document No. :** 20167542925708

**Filed :** 08/22/2016

**File Status :** Active

**Debtor:** ANGL SANTA ANITA, INC., A DISSOLVED CALIFORNIA CORPORATION AND DOING BUSINESS AS "ANGL"
2301-2313 E. 51ST STREET
VERNON CA 90058

**Debtor:** ANGL, INC., A DISSOLVED CALIFORNIA CORPORATION AND DOING BUSINESS AS "ANGL"
2301-2313 E. 51ST STREET
VERNON CA 90058

**Secured Party:** TYLER MALL LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

---

**15. Judgement lien**                                    **Lapses: 09/12/2021**

**Document No. :** 20167545824507

**Filed :** 09/12/2016

**File Status :** Active

**Debtor:** ANGL, INC., A DISSOLVED CALIFORNIA CORPORATION AND DOING BUSINESS AS "ANGL"
2301-2313 E. 51ST STREET
VERNON CA 90058

**Secured Party:** VALLEY PLAZA MALL, LP, A DELAWARE LIMITED PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

Report Date: Oct 21, 2016

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

---------- END OF REPORT ----------

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34065800002
**FILING NUMBER:** 12-73228922
**FILING DATE:** 07/31/2012 15:41
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7251662232

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only **one** of these.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | | |
|---|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME** | | | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| **7c. MAILING ADDRESS** | CITY | | STATE | POSTAL CODE | COUNTRY |
| **7d. SEE INSTRUCTIONS** ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| **a. ORGANIZATION'S NAME** Wilshire State Bank | | | | |
| OR **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215634-46702852

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 26980930002
FILING NUMBER: 10-7251662353
FILING DATE: 11/16/2010 11:46
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | ANGL, INC. | | | | | |
|  | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 UNIVERSAL STUDIOS BLVD., #172 | UNIVERSAL CITY | CA | 91608 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
|  |  | Corporation | CA | ☑NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | ANGL | | | | | |
|  | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1000 UNIVERSAL STUDIOS BLVD., #172 | UNIVERSAL CITY | CA | 91608 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
|  |  |  | CA | ☑NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|---|
|  | Wilshire State Bank | | | |
|  | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| ☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-43847496

FILING OFFICE COPY

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** ANGL, INC. | |

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 26980930002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| **11a. ORGANIZATION'S NAME** | |

| OR | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | |
|---|---|
| **12a. ORGANIZATION'S NAME** | |

| OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34066320002
**FILING NUMBER:** 12-73228995
**FILING DATE:** 07/31/2012 15:44
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7251662353

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
Wilshire State Bank

OR **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215652-46702856

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 26980940002
FILING NUMBER: 10-7251662474
FILING DATE: 11/16/2010 11:46
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** ANGL, INC. | | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 395 SANTA MONICA PL.#220 | SANTA MONICA | CA | 90401 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☑NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** ANGL | | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 395 SANTA MONICA PL.#220 | SANTA MONICA | CA | 90401 | USA |

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** CA | **2g. ORGANIZATIONAL ID#, if any** ☑NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** Wilshire State Bank | | | | |
| | **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-43847545

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| | ANGL, INC. |

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 26980940002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| **11a. ORGANIZATION'S NAME** | |

| OR | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | |
|---|---|
| **12a. ORGANIZATION'S NAME** | |

| OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34065820002
**FILING NUMBER:** 12-73228924
**FILING DATE:** 07/31/2012 15:41
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7251662474

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any  ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| Wilshire State Bank |  |  |  |

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215640-46702854

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 26988800002
FILING NUMBER: 10-7251731532
FILING DATE: 11/16/2010 18:15
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| OR | **1a. ORGANIZATION'S NAME** ANGL, INC. |

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 6801 HOLLYWOOD BLVD #359 | HOLLYWOOD | CA | 90028 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☑ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | |
|---|---|
| OR | **2a. ORGANIZATION'S NAME** ANGL |

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 6801 HOLLYWOOD BLVD #359 | HOLLYWOOD | CA | 90028 | USA |

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** CA | **2g. ORGANIZATIONAL ID#, if any** ☑ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | |
|---|---|
| OR | **3a. ORGANIZATION'S NAME** Wilshire State Bank |

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]** | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]** ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-43847597

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME ANGL, INC. | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 26988800002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any    ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 34066330002
FILING NUMBER: 12-73228996
FILING DATE: 07/31/2012 15:44
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7251731532

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
Wilshire State Bank

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215660-46702857

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER [optional]** | |
| **B. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER:** 26988820002<br>**FILING NUMBER:** 10-7251731774<br>**FILING DATE:** 11/16/2010 18:15<br>**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME<br>ANGL, INC. | | | | |
|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS<br>8500 BEVERLY BLVD #7799 | CITY<br>LOS ANGELES | | STATE<br>CA | POSTAL CODE<br>90048 | COUNTRY<br>USA |
|---|---|---|---|---|---|
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>Corporation | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any<br>☑NONE | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME<br>ANGL | | | | |
|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS<br>8500 BEVERLY BLVD #7799 | CITY<br>LOS ANGELES | | STATE<br>CA | POSTAL CODE<br>90048 | COUNTRY<br>USA |
|---|---|---|---|---|---|
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION<br>CA | 2g. ORGANIZATIONAL ID#, if any<br>☑NONE | |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME<br>Wilshire State Bank | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS<br>Note Department 3200 Wilshire Blvd., 7th Floor | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90010 | COUNTRY<br>USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| ☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-43847568

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |
|---|

| | 9a. ORGANIZATION'S NAME |
|---|---|
| | ANGL, INC. |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|

| 10. MISCELLANEOUS: |
|---|

DOCUMENT NUMBER: 26988820002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names |
|---|

| | 11a. ORGANIZATION'S NAME |
|---|---|

| OR | 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

| 12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) |
|---|

| | 12a. ORGANIZATION'S NAME |
|---|---|

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

15. Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34066370002
**FILING NUMBER:** 12-73229000
**FILING DATE:** 07/31/2012 15:48
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7251731774

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wilshire State Bank | | | |

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215696-46702877

FILING OFFICE COPY

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| UCC DIRECT SERVICES<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA |

**DOCUMENT NUMBER:** 27250660002
**FILING NUMBER:** 10-7254228354
**FILING DATE:** 12/13/2010 17:40
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | PHANUEL, INC. | | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4774 ADMIRALTY WAY | MARINA DEL REY | CA | 90292 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION<br>Corporation | 1f. JURISDICTION OF ORGANIZATION<br>CA | 1g. ORGANIZATIONAL ID#, if any ☑NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | THE AREA | | | | | |
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4774 ADMIRALTY WAY | MARINA DEL REY | CA | 90292 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION<br>CA | 2g. ORGANIZATIONAL ID#, if any ☑NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| | Wilshire State Bank | | | | | |
| | 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| | | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-43967826

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT ADDENDUM** Main Document    Page 44 of 75

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** PHANUEL, INC. | |

| OR | **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

**DOCUMENT NUMBER:** 27250660002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | |
|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | |

| OR | **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |

| OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|---|
| | | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 31982800002
FILING NUMBER: 12-73002161
FILING DATE: 02/07/2012 16:48
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7254228354

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

OR | **6a. ORGANIZATION'S NAME**
PHANUEL, INC.

| **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

OR | **7a. ORGANIZATION'S NAME**
ANGL, INC.

| **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| **7c. MAILING ADDRESS**
4774 ADMIRALTY WAY | CITY
MARINA DEL REY | STATE
CA | POSTAL CODE
90292- | COUNTRY
USA |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION**
Corporation | **7f. JURISDICTION OF ORGANIZATION**
CA | **7g. ORGANIZATIONAL ID#, if any**
☑ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

OR | **a. ORGANIZATION'S NAME**
Wilshire State Bank

| **b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-31757608-46196079

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34234850002
**FILING NUMBER:** 12-73251076
**FILING DATE:** 08/14/2012 16:41
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7254228354

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**
Wilshire State Bank

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34406866-46733639

FILING OFFICE COPY

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 27250670002
**FILING NUMBER:** 10-7254228475
**FILING DATE:** 12/13/2010 17:43
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME** ANGL, INC. | | | | | | |
| | **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | | | **SUFFIX** |

| **1c. MAILING ADDRESS** 121 S. HOPE AVE. | **CITY** SANTA BARBARA | **STATE** CA | **POSTAL CODE** 93105 | **COUNTRY** USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☑NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** ANGL | | | | | | |
| | **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | | | **SUFFIX** |

| **2c. MAILING ADDRESS** 121 S. HOPE AVE. | **CITY** SANTA BARBARA | **STATE** CA | **POSTAL CODE** 93105 | **COUNTRY** USA |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** CA | **2g. ORGANIZATIONAL ID#, if any** ☑NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME** Wilshire State Bank | | | | |
| | **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |

| **3c. MAILING ADDRESS** 3200 Wilshire Blvd., 7th Floor | **CITY** Los Angeles | **STATE** CA | **POSTAL CODE** 90010 | **COUNTRY** USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

| **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-43967828

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| | ANGL, INC. |

OR
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 27250670002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| **11a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| | | | |

OR
| **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| **12a. ORGANIZATION'S NAME** | | | |
|---|---|---|---|
| | | | |

OR
| **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34234840002
**FILING NUMBER:** 12-73251075
**FILING DATE:** 08/14/2012 16:41
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
10-7254228475

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | |
|---|---|
| **6a. ORGANIZATION'S NAME** | |

OR

| **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | |
|---|---|
| **7a. ORGANIZATION'S NAME** | |

OR

| **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | **a. ORGANIZATION'S NAME** |
|---|---|
| | Wilshire State Bank |

OR

| **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34406861-46733638

FILING OFFICE COPY

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 30021360002
FILING NUMBER: 11-7281177065
FILING DATE: 08/16/2011 17:00
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

OR

| 1a. ORGANIZATION'S NAME |
|---|
| ANGL, INC. |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301-2313 E. 51ST STREET | VERNON | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

OR

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

OR

| 3a. ORGANIZATION'S NAME |
|---|
| Wilshire State Bank |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department, 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**
[ADDITIONAL FEE]    [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-29472980-45824940

FILING OFFICE COPY

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME
ANGL, INC.

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 30021360002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

11a. ORGANIZATION'S NAME

OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 34065630002
**FILING NUMBER:** 12-73228905
**FILING DATE:** 07/31/2012 15:36
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
11-7281177065

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

OR **6a. ORGANIZATION'S NAME**

| **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

OR **7a. ORGANIZATION'S NAME**

| **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, if any** ☐ NONE |
|---|---|---|---|---|
| | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

OR **a. ORGANIZATION'S NAME**
Wilshire State Bank

| **b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
CA-0-34215575-46702839

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 33866050002
FILING NUMBER: 12-7320781546
FILING DATE: 07/13/2012 15:49
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** ANGL, INC. | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **1c. MAILING ADDRESS** 2301-2313 E. 51ST STREET | **CITY** VERNON | **STATE** CA | **POSTAL CODE** 90058 | **COUNTRY** USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** 02710090 | ☐ NONE |
|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** | ☐ NONE |
|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** Cathay Bank | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **3c. MAILING ADDRESS** 9650 Flair Drive, 3rd. Floor | **CITY** El Monte | **STATE** CA | **POSTAL CODE** 91731 | **COUNTRY** USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All assets, including but not limited to, all present and future personal property of Grantor also known as Debtor, Accounts (including contract rights and credit card receivables), Goods, Inventory (including raw materials, work in process and finished goods), Equipment, Fixtures and Trade Fixtures, Chattel Paper, Instruments, Documents, General Intangibles (including payment intangibles), Deposit Accounts and Collateral Control Accounts. All products and proceeds of any of the foregoing. All books and records pertaining to any of the foregoing and the equipment and software to maintain such books and records; together with the products and proceeds of any of the foregoing.

ALL TERMS USED HEREIN, IF NOT OTHERWISE SPECIFICALLY DEFINED, SHALL HAVE THE MEANING ASCRIBED THERETO BY THE CALIFORNIA UNIFORM
COMMERCIAL CODE AS SUCH CODE MAY BE AMENDED OR REPLACED FROM TIME TO TIME.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ **6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable] | **7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-34016269-46558976

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) | |
|---|---|
| CT LIEN SOLUTIONS<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER: 45408370002**<br>**FILING NUMBER: 14-74333562**<br>**FILING DATE: 10/21/2014 13:47**<br><br>**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**<br>**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY** |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 12-7320781546 | |

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

| 6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b) | | | |
|---|---|---|---|
| OR | 6a. ORGANIZATION'S NAME | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) | | | |
|---|---|---|---|
| OR | 7a. ORGANIZATION'S NAME | | | |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

| 9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) | | | |
|---|---|---|---|
| If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor | | | |
| OR | a. ORGANIZATION'S NAME<br>Cathay Bank | | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-45369220-49155056 |

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 35253180002
FILING NUMBER: 12-7335649424
FILING DATE: 11/05/2012 11:07
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANGL, INC. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301-2313 E 51ST ST | LOS ANGELES | CA | 90058 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2710090 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Cathay Bank | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9650 Flair Drive, 6th Floor | El Monte | CA | 91731 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets, including but not limited to, all present and future personal property of Grantor also known as Debtor, Accounts (including contract rights and credit card receivables), Goods, Inventory (including raw materials, work in process and finished goods), Equipment, Fixtures and Trade Fixtures, Chattel Paper, Instruments, Documents, General Intangibles (including payment intangibles), Deposit Accounts and Collateral Control Accounts. All products and proceeds of any of the foregoing. All books and records pertaining to any of the foregoing and the equipment and software to maintain such books and records; together with the products and proceeds of any of the foregoing.

All terms used herein, if not otherwise specifically defined, shall have the meaning ascribed thereto by the California Uniform Commercial Code as such code may be amended or replaced from time to time.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-35505096-46922637

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 45408410002**
**FILING NUMBER: 14-74333566**
**FILING DATE: 10/21/2014 13:52**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
12-7335649424

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:    AND  Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | | | |
|---|---|---|---|
| OR | **6a. ORGANIZATION'S NAME** | | |
| | **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | |
|---|---|
| OR | **7a. ORGANIZATION'S NAME** |
| | **7b. INDIVIDUAL'S SURNAME** |
| | **INDIVIDUAL'S FIRST PERSONAL NAME** |
| | **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** / SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | |
|---|---|---|---|
| OR | **a. ORGANIZATION'S NAME**  Cathay Bank | | |
| | **b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-45369307-49155100

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 35399610002
FILING NUMBER: 12-7337219580
FILING DATE: 11/15/2012 19:49
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| ANGLIN | CHRISTOPHER | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11920 OAKWOOD ST | HESPERIA | CA | 92345 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** SNAP ON CREDIT LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 950 TECHNOLOGY WAY, SUITE 301 | LIBERTYVILLE | IL | 60048 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
Purchase Money Security Interest in automotive tools and
equipment, more specifically, listed on Credit Sales Contract or
Equipment Lease No. listed below. In addition to the purchase
money security interest granted in the collateral listed on the
referenced, the collateral shall include all items of tools and
equipment of Debtor, whether now owned or hereafter acquired,
which were acquired from a Snap-on Dealer, and any and all goods
and equipment manufactured or distributed by Snap-on
Incorporated or any of its affiliates, or bearing the Snap-on or Sun Electric trademarks or logos, together with all proceeds

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)** [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-35660415-46948545

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |

OR

| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME, SUFFIX** |
|---|---|---|
| ANGLIN | CHRISTOPHER | |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 35399610002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |

OR

| **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

| **11d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☐ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |

OR

| **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|
| | | | |

| **12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| | | | | |

**13. This FINANCING STATEMENT covers** ☐ **timber to be cut or** ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

(including insurance proceeds or claims), accessions, attachments, additions, substitutions and replacements to and of

such items (the foregoing and the collateral listed on the referenced Credit Sales Contract or Equipment Lease are collectively referred to as "Collateral"). Credit Sales Contract

No.: 117043000*2

**15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

**FILING OFFICE COPY**

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
|  |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CT LIEN SOLUTIONS |
| 2727 ALLEN PARKWAY |
| HOUSTON, TX 77019 |
| USA |

**DOCUMENT NUMBER:** 44177030002
**FILING NUMBER:** 14-7422509044
**FILING DATE:** 07/30/2014 17:14

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME ANGLE, INC. - NV | | | | |
|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 410 S RAMPART BLVD. #155 | LAS VEGAS | NV | 89145 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME ANGL | | | | |
|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 410 S RAMPART BLVD. #155 | LAS VEGAS | NV | 89145 | USA |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME PACIFIC CITY BANK | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3701 WILSHIRE BLVD., SUITE 100 | LOS ANGELES | CA | 90010 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
All Inventory, Chattel Paper, Accounts, Deposit Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now
or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind
relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other
accounts proceeds)

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

| 8. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-44309895-48858301 |

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Gisella Melendez<br>800-331-3282 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CT LIEN SOLUTIONS<br>2727 ALLEN PARKWAY<br>HOUSTON, TX 77019<br>USA | **DOCUMENT NUMBER: 45403340002**<br>**FILING NUMBER: 14-74332916**<br>**FILING DATE:** 10/21/2014 11:12<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
14-7422509044

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                  **AND** Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record.   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c  ☑ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME<br>ANGL, INC. - NV | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS<br>410 S RAMPART BLVD. #155 | CITY<br>LAS VEGAS | STATE<br>NV | POSTAL CODE<br>89145 | COUNTRY<br>USA |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME<br>PACIFIC CITY BANK | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-45364486-49153420

**FILING OFFICE COPY**

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)

B SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

John P. Byrne, SBN 134412
The ByrneLaw Office, APC
24011 Ventura Blvd., Ste. 201
Calabasas, CA 91302
Tel. (818) 593-5520
Fax (818) 593-5522

**16–7542925708**
08/22/2016 17:00

FILED
CALIFORNIA
SECRETARY OF STATE
SOS

56913190002   UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

1. JUDGMENT DEBTOR'S EXACT LEGAL NAME –Insert only one name, either 1a or 1b.  Do not  abbreviate or combine names.

1a. ORGANIZATION'S NAME
ANGL SANTA ANITA, INC., a dissolved California corporation and doing business as "Angl"

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301-2313 E. 51st Street | Vernon | CA | 90058 | US |

2. JUDGMENT CREDITOR'S  NAME– Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME
TYLER MALL LIMITED PARTNERSHIP, a Delaware limited partnership

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c.. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 24011 Ventura Blvd., Ste. 201 | Calabasas | CA | 91302 | US |

3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.

A.   Title of court where judgment was entered: SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

B.   Title of the action:   TYLER MALL v. ANGL SANTA ANITA, INC.

C.   Number of this action: MVC1601496

D.   Date judgment was entered: August 8, 2016

E.   Date of subsequent renewals of judgment (if any): _____

F.   Amount required to satisfy judgment at date of this notice:  $ 218,283.09

G.   Date of this notice: 08/16/2016

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE – SEE INSTRUCTION NO. 4

FOR:   Tyler Mall Limited Partnership

Dated: 08/16/2016
(If not indicated, use same as date in item 3G.)

FILING OFFICE COPY

## JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME ANGL SANTA ANITA, INC., a dissolved California corporation and doing business as "Angl" | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

5691319 0002

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME ANGL, INC., a dissolved California corporation and doing business as "Angl" | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS 2301-2313 E. 51st Street | CITY Vernon | STATE CA | POSTAL CODE 90058 | COUNTRY US | |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

A. NAME & PHONE OF FILER'S CONTACT (optional)

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

John P. Byrne, SBN 134412
The ByrneLaw Office, APC
24011 Ventura Blvd., Ste. 201
Calabasas, CA 91302
Tel. (818) 593-5520
Fax (818) 593-5522

**16-7542926072**

**08/22/2016 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

56913230002  UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME
ANGL, INC., a dissolved California corporation and doing business as "Angl"

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301-2313 E. 51st Street | Vernon | CA | 90058 | US |

**2. JUDGMENT CREDITOR'S NAME** – Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME
GGP-OTAY RANCH, L.P., a Delaware limited partnership

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 24011 Ventura Blvd., Ste. 201 | Calabasas | CA | 91302 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO

B. Title of the action: GGP-OTAY RANCH v. ANGL, INC.

C. Number of this action: 37-2016-00014100-CU-UD-CTL

D. Date judgment was entered: August 8, 2016

E. Date of subsequent renewals of judgment (if any): _____

F. Amount required to satisfy judgment at date of this notice: $ 189,935.90

G. Date of this notice: 08/16/2016

**4.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Dated: 08/16/2016
(If not indicated, use same as date in item 3G.)

SIGNATURE – SEE INSTRUCTION NO. 4

FOR: GGP-Otay Ranch, L.P.

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form)

**16-7545824507**


**09/12/2016 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE

**SOS**


**57193740002** UCC 1 FILING

A. NAME & PHONE OF FILER'S CONTACT (optional)

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

John P. Byrne, SBN 134412
The ByrneLaw Office, APC
24011 Ventura Blvd., Ste. 201
Calabasas, CA 91302
Tel. (818) 593-5520
Fax (818) 593-5522

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

| 1a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| ANGL, INC., a dissolved California corporation and doing business as "Angl" |||||

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2301-2313 E. 51st Street | Vernon | CA | 90058 | US |

**2. JUDGMENT CREDITOR'S NAME**– Do not abbreviate or combine names.

| 2a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| VALLEY PLAZA MALL, LP, a Delaware limited partnership |||||

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 24011 Ventura Blvd., Ste. 201 | Calabasas | CA | 91302 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: SUPERIOR COURT OF CALIFORNIA

COUNTY OF KERN

B. Title of the action: VALLEY PLAZA MALL v. ANGL, INC.

C. Number of this action: BCV-16-100906

D. Date judgment was entered: August 12, 2016

E. Date of subsequent renewals of judgment (if any): _____

F. Amount required to satisfy judgment at date of this notice: $ 67,531.78

G. Date of this notice: 09/08/2016

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

Dated: 09/08/2016
(If not indicated, use same as date in item 3G.)

SIGNATURE – SEE INSTRUCTION NO. 4

FOR: Valley Plaza Mall, LP

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 26980920002
FILING NUMBER: 10-7251662232
FILING DATE: 11/16/2010 11:45
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

OR

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ANGL, INC. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9301 TAMPA AVE #27 | NORTHRIDGE | CA | 91324 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | ☑NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

OR

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ANGL | | | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 9301 TAMPA AVE #27 | NORTHRIDGE | CA | 91324 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | CA | ☑NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

OR

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wilshire State Bank | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Note Department 3200 Wilshire Blvd., 7th Floor | Los Angeles | CA | 90010 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]** ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-43847623

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
Main Document    Page 66 of 75

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME** ANGL, INC. | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 26980920002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only <u>one</u> debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only <u>one</u> name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

**15. Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):**

**17. Check <u>only</u> if applicable and check <u>only</u> one box.**
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check <u>only</u> if applicable and check <u>only</u> one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "4"

[Proposed Interim Order]

TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING** |
| | Date: |
| | Time: |
| | Courtroom: 1575 |
| | Location: 255 E. Temple Street |
| | Los Angeles, California |

1   A hearing was held on October ___, 2016 at _:00 _.m., before the Honorable Sandra R.

2   Klein, United States Bankruptcy Judge for the Central District of California, Los Angeles

3   Division, in Courtroom "1575" located at 255 E. Temple Street, Los Angeles, California, to

4   consider the motion (the "Motion") filed by Blue Bee, Inc. d/b/a ANGL, a California

5   corporation, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy

6   case (the "Debtor"), for the entry of an order authorizing the Debtor to use its cash collateral on

7   an interim basis pending a final hearing in accordance with the Debtor's 13-week operating

8   budget (the "Budget"), a copy of which is attached as Exhibit "A" to the Omnibus Declaration of

9   Jeff Sunghak Kim filed concurrently with the Motion and is also attached as **Exhibit "A"** hereto,

10  and granting related relief.  Appearances at the hearing on the Motion were made as set forth on

11  the record of the Court.

12  The Court, having considered the Motion, all papers filed by the Debtor in support of the

13  Motion, and the oral arguments and statements of counsel made at the hearing on the Motion,

14  proper and adequate notice of the Motion and the hearing on the Motion having been provided,

15  finding that the granting of the relief requested in the Motion on an interim basis is necessary to

16  avoid immediate and irreparable harm to the Debtor's estate pending a final hearing on the

17  Motion, and other good cause appearing therefor,

18  IT IS HEREBY ORDERED AS FOLLOWS:

19  A.      The Motion is granted on an interim basis, pending a final hearing.

20  B.      The Debtor is authorized to use cash collateral to (i) pay all of the expenses set

21  forth in the Budget, with authority to deviate from the line items contained in the Budget by not

22  more than 20%, on both a line item and aggregate basis, with any unused portions to be carried

23  over into the following week(s) and (ii) pay all quarterly fees owing to the Office of the United

24  States Trustee ("OUST") and all expenses owing to the Clerk of the Bankruptcy Court.

25  C.      A final hearing regarding the Motion will be held on _____, 2016 at _:00

26  _.m.

27

28

1

D.      Any opposition to the granting of the Motion on a final basis must be filed with the Court by _____, 2016. A courtesy copy of any opposition must be provided to Chambers, and served on the Debtor, counsel for the Debtor, all of the Debtor's known secured creditors (and their counsel, if known), the OUST, and the twenty largest unsecured creditors of the Debtor, so that such response is actually received by all such parties by _____, 2016.

E.      The Debtor shall file with the Court any reply to any opposition to the granting of the Motion on a final basis by _____, 2016. The Debtor shall provide a courtesy copy of any reply to Chambers, and serve the reply on all of the Debtor's secured creditors (and their counsel, if known), the OUST, and the twenty largest unsecured creditors of the Debtor, so that such reply is actually received by all such parties by _____, 2016.

IT IS SO ORDERED.

###

# EXHIBIT "A"

## [Operating Budget]

## ANGL
### 13 Week Cash Flow

| Week No. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | 23-Oct | 30-Oct | 6-Nov | 13-Nov | 20-Nov | 27-Nov | 4-Dec | 11-Dec | 18-Dec | 25-Dec | 1-Jan | 8-Jan | 15-Jan |
| Week Ending | 29-Oct | 5-Nov | 12-Nov | 19-Nov | 26-Nov | 3-Dec | 10-Dec | 17-Dec | 24-Dec | 31-Dec | 7-Jan | 14-Jan | 21-Jan |
| No. | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **Receipts** | | | | | | | | | | | | | |
| **Beginning Balance** | 93,914 | 110,668 | 118,666 | 126,810 | 131,570 | 83,909 | 117,597 | 129,241 | 134,294 | 70,467 | 196,358 | 200,604 | 237,747 |
| Sales | 180,000 | 185,000 | 185,000 | 185,000 | 190,000 | 180,000 | 185,000 | 200,000 | 210,000 | 210,000 | 170,000 | 175,000 | 170,000 |
| Sales Tax Collections | 15,516 | 15,947 | 15,947 | 15,947 | 16,378 | 15,516 | 15,947 | 17,240 | 18,102 | 18,102 | 14,654 | 15,085 | 14,654 |
| Other Receipts | | | | | | | | | | | | | |
| **Total Receipts** | 195,516 | 200,947 | 200,947 | 200,947 | 206,378 | 195,516 | 200,947 | 217,240 | 228,102 | 228,102 | 184,654 | 190,085 | 184,654 |
| | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Merchandise Payments | 45,000 | 35,000 | 40,000 | 45,000 | 45,000 | 60,000 | 55,000 | 60,000 | 60,000 | 50,000 | 45,000 | 45,000 | 45,000 |
| Rent & Related | 70,862 | 50,443 | 52,849 | 88,180 | 70,862 | 50,443 | 52,849 | 88,180 | 70,862 | 22,311 | 35,849 | 52,792 | 26,136 |
| Payroll & Benefits & payroll tax | 55,000 | 40,606 | 62,054 | 40,606 | 67,054 | 41,106 | 62,054 | 40,606 | 67,054 | 23,500 | 79,660 | 23,000 | 72,606 |
| Sales Tax Payments (Normal Course) | | 60,000 | | | 63,224 | | | | 79,735 | | | | |
| Selling, General & Administrative | 5,500 | 5,000 | 5,000 | 5,500 | 6,000 | 5,000 | 6,000 | 6,500 | 6,000 | 6,000 | 5,500 | 5,500 | 5,500 |
| Bank & Credit Card Processing Fees | - | - | 11,500 | - | 6,000 | - | 13,000 | - | - | - | 14,000 | - | - |
| Equipment Payment | - | - | | | - | 2,879 | | | 2,879 | | | | |
| Insurance | | | | 15,000 | | | | 15,000 | | | | 15,000 | - |
| Corporate Credit Card | - | - | | - | - | - | | - | - | - | - | - | - |
| Maintenance & Repairs | 2,000 | 1,500 | - | - | 1,500 | 2,000 | | 400 | 5,000 | | | | |
| Freight, Postage & Handling | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| **Total Disbursements** | 178,762 | 192,949 | 171,803 | 194,687 | 254,039 | 161,828 | 189,303 | 210,687 | 291,930 | 102,211 | 180,409 | 141,692 | 149,642 |
| **Operating Cash Flow** | 16,754 | 7,998 | 29,144 | 6,260 | (47,661) | 33,688 | 11,644 | 6,553 | (63,828) | 125,891 | 4,245 | 48,393 | 35,012 |
| | | | | | | | | | | | | | |
| **Other Receipts (Disbursements)** | | | | | | | | | | | | | |
| UST Fees | - | - | - | - | - | - | | - | - | - | - | (9,750) | - |
| Utility Deposit | | | (21,000) | | | | | | | | | | |
| CPA Fees | | | | (1,500) | | | | | (1,500) | | | (1,500) | - |
| **Total Net Cash Flow** | 16,754 | 7,998 | 8,144 | 4,760 | (47,661) | 33,688 | 11,644 | 5,053 | (63,828) | 125,891 | 4,245 | 37,143 | 35,012 |
| **Ending Balance** | 110,668 | 118,666 | 126,810 | 131,570 | 83,909 | 117,597 | 129,241 | 134,294 | 70,467 | 196,358 | 200,604 | 237,747 | 272,759 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF JULIET Y. OH IN SUPPORT OF DEBTORS' EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 24, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dare Law     dare.law@usdoj.gov, ron.maroko@usdoj.gov**
- **Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com**
- **Ronald M Tucker    rtucker@simon.com,**
  **cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.    SERVED BY UNITED STATES MAIL**: On **October 24, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 24, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Served via Attorney Service***
The Honorable Sandra R. Klein
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☒ Service list served by Overnight Mail

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 24, 2016 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

Blue Bee, Inc.
Top 20, Secured Creditors, OUST

Dare Law
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

U.S. BANK EQUIPMENT FINANCE
1310 MADRID STREET, SUITE 106
MARSHALL MN 56258

IRS/OHIO
P.O. BOX 145595
CINCINNATI OH 45250

LINE & DOT, LLC DBA LUMIERE
COLLECTIONS
1912 E. VERNON AVE., STE. 100
LOS ANGELES CA 90058

PACIFIC CITY BANK
3701 WILSHIRE BLVD., SUITE 310
LOS ANGELES CA 90010

BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279

TYLER MALL LIMITED PARTNERSHIP, A
DELAWARE LIMITED
PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

PACIFIC CITY BANK
3701 WILSHIRE BLVD., SUITE 100
LOS ANGELES CA 90010

GGP-OTAY RANCH, L.P., A DELAWARE
LIMITED
PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

FASHBLVD., INC.
1700 E. 58TH PL., #9
LOS ANGELES, CA 90001

VALLEY PLAZA MALL, LP, A DELAWARE
LIMITED
PARTNERSHIP
24011 VENTURA BLVD., STE. 201
CALABASAS CA 91302

Caribbean Queen Inc.
1128 S. Crocker Street
Los Angeles, CA 90021

Alythea
1016 S. Towne Ave., #106
Los Angeles, CA 90021

CA State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Century City Mall LLC
10250 Santa Monica Blvd
Suite 1
Los Angeles, CA 90067

Horton Plaza, LLC
Blackmar, Principe & Schmelter, APC
600 B Street, Suite 2250
San Diego, CA 92101

Macerich Fresno LP
PO Box 849418
Los Angeles, CA 90084-9418

L'atiste
424 Towne Avenue
Los Angeles, CA 90021

Lynx Property Management Inc
924 Laguna St. Suite B
Santa Barbara, CA 93101

Paseo Nuevo Owner LLC
PO Box 780268
Philadelphia, PA 19178-0268

Macerich SMP LP
c/o David M. Cohen, Esq.
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367

Nine Planet
1022 S. Wall Street
Los Angeles, CA 90015

SEVEND
2301 E. 7th St.
Suite E-200
Los Angeles, CA 90023

Plaza Bonita, LLC
Blackmar, Principe & Schmelter, APC
600 B. Street, Suite 2250
San Diego, CA 92101

Rancho Mall LLC
PO Box 72439
Cleveland, OH 44192

The Retail Property Trust
Brea Mall
PO Box 772827
Chicago, IL 60677-2827

Shops at Mission Viejo LLC
7415 Solution Center
Chicago, IL 60677-7004

South Bay Center SPE LLC
PO Box 72056
Cleveland, OH 44192-0056

Tyler Mall Limited Partnership
SDS-12-3113
PO Box 86
Minneapolis, MN 55486-3113

W/A SVT Holdings VI LLC
PO Box 749659
Los Angeles, CA 90074-9659

Integrity Payment Systems
1700 Higgins Road # 690
Des Plaines, IL  60018