TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**NOV 01 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BLUE BEE, INC.,<br><br>                Debtor. | Case No. 2:16-bk-23836-SK<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO (1) FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS; AND (2) SUBMIT CREDITOR MATRIX**<br><br>[No Hearing Required] |

1

The Court having considered the Motion (the "Motion") filed by Blue Bee, Inc., the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case, seeking an extension of time within which the Debtor must (1) file its Schedules of Assets and Liabilities ("Schedules") and Statement of Financial Affairs ("SOFA"); and (2) submit its creditor matrix (the "Matrix") and the Declaration of Jeff Sunghak Kim filed in support of the Motion, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted in its entirety; and

2. The Debtor shall have an extension of time, through and including November 16, 2016, to file its Schedules, SOFA and Matrix in its bankruptcy case, without prejudice to the Debtor's rights to seek further extensions.

# # #

Date: November 1, 2016

Sandra R. Klein
United States Bankruptcy Judge