Brian D. Huben, Cal. Bar No. 134354
Dustin P. Branch, Cal. Bar No. 174909
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile:  424.204.4350

Attorneys for Landlord Creditors
Westfield, LLC, The Macerich Company,
CenterCal Properties, LLC, PGIM Real Estate,
and Paseo Nuevo Owner, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **LIMITED OBJECTION AND JOINDER OF VARIOUS LANDLORD CREDITORS TO ENTRY OF FINAL ORDER ON DEBTOR'S USE OF CASH COLLATERAL** |
| | Date:  November 30, 2016<br>Time:  9:30 a.m.<br>Place: Courtroom 1575<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

Westfield, LLC, The Macerich Company, CenterCal Properties, LLC, PGIM Real Estate, and Paseo Nuevo Owner, LLC (collectively, the "Landlords"), submit this Limited Objection to the Debtor's Emergency Motion to Use Cash Collateral (*see* Docket No. 9; the "Cash Collateral Motion").

As of the date of this Limited Objection, and since the filing of this case, several of the Landlords have not received *any* rent from the Debtor.  The Debtor seems intent on financing its case on the backs of the Landlords.  Indeed, by refusing to pay rent as required by 11 U.S.C. § 365(d)(3), the Debtor is effectively placing the Landlords in the position of providing involuntary interest-free unsecured post-petition financing – clearly not what Congress intended or what should be condoned by this Court.

Given the position adopted by the Debtor thus far, no final order on the Cash Collateral Motion should be entered unless it either requires the Debtor's immediate payment of rent for the period from the October 19, 2016 petition date through October 31, 2016 (the "Stub Rent") and November 2016 rent for the Debtor's open and operating stores at the Landlords' shopping centers, or requires the Debtor to provide adequate protection to the Landlords.

In support of their Limited Objection, the Landlords respectfully represent as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on October 19, 2016. The Debtor is operating its business and managing its properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108, and continue to operate at the Landlords' shopping centers.

2. The Landlords are the owners of (or managing agents for) seven (7) shopping centers in California where the Debtor is currently operating as a lessee under a lease of nonresidential real property (collectively, the "Leases"). Each of the Leases is a "lease of real property in a shopping center" as that term is used in 11 U.S.C. § 365(b)(3). *See* In re Joshua Slocum, Ltd., 922 F.2d 1081, 1086 - 1087 (3rd Cir. 1990). The Leases, the shopping centers, and the unpaid rent amounts are described with greater particularity as follows:

*The Westfield Centers*

- Westfield Culver City, located in Culver City, California
    - October Stub = $8,059.22
    - November rent = $18,564.47
    - Total unpaid postpetition rent = $26,623.69
- Westfield Fashion Square, located in Sherman Oaks, California
    - November rent = $16,135.79
    - Total unpaid postpetition rent = $16,135.79
- Westfield Topanga, located in Canoga Park, California
    - October Stub = $7,362.81
    - November rent = $17,227.22
    - Total unpaid postpetition rent = $24,590.03

*The Macerich Center*

- Los Cerritos Center, located in Cerritos, California
    - October Stub = $9,502.93
    - November rent = $22,660.48
    - Total unpaid postpetition rent = $32,163.41

*The CenterCal Center*

- The Collection at Riverpark, located in Oxnard, California
    - October Stub = percentage of gross sales; Debtor has not reported
    - November rent = percentage of gross sales; Debtor has not reported
    - Total unpaid postpetition rent = to be determined

*The PGIM Real Estate Center*

- Bella Terra, located in Huntington Beach, California
    - October Stub - paid
    - November rent - paid

*The Paseo Nuevo Owner Center*

- Paseo Nuevo, located in Santa Barbara, California
    - October Stub = $4,193.55
    - November rent = $10,000.00
    - Total unpaid postpetition rent = $14,193.55

Total unpaid post-petition rent for all Landlords = $113,706.47

3. Landlords join in the Limited Objection filed by landlords GGP Northridge Fashion Center, LP, Glendale I Mall Associates, LP and La Cienega Associates Limited Partnership (*see* Docket No. 47).

4. Based on the foregoing and the authority and argument incorporated by the Landlords' joinder, the Landlords request that any final order authorizing use of cash collateral also requires the Debtor's immediate payment of rent for the period from the October 19, 2016 petition date through October 31, 2016 (the "Stub Rent") and November 2016 rent totaling $113,706.47, or requires the Debtor to provide adequate protection to the Landlords.

3

**LIMITED OBJECTION OF VARIOUS LANDLORDS TO ENTRY OF FINAL CASH COLLATERAL ORDER**

1    5.    In addition to the foregoing, the Landlords request such other and further relief as
2 the Court may deem appropriate under the circumstances.

3 Dated:    November 16, 2016                **BALLARD SPAHR LLP**

By: /s/ Brian D. Huben
Brian D. Huben

Attorneys for Landlord Creditors
Westfield, LLC, The Macerich Company,
CenterCal Properties, LLC, PGIM Real Estate,
and Paseo Nuevo Owner, LLC

4

**LIMITED OBJECTION OF VARIOUS LANDLORDS TO ENTRY OF FINAL CASH COLLATERAL ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

A true and correct copy of the foregoing document described as **LIMITED OBJECTION AND JOINDER OF VARIOUS LANDLORD CREDITORS TO ENTRY OF FINAL ORDER ON DEBTOR'S USE OF CASH COLLATERAL** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 16, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Lynn Brown on behalf of Creditor American Express Travel Related Services Company Inc
notices@becket-lee.com
John H Choi on behalf of Interested Party Courtesy NEF - johnchoi@kpcylaw.com, christinewong@kpcylaw.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA) - dare.law@usdoj.gov, ron.maroko@usdoj.gov
Thor D McLaughlin on behalf of Creditor GGP Northridge Fashion Center, LP -
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Thor D McLaughlin on behalf of Creditor Glendale I Mall Associates, LP -
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Thor D McLaughlin on behalf of Creditor La Cienega Partners Limited Partnership
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Juliet Y Oh on behalf of Debtor Blue Bee, Inc. - jyo@lnbrb.com, jyo@lnbrb.com
Ronald M Tucker, Esq on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **November 16, 2016**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 16, 2016**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sandra R. Klein                                                                                  VIA PERSONAL DELIVERY
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 16, 2016 | Donna Carolo | /s/ Donna Carolo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**