**Fill in this information to identify the case:**

Debtor name **Blue Bee, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)  **2:16-bk-23836-SK**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ **5,661,799.71**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $ **5,661,799.71**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **3,680,720.89**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **277,044.61**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................... +$ **7,700,046.00**

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b
   $ **11,657,811.50**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Bee, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:16-bk-23836-SK** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | **$7,484.69** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Business Advantage Checking Account**<br>**Bank of America** | | **0468** | **$2,315.53** |
| 3.2. | **Business Advantage Checking Account**<br>**Bank of America** | | **9843** | **$0.00** |
| 3.3. | **Business Checking Account**<br>**Wells Fargo Bank** | | **5548** | **$19.10** |
| 3.4. | **Business Checking Account**<br>**Comerica Bank** | | **4439** | **$8,684.67** |
| 3.5. | **General Account**<br>**Pacific City Bank** | | **4803** | **$311.85** |
| 3.6. | **Deposit Account**<br>**Pacific City Bank** | | **4746** | **$2.95** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Blue Bee, Inc.** | Case number *(If known)* **2:16-bk-23836-SK** |
|---|---|---|
| | Name | |

|  | | | |
|---|---|---|---|
| 3.7. | **Business Checking Account**<br>**Wilshire State Bank** | **6135** | **$225.47** |
| 3.8. | **Business Checking Account**<br>**Wilshire State Bank** | **6143** | **$22.63** |
| 3.9. | **Business Checking Account**<br>**Wilshire State Bank** | **6186** | **$254.22** |
| 3.10. | **Business Simple Checking**<br>**Wilshire State Bank** | **6410** | **$0.00** |
| 3.11. | **Business Checking Account**<br>**Wilshire State Bank** | **9010** | **$0.00** |
| 3.12. | **Business Checking Account**<br>**Wilshire State Bank** | **9126** | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$19,321.11**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **Security deposits**<br>**(See Schedule B.7 attached)** | **$181,026.00** |
|---|---|---|
| 7.1. | | |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$181,026.00**

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

| Debtor | Blue Bee, Inc. | Case number *(If known)* | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Inventory | | Unknown | Recent cost | $3,528,349.60 |
| 22. **Other inventory or supplies** | | | | |

| 23. **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $3,528,349.60 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** | | | | |

| Debtor | Blue Bee, Inc. | Case number *(If known)* | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

| Furniture, fixtures, equipment and leasehold improvements. Estimated value reflects book value, net of depreciation. (See Schedule B.39 attached) | $1,870,150.00 | Tax records | $1,870,150.00 |
|---|---|---|---|

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.

|  |
|---|
| $1,870,150.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Toyota Corolla** | Unknown | Comparable sale | $9,410.00 |
| 47.2.  **2012 Mercedes Benz Sprinter** | Unknown | Comparable sale | $15,648.00 |
| 47.3.  **2011 Isuzu NPR** | Unknown | Comparable sale | $20,900.00 |
| 47.4.  **2015 Chrysler Ram** | Unknown | Comparable sale | $16,995.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| $62,953.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Blue Bee, Inc.** | Case number *(If known)* **2:16-bk-23836-SK** |
|---|---|---|
| | Name | |

**52.    Is a depreciation schedule available for any of the property listed in Part 8?**
- ☑ No
- ☐ Yes

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Debtor leases numerous real properties (21 retail store locations, and corporate office/warehouse facility) - see Schedule G.** | | $0.00 | | $0.00 |

**56.    Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| $0.00 |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**"ANGL" Trademark** | **Unknown** | **N/A** | **Unknown** |

Debtor    **Blue Bee, Inc.**                                              Case number *(If known)* **2:16-bk-23836-SK**
                Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                         **$0.00**

        Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
        ■ No
        ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

        ■ No.  Go to Part 12.
        ☐ Yes Fill in the information below.

| Debtor | **Blue Bee, Inc.** | Case number *(If known)* | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,321.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $181,026.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,528,349.60 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,870,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $62,953.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,661,799.71 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,661,799.71 |

---

# Schedule B.7

Schedule B.7 (Security Deposits)

| STORE | SECURITY DEPOSIT |
|---|---|
| #1 - Melrose | $2,800 |
| #1 - Oxnard | None |
| #2 - Valencia | None |
| #3 - Santa Barbara | $6,116.00 |
| #5 - Irvine | $7,667.50 |
| #6 - Manhattan Village | $5,819.33 |
| #7 - Palos Verdes | $5,090.75 |
| #8 - Goleta | $11,200.00 |
| #8 - Outlets at the Border | None |
| #9 - Pasadena | None |
| #9 - Del Amo | None |
| #10 - Santa Monica | None |
| #11 - Thousand Oaks | None |
| #12 - Simi Valley | None |
| #14 - South Bay | None |
| #15 - Chula Vista | None |
| #16 - UTC | $ 21,321.17 |
| #17 - Temecula | None |
| #18 - Mission Viejo | None |
| #19 - Overland | None |
| #20 - Topanga | None |
| #21 - Sherman Oaks | $ 6,662.00 |
| #22 - Bella Terra | $ 6,950.83 |
| #23 - The Strand | $ 11,591.43 |
| #24 - Arcadia | $ 29,187.00 |
| #25 - Hollywood & Highland | $5,800.00 |
| #26 - Riverside | None |
| #27 - Beverly Center | $ 13,000.00 |
| #28 - Citywalk | $ 10,000.00 |
| #29 - Northridge | None |
| #30 - La Cumbre | None |
| #31 - Glendale | None |
| #32 - Horton Plaza | None |
| #33 - Culver City | None |
| #34 - Fresno | None |
| #35 - Centruy City | None |
| #36 - Modesto | None |
| #37 - Los Cerritos | None |

**Schedule B.7 (Security Deposits)**

| | | |
|---|---|---|
| #38 - Victoria Gardens | | None |
| #40 - Bakersfield | | None |
| #43 - Brea | | None |
| #44 - Plaza Bonita | | None |
| #47 - Fashion Island | $ | 10,000.00 |
| #TA1 - | $ | 11,544.50 |
| #TA2 - | $ | 8,805.00 |
| #TA3 - | $ | 7,470.83 |
| | | $181,026 |

# Schedule B.39

BLUEBEE  BLUE BEE, INC
80-0950433
FYE: 12/31/2015

# Federal Asset Report
## Form 1120S, Page 1

10/19/2016  5:23 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **7-year GDS Property:** | | | | | | | | | | | | |
| 137 | FIXTURES-TEMECULA | 1/27/15 | 1,336 | | | | 1,336 | 7 | HY | 200DB | 0 | 191 |
| 138 | FIXTURE-MISSION VIEJO | 7/15/15 | 887 | | | | 887 | 7 | HY | 200DB | 0 | 127 |
| 139 | FIXTURES-TOPANGA | 7/08/15 | 788 | | | | 788 | 7 | HY | 200DB | 0 | 113 |
| 141 | FIXTURE-TYLER | 1/08/15 | 1,253 | | | | 1,253 | 7 | HY | 200DB | 0 | 179 |
| 143 | EQUIPMENT-PLAZA BONITA | 11/09/15 | 970 | | | | 970 | 7 | HY | 200DB | 0 | 139 |
| 144 | FIXTURE-MODESTO | 6/17/15 | 1,197 | | | | 1,197 | 7 | HY | 200DB | 0 | 171 |
| 145 | FIXTURE-MANHATTAN | 3/23/15 | 682 | | | | 682 | 7 | HY | 200DB | 0 | 97 |
| 146 | FIXTURE-SD OUTLET | 5/19/15 | 2,350 | | | | 2,350 | 7 | HY | 200DB | 0 | 336 |
| 148 | FIXTURE-PASADENA | 5/05/15 | 552 | | | | 552 | 7 | HY | 200DB | 0 | 79 |
| 150 | FIXTURE-OXNARD | 12/17/15 | 4,560 | | | | 4,560 | 7 | HY | 200DB | 0 | 651 |
| 151 | EQUIPMENT-S.M | 1/28/15 | 2,800 | | | | 2,800 | 7 | HY | 200DB | 0 | 400 |
| 152 | EQUIPMENT-TEMECULA | 1/28/15 | 1,221 | | | | 1,221 | 7 | HY | 200DB | 0 | 174 |
| 153 | FIXTURE-TOPANGA | 3/10/15 | 6,778 | | | | 6,778 | 7 | HY | 200DB | 0 | 968 |
| 155 | EQUIPMENT-TYLER | 6/18/15 | 3,250 | | | | 3,250 | 7 | HY | 200DB | 0 | 464 |
| 157 | EQUIPMENT-NORTHRIDGE | 1/28/15 | 1,445 | | | | 1,445 | 7 | HY | 200DB | 0 | 206 |
| 158 | EQUIPMENT-GLENDALE | 6/04/15 | 5,200 | | | | 5,200 | 7 | HY | 200DB | 0 | 743 |
| 159 | EQUIPMENT-CENTURY CITY | 5/15/15 | 2,500 | | | | 2,500 | 7 | HY | 200DB | 0 | 357 |
| 161 | EQUIPMENT-DS AIR CONDITION | 8/04/15 | 2,500 | | | | 2,500 | 7 | HY | 200DB | 0 | 357 |
| 162 | FIXTURE-MAIN | 8/04/15 | 61,637 | | | | 61,637 | 7 | HY | 200DB | 0 | 8,805 |
| 163 | FIXTURE-FASHION SQUARE | 12/07/15 | 1,199 | | | | 1,199 | 7 | HY | 200DB | 0 | 171 |
| 164 | EQUIPMENT-MAIN | 12/07/15 | 13,536 | | | | 13,536 | 7 | HY | 200DB | 0 | 1,934 |
| | | | 116,641 | | | | 116,641 | | | | 0 | 16,662 |
| **15-year GDS Property:** | | | | | | | | | | | | |
| 136 | LHI-OXNARD | 4/20/15 | 48,012 | | | | 48,012 | 15 | HY | 150DB | 0 | 2,401 |
| 140 | LHI-FASHION | 6/02/15 | 149,920 | | | | 149,920 | 15 | HY | 150DB | 0 | 7,496 |
| 142 | LHI-UNIVERSAL STUDIO | 1/08/15 | 3,601 | | | | 3,601 | 15 | HY | 150DB | 0 | 180 |
| 147 | LHI-DEL AMO | 12/23/15 | 8,624 | | | | 8,624 | 15 | HY | 150DB | 0 | 431 |
| 149 | LHI-SCOTTSDALE AZ | 1/01/15 | 44,131 | | | | 44,131 | 15 | HY | 150DB | 0 | 2,207 |
| 154 | LHI-FASHION SQUARE | 2/27/15 | 28,373 | | | | 28,373 | 15 | HY | 150DB | 0 | 1,419 |
| 156 | LHI-UNIVERSAL STUDIO | 9/23/15 | 4,486 | | | | 4,486 | 15 | HY | 150DB | 0 | 224 |
| 160 | LHI-MAIN | 4/06/15 | 19,851 | | | | 19,851 | 15 | HY | 150DB | 0 | 993 |
| | | | 306,998 | | | | 306,998 | | | | 0 | 15,351 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 1 | ALI-BELLA TERRA 09 | 6/30/09 | 88,968 | | | | 88,968 | 15 | HY | 150DB | 63,761 | 2,653 |
| 2 | 57.0-PP BELLA TERRA 09 | 6/30/09 | 42,027 | | | | 42,027 | 5 | HY | 200DB | 42,027 | 0 |
| 3 | 00.12-PP BELLA TERRA 09 | 6/30/09 | 4,679 | | | | 4,679 | 5 | HY | 200DB | 4,679 | 0 |
| 4 | QLI-SANTA MONICA 10 | 7/01/10 | 199,350 | | | | 199,350 | 15 | HY | 150DB | 136,223 | 6,313 |
| 5 | 57.0-PP SNATA MONICA 10 | 7/01/10 | 59,975 | | | | 59,975 | 5 | HY | 200DB | 58,247 | 1,728 |
| 6 | 00.12-PP SANTA MONICA 10 | 7/01/10 | 11,253 | | | | 11,253 | 5 | HY | 200DB | 10,929 | 324 |
| 7 | QLI-HOLLYWOOD 10 | 7/01/10 | 7,633 | | | | 7,633 | 15 | HY | 150DB | 5,216 | 242 |
| 8 | 57.0-PP HOLLYWOOD 10 | 7/01/10 | 3,157 | | | | 3,157 | 5 | HY | 200DB | 3,066 | 91 |
| 9 | QLI-TYLER 10 | 7/01/10 | 62,025 | | | | 62,025 | 15 | HY | 150DB | 42,384 | 1,964 |
| 10 | 57.0-PP TYLER 10 | 7/01/10 | 17,339 | | | | 17,339 | 5 | HY | 200DB | 16,840 | 499 |
| 11 | 00.12-PP TYLER 10 | 7/01/10 | 10,199 | | | | 10,199 | 5 | HY | 200DB | 9,905 | 294 |
| 12 | QLI- CITY WALK 10 | 7/01/10 | 29,677 | | | | 29,677 | 15 | HY | 150DB | 20,280 | 940 |
| 13 | 57.0-PP CITY WALK 10 | 7/01/10 | 65,810 | | | | 65,810 | 5 | HY | 200DB | 63,915 | 1,895 |
| 14 | 00.12-PP CITY WALK 10 | 7/01/10 | 11,730 | | | | 11,730 | 5 | HY | 200DB | 11,392 | 338 |
| 15 | QLI-NORTHRIDGE 10 | 7/01/10 | 27,849 | | | | 27,849 | 15 | HY | 150DB | 19,030 | 882 |
| 16 | 57.0-PP NORTHRIDGE 10 | 7/01/10 | 35,349 | | | | 35,349 | 5 | HY | 200DB | 34,331 | 1,018 |
| 17 | 00.12-PP NORTHRIDGE 10 | 7/01/10 | 12,052 | | | | 12,052 | 5 | HY | 200DB | 11,705 | 347 |
| 18 | QLI-CALABASAS 10 | 7/01/10 | 19,101 | | | | 19,101 | 15 | HY | 150DB | 13,052 | 605 |
| 19 | 57.0-PP CALABASAS 10 | 7/01/10 | 7,089 | | | | 7,089 | 5 | HY | 200DB | 6,885 | 204 |
| 20 | 00.12-PP CALABASAS 10 | 7/01/10 | 4,664 | | | | 4,664 | 5 | HY | 200DB | 4,530 | 134 |
| 21 | QLI-MARINA DEL REY 10 | 7/01/10 | 70,313 | | | | 70,313 | 15 | HY | 150DB | 48,047 | 2,227 |
| 22 | 57.0-PP MARINA DEL REY 10 | 7/01/10 | 31,424 | | | | 31,424 | 5 | HY | 200DB | 30,519 | 905 |
| 23 | 00.12-PP MARINA DEL REY 10 | 7/01/10 | 2,727 | | | | 2,727 | 5 | HY | 200DB | 2,727 | 0 |
| 24 | QLI-STRAND09 | 7/31/09 | 112,473 | | | | 112,473 | 15 | HY | 150DB | 80,565 | 3,359 |
| 25 | 00.3-RP SITE IMPROVEMENTS 09 | 7/31/09 | 7,139 | | | | 7,139 | 15 | HY | 150DB | 5,381 | 185 |
| 26 | 57.0-PP STRAND 09 | 7/31/09 | 48,061 | | | | 48,061 | 5 | HY | 200DB | 48,061 | 0 |
| 27 | QLI FY 2011 | 6/30/11 | 687,946 | | | | 687,946 | 15 | HY | 150DB | 687,946 | 0 |
| 28 | 57.0-PP FURNITURE&FIXTURES'12 | 187,745 | | | | | 187,745 | 5 | HY | 200DB | 160,710 | 10,814 |
| 29 | QLI-HORTON PLAZA 12 | 4/06/12 | 70,163 | | | | 70,163 | 15 | HY | 150DB | 43,267 | 2,690 |
| 30 | 57.0-PP HORTON PLAZA 12 | 4/06/12 | 44,030 | | | | 44,030 | 5 | HY | 200DB | 37,690 | 2,536 |

BLUEBEE BLUE BEE, INC
80-0950433
FYE: 12/31/2015

10/19/2016  5:23 PM

# Federal Asset Report
## Form 1120S, Page 1

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | QLI-CULVER CITY 12 | 4/20/12 | 104,322 | | | | 104,322 | 15 | HY | 150DB | 64,332 | 3,999 |
| 32 | 57.0-PP CULVER CITY 12 | 4/20/12 | 77,105 | | | | 77,105 | 5 | HY | 200DB | 66,002 | 4,441 |
| 33 | 00.12-PP CULVER CITY 12 | 4/20/12 | 2,633 | | | | 2,633 | 5 | HY | 200DB | 2,254 | 152 |
| 34 | QLI-MISSION VIEJO 12 | 6/22/12 | 106,215 | | | | 106,215 | 15 | HY | 150DB | 65,500 | 4,072 |
| 35 | 57.0-PP MISSION VIEJO 12 | 6/22/12 | 84,221 | | | | 84,221 | 5 | HY | 200DB | 72,093 | 4,851 |
| 36 | QLI-CERRITOS 12 | 7/20/12 | 108,442 | | | | 108,442 | 15 | HY | 150DB | 66,872 | 4,157 |
| 37 | 57.0-PP CERRITOS 12 | 7/20/12 | 84,680 | | | | 84,680 | 5 | HY | 200DB | 72,486 | 4,878 |
| 38 | QLI-FRESNO 12 | 7/27/12 | 164,052 | | | | 164,052 | 15 | HY | 150DB | 101,165 | 6,289 |
| 39 | 57.O-PP FRESNO 12 | 7/27/12 | 98,460 | | | | 98,460 | 5 | HY | 200DB | 84,282 | 5,671 |
| 40 | QLI-CENTURY CITY 12 | 7/27/12 | 110,235 | | | | 110,235 | 15 | HY | 150DB | 67,979 | 4,226 |
| 41 | 57.0-PP CENTURY CITY 12 | 7/27/12 | 76,730 | | | | 76,730 | 5 | HY | 200DB | 65,681 | 4,420 |
| 42 | QLI-MODESTO 12 | 8/16/12 | 173,422 | | | | 173,422 | 15 | HY | 150DB | 106,943 | 6,648 |
| 43 | 57.0-PP MODESTO 12 | 8/16/12 | 104,021 | | | | 104,021 | 5 | HY | 200DB | 89,042 | 5,992 |
| 44 | 00.12-PP HOLLYWOOD 10 | 7/01/10 | 1,782 | | | | 1,782 | 5 | HY | 200DB | 1,731 | 51 |
| 45 | FURNITURE & FIXTURES | 6/30/11 | 143,329 | | | | 143,329 | 7 | HY | 200DB | 143,329 | 0 |
| 46 | 1-3-9 | 10/30/09 | 3,060 | | | | 3,060 | 5 | HY | 200DB | 3,060 | 0 |
| 47 | AUTOMOBILE | 3/31/10 | 15,900 | | | | 15,900 | 5 | HY | 200DB | 15,312 | 588 |
| 48 | BELLA TERRA | 6/30/09 | 1,450 | | | | 1,450 | 5 | HY | 200DB | 1,256 | 129 |
| 49 | EQUIPMENT | 7/31/07 | 6,641 | | | | 6,641 | 5 | HY | 200DB | 6,641 | 0 |
| 50 | EQUIPMENT | 2/12/07 | 4,200 | | | | 4,200 | 5 | HY | 200DB | 4,200 | 0 |
| 51 | EQUIPMENT | 7/01/10 | 11,063 | | | | 11,063 | 7 | HY | 200DB | 8,595 | 987 |
| 52 | FASHION SQUARE | 5/31/09 | 16,415 | | | | 16,415 | 15 | HY | 150DB | 7,207 | 969 |
| 53 | FASHION SQUARE | 6/30/09 | 4,877 | | | | 4,877 | 5 | HY | 200DB | 4,877 | 0 |
| 54 | FIXTURE | 7/01/10 | 9,156 | | | | 9,156 | 7 | HY | 200DB | 7,113 | 817 |
| 55 | FIXTURE | 7/03/07 | 1,400 | | | | 1,400 | 7 | HY | 200DB | 1,400 | 0 |
| 56 | FIXTURE | 3/16/07 | 10,000 | | | | 10,000 | 7 | HY | 200DB | 10,000 | 0 |
| 57 | FIXTURE | 6/13/07 | 33,283 | | | | 33,283 | 7 | HY | 200DB | 33,283 | 0 |
| 58 | FIXTURE | 4/18/07 | 1,200 | | | | 1,200 | 7 | HY | 200DB | 1,200 | 0 |
| 59 | FIXTURE | 4/14/05 | 6,480 | | | | 6,480 | 7 | HY | 200DB | 6,480 | 0 |
| 60 | FIXTURE | 1/19/07 | 4,003 | | | | 4,003 | 7 | HY | 200DB | 4,003 | 0 |
| 61 | FIXTURE | 8/14/07 | 12,858 | | | | 12,858 | 7 | HY | 200DB | 12,619 | 0 |
| 62 | FIXTURE-BELLA | 4/30/09 | 1,100 | | | | 1,100 | 7 | HY | 200DB | 962 | 92 |
| 63 | FIXTURE-OVERLAND | 3/31/09 | 3,000 | | | | 3,000 | 7 | HY | 200DB | 2,611 | 259 |
| 64 | FIXTURE-OVERLAND | 4/30/09 | 3,000 | | | | 3,000 | 7 | HY | 200DB | 2,626 | 249 |
| 65 | FIXTURE | 9/30/08 | 3,000 | | | | 3,000 | 7 | HY | 200DB | 2,818 | 182 |
| 66 | LHI | 7/30/05 | 6,000 | | | | 6,000 | 15 | HY | 150DB | 3,954 | 372 |
| 67 | LHI | 8/04/04 | 146,081 | | | | 146,081 | 15 | HY | 150DB | 101,367 | 9,936 |
| 68 | LHI | 6/30/06 | 11,952 | | | | 11,952 | 15 | HY | 150DB | 7,365 | 706 |
| 69 | LHI | 8/04/04 | 114,618 | | | | 114,618 | 15 | HY | 150DB | 79,535 | 7,796 |
| 70 | LHI | 6/30/06 | 77,852 | | | | 77,852 | 15 | HY | 150DB | 47,973 | 4,597 |
| 71 | LHI | 6/30/06 | 6,750 | | | | 6,750 | 15 | HY | 150DB | 4,160 | 398 |
| 72 | LHI | 4/13/05 | 50,938 | | | | 50,938 | 15 | HY | 150DB | 34,061 | 3,069 |
| 73 | LHI | 12/31/07 | 10,000 | | | | 10,000 | 15 | HY | 150DB | 5,513 | 598 |
| 74 | LHI | 3/17/03 | 49,512 | | | | 49,512 | 15 | HY | 150DB | 37,316 | 3,485 |
| 75 | LHI | 9/30/08 | 29,532 | | | | 29,532 | 15 | HY | 150DB | 14,665 | 1,749 |
| 76 | LHI | 7/01/06 | 65,294 | | | | 65,294 | 15 | HY | 150DB | 40,235 | 3,855 |
| 77 | LHI | 7/01/06 | 26,349 | | | | 26,349 | 15 | HY | 150DB | 16,237 | 1,556 |
| 78 | LHI | 3/12/05 | 17,474 | | | | 17,474 | 15 | HY | 150DB | 11,733 | 1,044 |
| 79 | LHI | 7/01/06 | 26,374 | | | | 26,374 | 15 | HY | 150DB | 16,252 | 1,557 |
| 80 | LHI | 6/30/06 | 4,800 | | | | 4,800 | 15 | HY | 150DB | 2,957 | 284 |
| 81 | LHI | 6/30/06 | 3,367 | | | | 3,367 | 15 | HY | 150DB | 2,075 | 199 |
| 82 | LHI | 1/10/07 | 5,000 | | | | 5,000 | 15 | HY | 150DB | 2,819 | 291 |
| 83 | LHI | 2/19/07 | 43,660 | | | | 43,660 | 15 | HY | 150DB | 24,513 | 2,553 |
| 84 | LHI | 7/01/06 | 13,500 | | | | 13,500 | 15 | HY | 150DB | 8,319 | 797 |
| 85 | LHI | 7/01/06 | 35,056 | | | | 35,056 | 15 | HY | 150DB | 21,602 | 2,070 |
| 86 | LHI | 7/01/06 | 12,183 | | | | 12,183 | 15 | HY | 150DB | 7,507 | 719 |
| 87 | LHI | 6/30/06 | 42,388 | | | | 42,388 | 15 | HY | 150DB | 26,120 | 2,503 |
| 88 | LHI | 7/01/06 | 80,406 | | | | 80,406 | 15 | HY | 150DB | 49,547 | 4,748 |
| 89 | LHI | 6/30/06 | 68,773 | | | | 68,773 | 15 | HY | 150DB | 42,378 | 4,061 |
| 90 | LHI | 7/01/06 | 10,600 | | | | 10,600 | 15 | HY | 150DB | 6,533 | 626 |
| 91 | LHI | 4/27/07 | 22,533 | | | | 22,533 | 15 | HY | 150DB | 12,602 | 1,324 |
| 92 | LHI | 7/01/06 | 3,600 | | | | 3,600 | 15 | HY | 150DB | 2,218 | 213 |
| 93 | LHI | 11/08/05 | 30,750 | | | | 30,750 | 15 | HY | 150DB | 20,000 | 1,955 |
| 94 | LHI | 1/08/97 | 8,650 | | | | 8,650 | 15 | HY | 150DB | 8,650 | 0 |
| 95 | LHI | 6/05/07 | 18,050 | | | | 18,050 | 15 | HY | 150DB | 10,076 | 1,063 |
| 96 | LHI | 7/01/06 | 36,023 | | | | 36,023 | 15 | HY | 150DB | 22,197 | 2,127 |
| 97 | LHI | 8/04/04 | 115,148 | | | | 115,148 | 15 | HY | 150DB | 79,902 | 7,832 |
| 98 | ML320 | 5/14/02 | 44,128 | | | | 44,128 | 5 | HY | 200DB | 44,128 | 0 |
| 99 | OFFICE EQUIPMENT | 8/31/06 | 4,171 | | | | 4,171 | 5 | HY | 200DB | 4,171 | 0 |
| 100 | OVERLAND | 5/31/09 | 2,100 | | | | 2,100 | 7 | HY | 200DB | 1,828 | 181 |
| 101 | OVERLAND | 5/31/09 | 1,000 | | | | 1,000 | 7 | HY | 200DB | 871 | 86 |

BLUEBEE  BLUE BEE, INC                                          10/19/2016  5:23 PM
80-0950433                        **Federal Asset Report**
FYE: 12/31/2015                    **Form 1120S, Page 1**

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | STRAND | 11/30/09 | 2,951 | | | | 2,951 | 5 | HY | 200DB | 2,951 | 0 |
| 103 | TOPANGA | 6/30/09 | 4,972 | | | | 4,972 | 5 | HY | 200DB | 4,972 | 0 |
| 104 | TOPANGA | 5/31/09 | 25,830 | | | | 25,830 | 5 | HY | 200DB | 25,830 | 0 |
| 105 | TOPANGA | 6/30/09 | 2,200 | | | | 2,200 | 7 | HY | 200DB | 1,906 | 196 |
| 106 | TRUCK | 2/24/05 | 19,461 | | | | 19,461 | 5 | HY | 200DB | 19,461 | 0 |
| 107 | VALENCIA | 3/12/02 | 9,752 | | | | 9,752 | 15 | HY | 150DB | 7,959 | 717 |
| 108 | MACHINERY & EQUIPMENT | 6/30/12 | 94,206 | | | | 94,206 | 5 | HY | 200DB | 67,075 | 10,852 |
| 109 | EQUIPMENT | 6/01/13 | 54,133 | | | | 54,133 | 5 | HY | 200DB | 29,232 | 9,960 |
| 110 | FIXTURES | 6/01/13 | 54,863 | | | | 54,863 | 5 | HY | 200DB | 29,626 | 10,095 |
| 111 | LEASEHOLD IMPROVEMENTS | 2/01/13 | 163,165 | | | | 163,165 | 15 | HY | 150DB | 95,180 | 6,799 |
| 112 | LEASEHOLD IMPROVEMENTS | 2/01/13 | 646,843 | | | | 646,843 | 15 | HY | 150DB | 377,325 | 26,952 |
| 113 | LHI-#16 UTC | 10/02/14 | 5,000 | | | | 5,000 | 15 | HY | 150DB | 167 | 483 |
| 114 | LHI-#27 BEVERLY CENTER | 12/29/14 | 1,413 | | | | 1,413 | 15 | HY | 150DB | 47 | 137 |
| 115 | LHI-#28 UNIVERSAL STUDIO | 3/12/14 | 5,824 | | | | 5,824 | 15 | HY | 150DB | 194 | 563 |
| 116 | LHI-#28 UNIVERSAL STUDIO | 6/23/14 | 2,500 | | | | 2,500 | 15 | HY | 150DB | 83 | 242 |
| 117 | LHI-#28 UNIVERSAL STUDIO | 9/05/14 | 7,525 | | | | 7,525 | 15 | HY | 150DB | 251 | 727 |
| 118 | SIGNAGE-#38 R.C. | 10/28/14 | 165 | | | | 165 | 7 | HY | 200DB | 6 | 45 |
| 119 | LHI-#43 BREA MALL | 3/14/14 | 26,459 | | | | 26,459 | 15 | HY | 150DB | 882 | 2,558 |
| 120 | LHI-#43 BREA MALL | 6/09/14 | 9,615 | | | | 9,615 | 15 | HY | 150DB | 321 | 929 |
| 121 | LHI-#44 PLAZA BONITA | 3/05/14 | 8,016 | | | | 8,016 | 15 | HY | 150DB | 267 | 775 |
| 122 | LHI-#44 PLAZA BONITA | 4/11/14 | 4,800 | | | | 4,800 | 15 | HY | 150DB | 160 | 464 |
| 123 | LHI-#8 SD OUTLET | 12/29/14 | 29,369 | | | | 29,369 | 15 | HY | 150DB | 979 | 2,839 |
| 124 | SIGNAGE-#9 PASADENA | 4/04/14 | 550 | | | | 550 | 7 | HY | 200DB | 98 | 129 |
| 125 | FIXTURE-MAIN | 2/24/14 | 24,245 | | | | 24,245 | 7 | HY | 200DB | 6,061 | 5,195 |
| 126 | FIXTURE-MAIN | 6/17/14 | 6,000 | | | | 6,000 | 7 | HY | 200DB | 1,071 | 1,408 |
| 127 | FIXTURE-MAIN | 12/22/14 | 31,491 | | | | 31,491 | 7 | HY | 200DB | 1,125 | 8,676 |
| 128 | LHI-PLAZA BONITA | 2/18/14 | 100,788 | | | | 100,788 | 15 | HY | 150DB | 3,360 | 9,743 |
| 129 | LHI-PLAZA BONITA | 4/29/14 | 6,614 | | | | 6,614 | 15 | HY | 150DB | 220 | 639 |
| 130 | OFFICE EQUIPMENT-MAIN | 12/05/14 | 9,906 | | | | 9,906 | 7 | HY | 200DB | 354 | 2,729 |
| 131 | OFFICE EQUIPMENT-#44 PLAZA BONIT | 4/10/14 | 3,896 | | | | 3,896 | 7 | HY | 200DB | 696 | 914 |
| 132 | OFFICE EQUIPMENT-#29 NORTHRIDG | 11/14/14 | 2,377 | | | | 2,377 | 7 | HY | 200DB | 85 | 655 |
| 133 | OFFICE EQUIPMENT-#43 BREA MALL | 11/14/14 | 2,377 | | | | 2,377 | 7 | HY | 200DB | 85 | 655 |
| 134 | OFFICE EQUIPMENT-#47 FASHION ISL | 11/20/14 | 5,800 | | | | 5,800 | 7 | HY | 200DB | 207 | 1,598 |
| 135 | OFFICE EQUIPMENT-#8 SD OUTLET | 12/19/14 | 7,743 | | | | 7,743 | 7 | HY | 200DB | 277 | 2,133 |
| | | | 6,199,143 | | | | 6,199,143 | | | | 4,429,156 | 291,463 |

| | | Cost | | Basis for Depr | Prior | Current |
|---|---|---|---|---|---|---|
| | **Grand Totals** | 6,622,782 | | 6,622,782 | 4,429,156 | 323,476 |
| | **Less: Dispositions and Transfers** | 0 | | 0 | 0 | 0 |
| | **Less: Start-up/Org Expense** | 0 | | 0 | 0 | 0 |
| | **Net Grand Totals** | 6,622,782 | | 6,622,782 | 4,429,156 | 323,476 |

**Fill in this information to identify the case:**

Debtor name    **Blue Bee, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:16-bk-23836-SK**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **CA State Board of Equalization**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Substantially all assets of the Debtor** | **$24,160.38** | **$0.00** |
| | **P.O. Box 942879<br>Sacramento, CA<br>94279-0055**<br>Creditor's mailing address | | | |
| | | Describe the lien<br>**Tax Lien**<br>**Is the creditor an insider or related party?** | | |
| | | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred<br>1/29/2015<br>Last 4 digits of account number<br>2181** | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Chrysler Capital**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 Chrysler Ram** | **$23,237.08** | **$16,995.00** |
| | **P.O. Box 660335<br>Dallas, TX 75266-0335**<br>Creditor's mailing address | | | |
| | | Describe the lien<br>**Auto Purchase Financing**<br>**Is the creditor an insider or related party?** | | |
| | | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| | Creditor's email address, if known | | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Blue Bee, Inc.** | | Case number (if know) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Fashblvd., Inc.** | **Describe debtor's property that is subject to a lien** | **$6,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**16830 Ventura Blvd., Suite
360
Encino, CA 91436**
Creditor's mailing address

**Substantially all assets of the Debtor**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

☐ No _(email line)_

Creditor's email address, if known

☐ Yes

☐ No

**Is anyone else liable on this claim?**

**Date debt was incurred
10/19/2016**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Hitachi Capital America
Corp.** | **Describe debtor's property that is subject to a lien** | **$9,195.21** | **$20,900.00** |
|---|---|---|---|---|

Creditor's Name

**800 Connecticut Avenue
Norwalk, CT 06854**
Creditor's mailing address

**2011 Isuzu NPR**

**Describe the lien**

**Auto Purchase Financing**

**Is the creditor an insider or related party?**

☐ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mercedes-Benz Financial
Services US** | **Describe debtor's property that is subject to a lien** | **$11,434.72** | **$15,648.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5260
Carol Stream, IL
60197-5260**
Creditor's mailing address

**2012 Mercedes Benz Sprinter**

**Describe the lien**

**Auto Purchase Financing**

---

Debtor    **Blue Bee, Inc.**
_____
Name

Case number (if know)    **2:16-bk-23836-SK**

---

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Pacific City Bank** | Describe debtor's property that is subject to a lien | $1,499,891.85 | Unknown |

Creditor's Name

**3701 Wilshire Blvd.**
**Suite 100**
**Los Angeles, CA 90010**
Creditor's mailing address

**Substantially all assets of the Debtor**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/23/2014**

**Last 4 digits of account number**
**3776**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Pacific City Bank** | Describe debtor's property that is subject to a lien | $1,659,295.78 | Unknown |

Creditor's Name

**Attn: SBA Department**
**3701 Wilshire Blvd., Suite 310**
**Los Angeles, CA 90010**
Creditor's mailing address

**Substantially all assets of the Debtor**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/24/2014**

**Last 4 digits of account number**
**1138**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Blue Bee, Inc.** | Case number (if know) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Pacific City Bank** | Describe debtor's property that is subject to a lien | $441,956.79 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3701 Wilshire Blvd.**
**Suite 100**
**Los Angeles, CA 90010**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Substantially all assets of the Debtor**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2/2015**

**Last 4 digits of account number**
**4077**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $5,549.08 | $9,410.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5855**
**Carol Stream, IL**
**60197-5855**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2013 Toyota Corolla**

**Describe the lien**
**Auto Purchase Financing**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,680,720.89 |
|---|---|---|

---

<div style="background:black;color:white">**Part 2:**</div> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Administration**<br>**Attn: So Cal Legal Unit**<br>**330 North Brand Blvd., Suite 1200**<br>**Glendale, CA 91203-2304** | Line  **2.7** | **5006** |

---

| Debtor | **Blue Bee, Inc.** | Case number (*if know*) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Blue Bee, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:16-bk-23836-SK** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,399.98 | $3,399.98 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notification Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116,808.95 | $116,808.95 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. Box. 54110**
**Los Angeles, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119,894.00 | $119,894.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Account Information Group, MIC:**
**29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,402.50 |
|---|---|---|---|

**A. Peach**
**735 E. 12th Street**
**Unit #106**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,965.02 |
|---|---|---|---|

**AAA Financial Services**
**PO Box 15019**
**Wilmington, DE 19886-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Blue Bee, Inc. | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,450.80 |
|---|---|---|---|
| | **AAKAA**<br>**747 E. 10th Street, #116**<br>**Los Angeles   90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ace 5000 Supply Inc.**<br>**7050 Valley View Street**<br>**Buena Park, CA 90620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **For Notification Purposes Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,426.51 |
|---|---|---|---|
| | **AETNA**<br>**P.O. Box 7247-0213**<br>**Philadelphia, PA 19170-0213** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.80 |
|---|---|---|---|
| | **All States Services**<br>**PO Box 94258**<br>**Las Vegas, NV 89193** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116,256.25 |
|---|---|---|---|
| | **Alythea**<br>**1016 S. Towne Ave., #106**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,296.00 |
|---|---|---|---|
| | **ARK & CO**<br>**1100 S. San Pedro Street, #C4**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,452.30 |
|---|---|---|---|
| | **Artistic Sign Group, Inc.**<br>**2319 Alameda Ave, Ste 2F**<br>**Ventura, CA 93003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,913.37** |
|---|---|---|---|

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.73** |
|---|---|---|---|

**AT&T Uverse**
**PO Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,278.00** |
|---|---|---|---|

**Audrey 3+1**
**1100 S. San Pedro Street, #N-07**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,410.25** |
|---|---|---|---|

**Beautifully**
**721 E. 12th Street, #B1**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,883.03** |
|---|---|---|---|

**Bella Terra Associates LLC**
**c/o DJM Capital Partners**
**7777 Edinger Avenue, Suite 133**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5.22** |
|---|---|---|---|

**Birch Communications**
**PO Box 105066**
**Atlanta, GA 30348-5066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,811.13** |
|---|---|---|---|

**BLANC**
**1013 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | Blue Bee, Inc. | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Buffalo Electric Wholesale**
**1220 W. Venice Blvd.**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,849.50** |
|---|---|---|---|

**Cameo**
**726 E. 12th Street, #110**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Camino Real LLC**
**7004 Marketplace Dr.**
**Goleta, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,357.16** |
|---|---|---|---|

**CAPREF Paseo LLC**
**Dept. 20130**
**P.O. Box 206249**
**Dallas, TX 75320-6249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,954.99** |
|---|---|---|---|

**CAPREF Strand LLC**
**PO Box 678749**
**Dallas, TX 75267-8749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,018.07** |
|---|---|---|---|

**Cardmember Service**
**PO Box 790408**
**St. Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,133.16** |
|---|---|---|---|

**Caribbean Queen Inc.**
**1128 S. Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,432.50 |
|---|---|---|---|

**Catch Me**
**1015 Crocker Street, #S-05**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159,796.69 |
|---|---|---|---|

**Century City Mall LLC**
**10250 Santa Monica Blvd**
**Suite 1**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,064.34 |
|---|---|---|---|

**Chase Card Services**
**PO Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,952.25 |
|---|---|---|---|

**Chocolate Jewellry, Inc.**
**10 W. 33rd Street, #230**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,495.87 |
|---|---|---|---|

**CIM/Huntington LLC**
**Accounting Dept, H&H Highland Ctr**
**6801 Hollywood Blvd., Suite 170**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.27 |
|---|---|---|---|

**City of Fresno**
**Utilities Billing and Collection**
**P.O. Box 2069**
**Fresno, CA 93718-2069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,665.46 |
|---|---|---|---|

**City of LA Business Tax**
**Office of Finance**
**PO Box 513996**
**Los Angeles, CA 90051-3996**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Blue Bee, Inc.** | | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,073.79 |
|---|---|---|---|

**City of Rancho Cucamonga**
**Municipal Utility**
P.O. Box 4499
Rancho Cucamonga, CA 91729-4499

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,023.50 |
|---|---|---|---|

**City of Santa Barbara**
**Business License**
P.O Box 1190
Santa Barbara, CA 93102-1990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,236.74 |
|---|---|---|---|

**City of Vernon**
Dept. LA 23389
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,900.00 |
|---|---|---|---|

**Clothing Illustrated**
1100 S. San Pedro Street, #B-5
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**County of Orange**
**Attn: Treasurer- Tax Collector**
PO Box 1438
Santa Ana, CA 92702-1438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**County of San Diego**
**Attn: Weights & Measures**
9325 Hazard Way #100
San Diego, CA 92123-1217

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Crown Window Cleaning & Building**
2017 N. Gateway Blvd. #103
Fresno, CA 93727-1621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,564.47** |
|---|---|---|---|

**Culver City Mall LP**
**PO Box 55705**
**Los Angeles, CA 90074-5705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CY Flooring**
**1933 S. Alameda St.**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,254.33** |
|---|---|---|---|

**Dance & Marvel**
**1015 Crocker Avenue, #Q2**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.47** |
|---|---|---|---|

**De Lage Landen Financial Services**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,015.19** |
|---|---|---|---|

**Debut**
**1015 S. Crocker Street, #Q-14**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,450.53** |
|---|---|---|---|

**Del Amo Fashion Center**
**P.O. Box 409657**
**Atlanta, GA 30384-9657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,685.00** |
|---|---|---|---|

**DEPRI**
**1156 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,077.17**

**Discover**
PO Box 29033
Phoenix, AZ 85038-9033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,238.75**

**Discovery Insurance Services**
505 Shatto Place #201
Los Angeles, CA 90020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00**

**DMV Renewal**
P.O. Box 942897
Sacramento, CA 94297-0897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,524.32**

**DMX Inc**
PO Box 602777
Charlotte, NC 28260-2777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,277.75**

**Dollar Fashion, Inc**
1114-1 S. Los Angeles Street
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,624.00**

**Dollhouse Footwear**
19101 E. Walnut Drive
N. City of Industry, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,260.00**

**Dress Forum**
11355 West Olympic Blvd.
Los Angeles, CA 90064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**Easy Time Clock**
5601 NW 72nd St.
Suite 396
Oklahoma City, OK 73132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Ellis Enterprises**
30941 W. Agoura Rd
Ste #306
Westlake Village, CA 91361

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,869.30 |
|---|---|---|---|

**En Creme**
747 E. 10th Street, #112
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,364.25 |
|---|---|---|---|

**Enti Clothing**
807 E. 12th Street, #115
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,473.00 |
|---|---|---|---|

**Euphoria Trading Inc**
861 East 31st St
Los Angeles, CA 90011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,340.77 |
|---|---|---|---|

**Fashblvd Inc.**
16830 Ventura Blvd., Suite 360
Encino, CA 91436

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,048.25 |
|---|---|---|---|

**Final Touch**
777 E. 12th Street, #1-8
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**Fish Window Cleaning**
**17252 Hawthorne Blvd. #101**
**Torrance, CA 90504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**Freedom Window Cleaning**
**PO Box 131713**
**Carlsbad, CA 92013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frontier Communication**
**P.O. Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notification Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,720.34**

**GGP Otay Ranch LP**
**Otay Ranch Town Center**
**PO Box 6352**
**Carol Stream, IL 60197-6352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,468.12**

**Glendale 1 Mall Associates LLC**
**PO Box 860116**
**Minneapolis, MN 55486-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$109,626.33**

**Grand Canal Shops 2, LLC**
**SDS-12-2451**
**PO Box 86**
**Minneapolis, MN 55486-2451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$848.38**

**Granite Telecommunications**
**Client ID # 311**
**PO Box 983119**
**Boston, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Grinnell Window Cleaning, Inc.**
**PO Box 61038**
**Pasadena, CA 91116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**GS Fire Technology**
**12896 Portola St.**
**Victorville, CA 92392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,055.05 |
|---|---|---|---|

**H & D**
**735 E. 12th Street, #101**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,310.00 |
|---|---|---|---|

**Hana Financial**
**File No. 50516**
**Los Angeles, CA 90074-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,665.88 |
|---|---|---|---|

**Hera Collection, Inc.**
**1016 Towne Avenue, # 107**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,685.34 |
|---|---|---|---|

**HJS, An Accountancy Corporation**
**3250 Wilshire Blvd. Suite 1700**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**HMP & Associates LLC**
**1350 East Flamingo Rd. #326**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,241.20**

**HOLLICON LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,671.22**

**Horton Plaza LP**
**PO Box 55708**
**Los Angeles, CA 90074-5708**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,280.00**

**ILLA ILLA**
**1008 S. Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,294.29**

**International Environmental Management**
**24516 Network Place**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00**

**ITAB**
**3700 Wilshire Blvd. Suite 390**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,474.38**

**J JR Drywall Corporation**
**8749 Alondra Blvd.**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00**

**J. Miller Law Group, A.P.C.**
**5023 North Calabasas Parkway**
**Calabasas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|

---

**3.80** | Nonpriority creditor's name and mailing address
**JIJ Co.**
**3631 Broadway Place**
**Los Angeles, CA 90007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,427.50

---

**3.81** | Nonpriority creditor's name and mailing address
**Joia**
**1020 S. Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$21,667.50

---

**3.82** | Nonpriority creditor's name and mailing address
**Jolie Clothing**
**1100 S. San Pedro Street, #D3**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$7,880.00

---

**3.83** | Nonpriority creditor's name and mailing address
**JP Original**
**19101 E. Walnut Drive**
**N. City of Industry, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,408.20

---

**3.84** | Nonpriority creditor's name and mailing address
**Kern Plumbing & Backflow Services**
**6716 Tiber River Lane**
**Bakersfield, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$65.00

---

**3.85** | Nonpriority creditor's name and mailing address
**Keter Environmental Services, Inc.**
**PO Box 417468**
**Boston, MA 02241-7468**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,138.08

---

**3.86** | Nonpriority creditor's name and mailing address
**Kook Je Electric Inc.**
**2532 W. 18th St.**
**Los Angeles, CA 90019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,320.00 |
|---|---|---|---|

**L & P Group USA, Inc.**
**10 W 33rd Street, #230**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,115.75 |
|---|---|---|---|

**L'atiste**
**424 Towne Avenue**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**LA Cienega Partners LP**
**Department 58801 PO BOX 67000**
**Detroit, MI 48267-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $883.52 |
|---|---|---|---|

**LA Display Fixture**
**1227 S. San Pedro St. #1**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,048.44 |
|---|---|---|---|

**LADWP**
**PO Box 30808**
**Los Angeles, CA 90030-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.10 |
|---|---|---|---|

**Lani**
**1015 S. Crocker St. #Q8**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,877.10 |
|---|---|---|---|

**Lee, Hong, Degerman, Kang & Waimey**
**660 S. Figueroa St. Suite 2300**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,214.00 |
|---|---|---|---|

**Love Republic**
**1172 S. Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,119.86 |
|---|---|---|---|

**Lovely Day Fashion**
**1100 S. San Pedro Street, #O-12**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $584.00 |
|---|---|---|---|

**LOVPOSH**
**1165 1/5 S. Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,280.75 |
|---|---|---|---|

**Lululmari**
**754 E. 12th Street, #2**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,044.05 |
|---|---|---|---|

**Lumiere**
**2807 S. Santa Fe Avenue**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,825.62 |
|---|---|---|---|

**Lynx Property Management Inc**
**924 Laguna St. Suite B**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,670.96 |
|---|---|---|---|

**Macerich Cerritos LLC**
**PO Box 849466**
**Los Angeles, CA 90084-9466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Blue Bee, Inc. | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Macerich Fresno LP**
**PO Box 849418**
**Los Angeles, CA 90084-9418**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$91,474.12**

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Macerich Oaks LLC**
**PO Box 849428**
**Los Angeles, CA 90084-9428**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$58,774.01**

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Macerich SMP LP**
**c/o David M. Cohen, Esq.**
**5950 Canoga Avenue, Suite 605**
**Woodland Hills, CA 91367**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$168,249.45**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Macerich Vintage Faire LP**
**PO Box 849445**
**Los Angeles, CA 90084-9445**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$63,025.35**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Macerich Westside Property LLC**
**PO Box 849446**
**Los Angeles, CA 90084-9446**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$79,508.59**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Marina Waterside LLC**
**PO Box 101262**
**Pasadena, CA 91189-0005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$74,196.43**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**MELO**
**2300 W. Olympic Blvd., #210**
**Los Angeles, CA 90006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,038.35**

---

| Debtor | **Blue Bee, Inc.** | | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,952.50 |
|---|---|---|---|
| | **Microhouse Systems Inc.**<br>**30 Royal Crest Court, Suite #204**<br>**Markham, Ontario, L3R 9W8**<br>**Ontario, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,281.25 |
|---|---|---|---|
| | **My Story**<br>**735 E. 12th Street, #106**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $42,767.90 |
|---|---|---|---|
| | **Naked Zebra**<br>**1000 Crocker Street**<br>**Los Angeles, CA 90021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Networkhelper.net**<br>**223 Western Ave.**<br>**Glendale, CA 91201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,798.78 |
|---|---|---|---|
| | **New J Fashion Inc.**<br>**600 E Washington Blvd. #C26**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240,774.00 |
|---|---|---|---|
| | **Nine Planet**<br>**1022 S. Wall Street**<br>**Los Angeles, CA 90015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,887.60 |
|---|---|---|---|
| | **Ningboxinxin-Shengye**<br>**No. 82-102 of 4th GongMao Rd, 3d Fl**<br>**Ningbo, China** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,863.17 |
|---|---|---|---|

**Nude**
PO Box 23653
Newark, NJ 07189

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,805.00 |
|---|---|---|---|

**Olivaceous**
1041 Towne Avenue
Los Angeles, CA 90021

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Olympic Glass**
2982 W. Pico Blvd.
Los Angeles, CA 90006

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134.52 |
|---|---|---|---|

**Olympic II Mall Services**
PO BOX 19930
Fountain Hills, AZ 85269

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $183.26 |
|---|---|---|---|

**Olympic III Mall Services**
PO BOX 55287
Houston, TX 77255-5287

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117.77 |
|---|---|---|---|

**Olympic Mall Services**
PO BOX 800336
Houston, TX 77280-0336

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,952.00 |
|---|---|---|---|

**OPPO Original Corp.**
108-118 Brea Canyon Road
City of Industry, CA 91789

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Blue Bee, Inc. | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,880.59 |
|---|---|---|---|
| | **Paseo Colorado Holdings LLC**<br>Dept: 104830-20130-7012<br>PO Box 92388<br>Cleveland, OH 44193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $147,351.89 |
|---|---|---|---|
| | **Paseo Nuevo Owner LLC**<br>PO Box 780268<br>Philadelphia, PA 19178-0268 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,096.12 |
|---|---|---|---|
| | **Phillips 66 CO./GECRB**<br>PO BOX 530970<br>Atlanta, GA 30353-0970 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,380.00 |
|---|---|---|---|
| | **Phinikko Luggage**<br>402 Rm, 2 Unit, 16 Bldg, Huayang Rd<br>Jurong, Jiangsu China 212400 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,807.50 |
|---|---|---|---|
| | **Plastic**<br>1100 S. San Pedro Street, #K-1<br>Los Angeles, CA 90015 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,416.47 |
|---|---|---|---|
| | **Plaza Bonita, LLC**<br>Blackmar, Principe & Schmelter, APC<br>600 B. Street, Suite 2250<br>San Diego, CA 92101 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.40 |
|---|---|---|---|
| | **Primi**<br>747 E. 10th Street, #105<br>Los Angeles, CA 90021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$815.00** |
|---|---|---|---|

**Pure Glass Window Cleaning**
**PO Box 555**
**Montrose, CA 91021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355.22** |
|---|---|---|---|

**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235,426.20** |
|---|---|---|---|

**Rancho Mall LLC**
**PO Box 72439**
**Cleveland, OH 44192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Randi Shenker**
**23711 Elkwood St.**
**West Hills, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |
|---|---|---|---|

**RCM Fire Protection Inc**
**350 Enterprise Place**
**Tracy, CA 95304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,465.00** |
|---|---|---|---|

**Red Hawk Fire & Security**
**P.O. Box 31001-1918**
**Pasadena, CA 91110-1305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,571.49** |
|---|---|---|---|

**REHAB**
**1165 1/3 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Rokoko**
**1136 E. Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,109.64** |
|---|---|---|---|

**RREEF America REIT II Corp. BBB**
**PO Box 209268**
**Austin, TX 78720-9268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,470.00** |
|---|---|---|---|

**S-Twelve**
**1100 S. San Pedro Street, #A-3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$294.00** |
|---|---|---|---|

**Sadie & Sage**
**1015 Crocker Street, #S01**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,611.25** |
|---|---|---|---|

**Sage Clothing**
**1015 Crocker Street, #R-14**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,319.94** |
|---|---|---|---|

**San Diego Gas & Electric**
**PO Box 25111**
**Santa Ana, CA 92799-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,537.50** |
|---|---|---|---|

**Sans Souci**
**1100 S. San Pedro Street, #A-1**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Blue Bee, Inc. | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,559.12**

**Santa Anita Shoppingtown LP**
**File # 55700**
**Los Angeles, CA 90074-5700**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**SB Pacific Carpet & Window Cleaning**
**430 W. Ortega St.**
**Santa Barbara, CA 93101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sedgwick LLP**
**801 S. Figueroa St.**
**Los Angeles, CA 90017-5556**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For Notification Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191,511.55**

**SEVEND**
**2301 E. 7th St.**
**Suite E-200**
**Los Angeles, CA 90023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,742.90**

**SevenD, Inc.**
**2301 E. 7th Street**
**Suite E-200**
**Los Angeles, CA 90023**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,583.85**

**Sewing Collection Inc**
**3113 E. 26th Street**
**Los Angeles, CA 90058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,385.85**

**Shamrock/Outlets at the Border LLC**
**P.O. Box 844032**
**Los Angeles, CA 90084-4032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
| --- | --- | --- | --- |
| | Name | | |

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,392.92** |
| --- | --- | --- | --- |

**Sherman Oaks Fashion Associates**
**File # 56991**
**Los Angeles, CA 90074-6991**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,602.14** |
| --- | --- | --- | --- |

**Shops at Mission Viejo LLC**
**7415 Solution Center**
**Chicago, IL 60677-7004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Simply You Wholesale**
**1004 Towne Avenue**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For Notification Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,046.57** |
| --- | --- | --- | --- |

**SIS-SIS**
**1100 S. San Pedro Street, #O-13**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,247.84** |
| --- | --- | --- | --- |

**Solemio**
**1100 S. San Pedro Street, #I-4**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,850.00** |
| --- | --- | --- | --- |

**Songsung**
**1211 Long Beach Ave #101**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95,227.66** |
| --- | --- | --- | --- |

**South Bay Center SPE LLC**
**PO Box 72056**
**Cleveland, OH 44192-0056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,087.02** |
|---|---|---|---|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,268.50** |
|---|---|---|---|

**Steven J. Berman**
**3350 Woodley Avenue**
**Thousand Oaks, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281.73** |
|---|---|---|---|

**Sustainable Solutions Group**
**Dept. #40299**
**PO Box 740209**
**Atlanta, GA 30374-0209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.34** |
|---|---|---|---|

**T-Moblie**
**P.O. Box 51843**
**Los Angeles, CA 90051-6143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,850.05** |
|---|---|---|---|

**T-Party**
**747 E. 10th Street, #101**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**TCEC**
**1016 S. Towne Avenue, #108**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,685.50** |
|---|---|---|---|

**Tea & Cup**
**1158 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,210.00** |
|---|---|---|---|

**Tea n Rose**
**1037 Towne Avenue**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TelePacific Communications**
**PO Box 509013**
**San Diego, CA 92150-9013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _For Notification Purposes Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,158.58** |
|---|---|---|---|

**Temecula Towne Center Associates LP**
**PO Box 72022**
**Cleveland, OH 44192-0022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,469.00** |
|---|---|---|---|

**The Classic**
**1202 S. Mateo Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,289.83** |
|---|---|---|---|

**The Collection at Riverpark**
**2751 Park View Court, Suite 261**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,771.72** |
|---|---|---|---|

**The Commons at Calabasas LLC**
**Dept LA 23157**
**Pasadena, CA 91185-3157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**The Gas Company**
**P.O. Boc C**
**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _For Notification Purposes Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,693.28**

**The Irvine Company LLC**
**PO Box 840368-081001**
**Los Angeles, CA 90084-0368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,925.75**

**The Retail Property Trust**
**Brea Mall**
**PO Box 772827**
**Chicago, IL 60677-2827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121.00**

**Time Warner Cable**
**P.O. Box 60074**
**City of Industry, CA 91716-0074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,227.22**

**TOPANGA LP**
**File #54734**
**Los Angeles, CA 90074-4734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196,825.84**

**Tyler Mall Limited Partnership**
**SDS-12-3113**
**PO Box 86**
**Minneapolis, MN 55486-3113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,026.02**

**Universal Studios Hollywood**
**100 Universal City Plaza Building**
**5511/5th Floor/Finance Dept.**
**Universal City, CA 91608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,166.90**

**US Bank Equipment Finance**
**PO BOX 790448**
**Pasadena, CA 91110-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,008.06**

**UTC LLC**
**PO Box # 55976**
**Los Angeles, CA 90074-5976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,529.37**

**Valencia Town Center Venture LP**
**P.O. Box 31001-1324**
**Pasadena, CA 91110-1324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,742.92**

**Valley Plaza Mall LP**
**SDS-12-1667**
**PO Box 86**
**Minneapolis, MN 55486-1667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.38**

**Verizon**
**P.O. Box 920041**
**Dallas, TX 75392-0041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,301.81**

**Very J**
**1100 S. San Pedro St. #l-5**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,902.42**

**VTC Business Center LLC**
**24303 Town Center Drive, Suite 160**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$307,583.37**

**W/A SVT Holdings VI LLC**
**PO Box 749659**
**Los Angeles, CA 90074-9659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐■ No  ☐ Yes

---

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Waste & Recycling Services, Inc.**
**13714 Chestnut Street**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,104,268.64 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**MAC #E2064-203**
**333 S. Grand Avenue, Suite 2000**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **February 17, 2014**

Last 4 digits of account number  **5490**

Basis for the claim:  **Guaranty of Loan to Peace People, LLC (affiliate of Debtor)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,165.84 |
|---|---|---|---|

**Wilshire State Bank**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,537.34 |
|---|---|---|---|

**Wolf Rifkin Shapiro et al.**
**11400 W. Olympic Blvd., 9th Floor**
**Los Angeles, CA 90064-1582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,426.20 |
|---|---|---|---|

**Wow Knit**
**3100 S. Grand Avenue**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Century City Mall, LLC**<br>**c/o Ballard Spahr LLP**<br>**2029 Century Park East, Suite 800**<br>**Los Angeles, CA 90067** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | **4266** |
| 4.2 | **Culver City Mall LLC**<br>**c/o Katten Muchin Rosenman LLP**<br>**2029 Century Park East, 26th Floor**<br>**Los Angeles, CA 90067** | Line  **3.38**<br><br>☐ Not listed. Explain ____ | **0218** |

---

| Debtor | **Blue Bee, Inc.** | Case number (if known) | **2:16-bk-23836-SK** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **David M. Cohen, Esq.**<br>**5950 Canoga Avenue, Suite 605**<br>**Woodland Hills, CA 91367** | Line **3.169**<br>☐ Not listed. Explain ____ | **4562,1080** |
| 4.4 | **David M. Cohen, Esq.**<br>**5950 Canoga Avenue, Suite 605**<br>**Woodland Hills, CA 91367** | Line **3.105**<br>☐ Not listed. Explain ____ | **1837,3859** |
| 4.5 | **David M. Cohen, Esq.**<br>**5950 Canoga Avenue, Suite 605**<br>**Woodland Hills, CA 91367** | Line **3.106**<br>☐ Not listed. Explain ____ | **4563,1020** |
| 4.6 | **David M. Cohen, Esq.**<br>**5950 Canoga Avenue, Suite 605**<br>**Woodland Hills, CA 91367** | Line **3.100**<br>☐ Not listed. Explain ____ | **1836** |
| 4.7 | **Hana Financial Inc.**<br>**c/o Jacqueline N. Anker, Esq.**<br>**27 W Anapamu, Suite 325**<br>**Santa Barbara, CA 93101** | Line **3.147**<br>☐ Not listed. Explain ____ | **0031** |
| 4.8 | **Horton Plaza LLC**<br>**PO Box 55708**<br>**Los Angeles, CA 90074-5708** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Law Offices of Jacqueline N. Anker**<br>**27 W Anapamu, Suite 325**<br>**Santa Barbara, CA 93101** | Line **3.23**<br>☐ Not listed. Explain ____ | **6680** |
| 4.10 | **Macerich Santa Monica LLC**<br>**Dept 2596-3170**<br>**Los Angeles, CA 90084-2596** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Santa Anita Shoppingtown LP**<br>**c/o Ballard Spahr LLP**<br>**2029 Century Park East, Suite 800**<br>**Los Angeles, CA 90067** | Line **3.143**<br>☐ Not listed. Explain ____ | **0219,3902** |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        240,102.93 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 7,700,046.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        7,940,148.93 |

**Fill in this information to identify the case:**

Debtor name **Blue Bee, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:16-bk-23836-SK**

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Bella Terra Mall, 7777 Edinger Avenue, Unit #D148, Huntington Beach, California [Store #22].** | |
| | State the term remaining | **Expiration Date: 4/30/2019** | **Bella Terra Associates, LLC c/o DJM Capital Partners 60 South Market Street, Suite 1120 San Jose, CA 95113** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Westfield Culver City, 6000 Sepulveda Blvd., Suite 1444, Culver City, California 90230 [Store #33].** | |
| | State the term remaining | **Expiration Date: 4/30/2022** | **Culver City Mall LLC 11601 Wilshire Blvd., 11th Floor Attn: Legal Department Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Del Amo Fashion Center, 21540 Hawthorne Blvd., Space #522, Torrance, California [Store #9].** | |
| | State the term remaining | **Expiration Date: 1/31/2021** | **Del Amo Fashion Center Operating Co c/o M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Blue Bee, Inc. | | | Case number (if known) | 2:16-bk-23836-SK |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Northridge Fashion Center, 9301 Tampa Avenue, Store #27, Northridge, California [Store #29].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 8/26/2020** | **GGP Northridge Fashion Center, LP 110 N. Wacker Drive Attn: Law/Lease Admin. Department Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Glendale Galleria, 2101 Galleria Way, Glendale, California [Store #31].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 8/31/2021** | **Glendale II Mall Associates, LLC 110 N. Wacker Drive Attn: Law/Lease Admin. Department Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement (Temp Store) for license of non-residential premises located at Newport Beach Fashion Island, 1031 Newport Center Drive, Newport Beach, California [Store #47].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 1/31/2017** | **Irvine Company LLC 101 Innovation Attn: General Counsel Irvine, CA 92617** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Temporary Inline Space License Agreement for license of non-residential premises located at Beverly Center, 8500 Beverly Blvd, Store #621, Los Angeles, California 90048 [Store #27].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 6/30/2017** | **La Cienega Partners LP c/o The Taubman Company 200 E. Long Lake Rd. #300, POB 200 Bloomfield Hills, MI 48303-0200** |
| | List the contract number of any government contract | | |

| Debtor 1 | Blue Bee, Inc. | | Case number (*if known*) | **2:16-bk-23836-SK** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Los Cerritos Center, 330 Los Cerritos Center, Space #C07, Cerritos, California [Store #37].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 7/31/2022** | **Macerich Cerritos, LLC 239 Los Cerritos Center Attn: Center Manager Cerritos, CA 90703-5422** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Paseo Nuevo, 505 Paseo Nuevo, Santa Barbara, California [Store #3].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 1/31/2021** | **Paseo Nuevo Owner LLC c/o JP Morgan Investment Mgmt Inc. 270 Park Avenue, 7th Fl., NY1-K150 New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Oral lease agreement for lease of non-residential real property located at 2301 East 51st Street, Los Angeles, California 90058 [Corporate Office/Warehouse Facility].** | |
|---|---|---|---|
| | State the term remaining | | **Peace People LLC 2301 East 51st Street Los Angeles, CA 90058** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Victoria Gardens, 12543 South Main Street, Suite 1615, Rancho Cucamonga, California [Store #38].** | |
|---|---|---|---|
| | State the term remaining | **Expiration Date: 3/31/2023** | **Rancho Mall, LLC Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267** |
| | List the contract number of any government contract | | |

Debtor 1   **Blue Bee, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **2:16-bk-23836-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Manhattan Village Shopping Center, 3200 N. Sepulveda Blvd., Space #C15, Manhattan Beach, California [Store #6].** |
| State the term remaining | **RREEF America REIT Corp. BBB** |
| List the contract number of any government contract | **P.O. Box 840368-081001 Los Angeles, CA 90084-0368** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Westfield Fashion Square, 14006 Riverside Drive, Store #21, Sherman Oaks, California 91423 [Store #21].** |
| State the term remaining | **Expiration Date: 1/31/2026** | **Sherman Oaks Fashion Associates, LP 2049 Century Park East, 41st Floor Attn: Legal Department** |
| List the contract number of any government contract | **Los Angeles, CA 90067** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at The Collection at Riverpark, 531 Town Center Drive, Oxnard, California 93036 [Store #1].** |
| State the term remaining | **Expiration Date: 7/31/2025** | **SOCM I, LLC c/o Shea Properties 130 Vantis, Suite 200** |
| List the contract number of any government contract | **Aliso Viejo, CA 92656** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at South Bay Galleria, 1815 Hawthorne Blvd., Unit #258, Redondo Beach, California [Store #14].** |
| State the term remaining | **South Bay Center, LLC Terminal Tower** |
| List the contract number of any government contract | **50 Public Square, Suite 1360 Cleveland, OH 44113-2267** |

| Debtor 1 | **Blue Bee, Inc.** | | | Case number (*if known*) | **2:16-bk-23836-SK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at The Promenade in Temecula, 40820 Winchester Road, Unit #2610, Temecula, California [Store #17].** |
| | State the term remaining | **Temecula Towne Center Associates LP Terminal Tower 50 Public Square, Suite 1360 Cleveland, OH 44113-2267** |
| | List the contract number of any government contract | |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Irvine Spectrum Center, 71 Fortune Drive, Unit #810, Irvine, California 92618 [Store #5]. Expiration Date: 10/31/2018** |
| | State the term remaining | **The Irvine Company c/o Madison Marquette Retail Svcs. 71 Fortune Drive, Suite 970 Irvine, CA 92618** |
| | List the contract number of any government contract | |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Brea Mall, 2110 Brea Mall, Space #2110, Brea, California [Store #43]** |
| | State the term remaining | **The Retail Property Trust c/o M.S. Management Associates, Inc 225 West Washington Street Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | **Expiration Date: 4/17/2024** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment lease** |
| | State the term remaining | **U.S. Bank Equipment Finance c/o CT Lien Solutions 2727 Allen Parkway Houston, TX 77019** |
| | List the contract number of any government contract | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Universal City Walk, 1000 Universal Center Drive, Space #172, Universal City, California [Store #28]. Expiration Date: 6/30/2018** |
| | State the term remaining | **Universal Studios LLC 100 Universal City Plaza, Bldg 5511 6th Floor, Attn: SVP Food & Retail Universal City, CA 91608** |
| | List the contract number of any | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Blue Bee, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **2:16-bk-23836-SK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Valencia Town Center, 24305/VTC III Town Center Drive, Valencia, California 91355 [Store #2].** | |
| | State the term remaining | **Expiration Date: 8/31/2021** | **VTC Business Center, LLC c/o CB Richard Ellis 24303 Town Center Drive, #160 Valencia, CA 91355** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Simi Valley Town Center, 1555 Simi Town Center Way, Unit #135, Simi Valley, California [Store #12].** | |
| | State the term remaining | | **W/A SVT Holdings VI, LLC 900 N. Michigan Avenue, Suite 1900 Attn: David S. Joseph, II Chicago, IL 60611** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Non-residential lease of property located at Westfield Topanga Mall, 6600 Topanga Canyon Blvd., Store #2066, Canoga Park, California [Store #20].** | |
| | State the term remaining | **Expiration Date: 5/31/2023** | **Westfield Topanga Owner LP 2049 Century Park East, 41st Floor Attn: Legal Department Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Blue Bee, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:16-bk-23836-SK**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Angel In Heaven, Inc. | 2301 East 51st Street Los Angeles, CA 90058 | Wells Fargo Bank, N.A. | ☐ D _____ ■ E/F __3.186__ ☐ G _____ |
| 2.2 | Angel In Heaven, Inc. | 2301 East 51st Street Los Angeles, CA 90058 | Pacific City Bank | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Angel In Heaven, Inc. | 2301 East 51st Street Los Angeles, CA 90058 | Pacific City Bank | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Angel In Heaven, Inc. | 2301 East 51st Street Los Angeles, CA 90058 | Pacific City Bank | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Angl, Inc. - AZ | 2301 East 51st Street Los Angeles, CA 90058 | Pacific City Bank | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Angl, Inc. - AZ**<br>**2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ☑ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Angl, Inc. - NV**<br>**2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Angl, Inc. - NV**<br>**2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ☑ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Angl, Inc. - NV**<br>**2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ☑ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Jeff Sunghak Kim**<br>**333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Wells Fargo Bank, N.A.** | ☐ D _____<br>☑ E/F __3.186__<br>☐ G _____ |
| 2.11 | **Jeff Sunghak Kim**<br>**333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Jeff Sunghak Kim**<br>**333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ☑ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Jeff Sunghak Kim**<br>**333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ☑ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Peace People, LLC** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Wells Fargo Bank, N.A.** | ☐ D ____<br>■ E/F __3.186__<br>☐ G ____ |
| 2.15 | **Peace People, LLC** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Peace People, LLC** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **ShopAngl.com, Inc.** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **ShopAngl.com, Inc.** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **ShopAngl.com, Inc.** | **2301 East 51st Street**<br>**Los Angeles, CA 90058** | **Pacific City Bank** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Young Ae Kim** | **333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Wells Fargo Bank, N.A.** | ☐ D ____<br>■ E/F __3.186__<br>☐ G ____ |
| 2.21 | **Young Ae Kim** | **333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |

| ███ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| 2.22 | **Young Ae Kim** | **333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Young Ae Kim** | **333 South Moonrise Drive**<br>**Malibu, CA 90265** | **Pacific City Bank** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Blue Bee, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:16-bk-23836-SK**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $24,389,295.00 |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | $23,931,476.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.    **See SOFA Exhibit 3 attached.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 04/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See SOFA Exhibit 4 attached.** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Benix Morante vs. Angl Inc. et al.**<br>**BC542008** | **Employment**<br>**(Filed 4/09/2014)** | **Superior Court of California - LA County**<br>**600 South Commonwealth Avenue**<br>**Department 307**<br>**Los Angeles, CA 90005** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Benix Morante vs. Angl Inc. et al.**<br>**BC567121** | **Wrongful Termination**<br>**(Filed 12/18/2014)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 51**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Caribbean Queen vs. Blue Bee, Inc.**<br>**BC626680** | **Collections**<br>**(Filed 7/12/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 53**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Blue Bee, Inc.**                                                        Case number *(if known)*  **2:16-bk-23836-SK**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **Century City Mall LLC vs. Blue Bee Inc.**<br>**BC614266** | **Breach of Contract**<br>**(Filed 3/18/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 38**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Culver City Mall LLC vs. Blue Bee Inc. et al.**<br>**BC600218** | **Unlawful Detainer/Collections**<br>**(Filed 11/5/2015, Partial Judgment for Possession Entered 12/08/2015, Dismissed 3/29/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. **Diosa Corporation vs. Blue Bee Inc. et al.**<br>**16K04396** | **Collections**<br>**(Filed 4/07/2016, Dismissed 5/16/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.7. **Hana Financial Inc. vs. Blue Bee Inc.**<br>**BC630031** | **Collections**<br>**(Filed 8/09/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 24**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Horton Plaza LLC v. Blue Bee, Inc.**<br>**37-2016-00024619-CU-UD-CTL** | **Unlawful Detainer** | **Superior Court of California County of San Diego - Central Division**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Kelly R. Vandermark vs. Angl Inc. et al.**<br>**BC635742** | **Employment**<br>**(Filed 9/29/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Kum Oak Kwon et al. vs. Blue Bee Inc. et al.**<br>**BC578042** | **Employment**<br>**(Filed 4/07/2015, Dismissed 2/26/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. **Line & Dot LLC vs. Blue Bee Inc.**<br>**16K04890** | **Breach of Contract**<br>**(Filed 4/21/2015, Default Judgment Entered 7/29/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 77**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.12. **Macerich Cerritos LLC vs. Angl Inc. et al.**<br>**BC601836** | **Unlawful Detainer**<br>**(Filed 11/19/2015, Partial Judgment for Possession Entered 12/17/2015, Dismissed 3/17/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor    **Blue Bee, Inc.**                                                    Case number (if known)    **2:16-bk-23836-SK**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13 | **Macerich SMP LP vs. Sunghak Jeff Kim et al.**<br>**BC601854** | **Unlawful Detainer (Filed 11/19/2015, Partial Judgment for Possession Entered 12/17/2015, Dismissed 5/12/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14 | **Macerich SMP LP vs. Sunghak Jeff Kim et al.**<br>**BC613858** | **Unlawful Detainer (Filed 3/15/2016, Partial Judgment for Possession Entered 4/12/2016, Unlawful Detainer Judgment by Default Entered 6/22/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15 | **Macerich Westside Pavilion Property LLC vs. Angl Inc. et al.**<br>**BC601837** | **Unlawful Detainer/Collections (Filed 11/19/2015, Partial Judgment for Possession Entered 12/17/2015, Dismissed 3/16/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16 | **Macerich Westside Pavilion Property LLC vs. Angl Inc. et al.**<br>**BC613859** | **Unlawful Detainer (Filed 3/15/2016, Default Judgment Entered 8/12/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.17 | **Marina Waterside LLC vs. Blue Bee Inc.**<br>**BC614563** | **Unlawful Detainer (Filed 3/23/2016, Partial Judgment for Possession Entered 4/20/2016, Default Judgment Entered 5/17/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18 | **Marina Waterside LLC vs. Blue Bee Inc. et al.**<br>**BC621020** | **Breach of Contract (Filed 5/19/2016)** | **Superior Court of California - LA County**<br>**111 North Hill Street**<br>**Department 55**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19 | **Plaza Bonita, LLC v. Blue Bee, Inc.**<br>**37-2016-00025402-CU-UD-CTL** | **Unlawful Detainer** | **Superior Court of California County of San Diego - Central Division**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Blue Bee, Inc.** | | Case number *(if known)* **2:16-bk-23836-SK** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | **Santa Anita Shoppingtown LP vs. Blue Bee Inc. et al.**<br>**BC600219** | **Unlawful Detainer<br>(Filed 11/5/2015,<br>Partial Judgment<br>for Possession<br>Entered 12/8/2015,<br>Dismissed<br>12/8/2015)** | **Superior Court of California<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Santa Anita Shoppingtown LP vs. Blue Bee Inc. et al.**<br>**BC633902** | **Breach of<br>Contract<br>(Filed 9/14/2016)** | **Superior Court of California<br>- LA County<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **The Commons at Calabasas LLC vs. Blue Bee Inc. et al.**<br>**BC614562** | **Unlawful Detainer<br>(Filed 3/23/2016,<br>Default Judgment<br>Entered 5/16/2016)** | **Superior Court of California<br>- LA County<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.23. | **The Commons of Calabasas LLC vs. Blue Bee Inc. et al.**<br>**BC621080** | **Breach of<br>Contract<br>(Filed 5/19/2016)** | **Superior Court of California<br>- LA County<br>111 North Hill Street<br>Department 74<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Urban Sketch Apparel Inc. vs. Jeff Sunghak Kim et al.**<br>**BC616728** | **Breach of<br>Contract<br>(Filed 4/11/2016,<br>Dismissed<br>8/12/2016)** | **Superior Court of California<br>- LA County<br>111 North Hill Street<br>Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.25. | **Valencia Town Center Venture LP vs. Angel In Heaven Inc. et al.**<br>**BC633901** | **Breach of<br>Contract<br>(Filed 9/14/2016)** | **Superior Court of California<br>- LA County<br>111 North Hill Street<br>Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* | **2:16-bk-23836-SK** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Brill**<br>**1250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | **Retainer payment (inclusive of Chapter 11 filing fee)** | | **$50,000.00** |
| | Email or website address<br>**www.lnbyb.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

| Debtor | **Blue Bee, Inc.** | Case number *(if known)* **2:16-bk-23836-SK** |
|---|---|---|

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Blue Bee, Inc.** | Case number *(if known)*    **2:16-bk-23836-SK** |
|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

| Debtor | Blue Bee, Inc. | Case number *(if known)*  2:16-bk-23836-SK |
|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Lee & Co., CPAs**<br>**3530 Wilshire Blvd., Suite 1750**<br>**Attn: John H. Lee, CPA**<br>**Los Angeles, CA 90010-2339** | **2016** |
| 26a.2. | **HJS, An Accountancy Corporation**<br>**3250 Wilshire Blvd., Suite 1700**<br>**Los Angeles, CA 90010** | **2013-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **HJS, An Accountancy Corporation**<br>**3250 Wilshire Blvd., Suite 1700**<br>**Los Angeles, CA 90010** | **2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Wells Fargo Bank, N.A.**<br>**333 S. Grand Avenue, 20th Floor**<br>**Attn: Margaret Cha**<br>**Los Angeles, CA 90071** |
| 26d.2. | **Pacific City Bank**<br>**3701 Wilshire Blvd., Suite 100**<br>**Attn: Annie Jo**<br>**Los Angeles, CA 90010** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeff Sunghak Kim** | **333 South Moonrise Drive**<br>**Malibu, CA 90265** | **President and Shareholder** | **50%** |

| Debtor | Blue Bee, Inc. | | Case number *(if known)* | 2:16-bk-23836-SK |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Young Ae Kim | 333 South Moonrise Drive
Malibu, CA 90265 | Secretary and Shareholder | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA Exhibit 4 attached.** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

Debtor    **Blue Bee, Inc.**                                                      Case number *(if known)*    **2:16-bk-23836-SK**

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

**/s/ Jeff Sunghak Kim**                              **Jeff Sunghak Kim**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **11**

# SOFA Exhibit 3

# BLUEBEE, INC.
# Find Report
## July 21 through October 19, 2016

| Type | Date | Num | Name | Memo | Account | Credit |
|------|------|-----|------|------|---------|--------|
| **Jul 21 - Oct 19, 16** | | | | | | |
| Check | 10/03/2016 | | 15 GGP OTAY RANCH LP | Tyler Mall | 10401 · Wilshire_9126 Payroll | 22,129.00 |
| Bill Pmt -Check | 08/31/2016 | 7242 | 2 VTC BUSINESS CENTER LLC | 2 Valencia | 10300 · Wilshire_6135 Main | 7,500.00 |
| Bill Pmt -Check | 08/01/2016 | 7232 | 2 VTC BUSINESS CENTER LLC | 2 Valencia | 10300 · Wilshire_6135 Main | 7,500.00 |
| Bill Pmt -Check | 08/30/2016 | 7239 | 20 TOPANGA LP | 20 TOPANGA | 10300 · Wilshire_6135 Main | 17,227.22 |
| Bill Pmt -Check | 09/15/2016 | 7243 | 20 TOPANGA LP | 20 TOPANGA | 10300 · Wilshire_6135 Main | 19,480.30 |
| Bill Pmt -Check | 10/14/2016 | 7255 | 21 SHERMAN OAKS FASHION ASSOCIATES | | 10300 · Wilshire_6135 Main | 16,135.79 |
| Bill Pmt -Check | 08/31/2016 | 7240 | 21 SHERMAN OAKS FASHION ASSOCIATES | | 10300 · Wilshire_6135 Main | 16,135.79 |
| Bill Pmt -Check | 07/29/2016 | 7227 | 21 SHERMAN OAKS FASHION ASSOCIATES | | 10300 · Wilshire_6135 Main | 16,135.79 |
| Bill Pmt -Check | 10/11/2016 | CC1615177 | 22 BELLA TERRA ASSOCIATES LLC | 22 Bella Terra | 10300 · Wilshire_6135 Main | 11,026.02 |
| Bill Pmt -Check | 08/08/2016 | CC339496 | 22 BELLA TERRA ASSOCIATES LLC | 22 Bella Terra | 10203 · Comerica_4439 Deposit | 12,953.34 |
| Bill Pmt -Check | 09/13/2016 | CC984710019 | 22 BELLA TERRA ASSOCIATES LLC | 22 Bella Terra | #MAIN | 12,987.23 |
| Bill Pmt -Check | 09/16/2016 | 7245 | 27 LA CIENEGA PARTNERS LP | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 09/20/2016 | 7246 | 27 LA CIENEGA PARTNERS LP | | 10300 · Wilshire_6135 Main | 11,657.20 |
| Bill Pmt -Check | 09/08/2016 | 7262 | 28 UNIVERSAL STUDIOS HOLLYWOOD | | 10300 · Wilshire_6135 Main | 11,026.02 |
| Bill Pmt -Check | 08/05/2016 | 7229 | 28 UNIVERSAL STUDIOS HOLLYWOOD | | 10300 · Wilshire_6135 Main | 11,026.02 |
| Bill Pmt -Check | 08/01/2016 | 7228 | 28 UNIVERSAL STUDIOS HOLLYWOOD | 7181 NSF | 10300 · Wilshire_6135 Main | 11,411.41 |
| Bill Pmt -Check | 08/26/2016 | 7237 | 29 NORTHRIDGE FASHION CENTER | | 10300 · Wilshire_6135 Main | 11,838.23 |
| Bill Pmt -Check | 10/11/2016 | 7252 | 29 NORTHRIDGE FASHION CENTER | | 10300 · Wilshire_6135 Main | 12,310.74 |
| Bill Pmt -Check | 09/22/2016 | 7247 | 29 NORTHRIDGE FASHION CENTER | | 10300 · Wilshire_6135 Main | 12,310.74 |
| Bill Pmt -Check | 09/08/2016 | 7260 | 3 Paseo Nuevo Owner LLC | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 08/10/2016 | 7225 | 3 Paseo Nuevo Owner LLC | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 10/11/2016 | CC1615171 | 3 Paseo Nuevo Owner LLC | | 10300 · Wilshire_6135 Main | 12,000.00 |
| Bill Pmt -Check | 08/19/2016 | CC394515 | 33 CULVER CITY MALL LP | | 10203 · Comerica_4439 Deposit | 18,564.47 |
| Bill Pmt -Check | 09/21/2016 | 7249 | 33 CULVER CITY MALL LP | | 10300 · Wilshire_6135 Main | 18,589.47 |
| Bill Pmt -Check | 07/27/2016 | 7193 | 37 MACERICH CERRITOS LLC | | 10300 · Wilshire_6135 Main | 22,660.48 |
| Bill Pmt -Check | 09/26/2016 | WIRE | 43 The Retail Property Trust | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 08/03/2016 | 7235 | 43 The Retail Property Trust | 8/3=>MAIL OUT | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 10/07/2016 | CC1615068 | 47 THE IRVINE COMPANY LLC(Fashion Island) | | #MAIN | 10,000.00 |
| Bill Pmt -Check | 08/31/2016 | 7241 | 47 THE IRVINE COMPANY LLC(Fashion Island) | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 07/29/2016 | 7196 | 47 THE IRVINE COMPANY LLC(Fashion Island) | | 10300 · Wilshire_6135 Main | 10,000.00 |
| Bill Pmt -Check | 08/30/2016 | 7238 | 5 THE IRVINE COMPANY LLC | | 10300 · Wilshire_6135 Main | 22,065.76 |
| Bill Pmt -Check | 07/28/2016 | 7194 | 5 THE IRVINE COMPANY LLC | | 10300 · Wilshire_6135 Main | 22,065.76 |

Case 2:16-bk-23836-SK   Doc 61   Filed 11/30/16   Entered 11/30/16 21:41:12   Desc
Main Document   Page 74 of 91

**BLUEBEE, INC.**

**Find Report**

**July 21 through October 19, 2016**

| Type | Date | Num | Name | Memo | Account | Credit |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/09/2016 | 7197 | 6 RREEF America REIT II Corp. BBB | 6 MANHATTAN | 10300 · Wilshire_6135 Main | 9,189.70 |
| Bill Pmt -Check | 09/21/2016 | 7248 | 9 DEL AMO FASHION CENTER | | 10300 · Wilshire_6135 Main | 16,438.87 |
| Bill Pmt -Check | 08/08/2016 | 7257 | 9 DEL AMO FASHION CENTER | | 10300 · Wilshire_6135 Main | 16,438.87 |
| Bill Pmt -Check | 07/22/2016 | 10280 | AAKAA | | 10601 · Wilshire_9010 Merchant | 9,591.00 |
| Bill Pmt -Check | 09/01/2016 | CC394555 | AAKAA | | 10203 · Comerica_4439 Deposit | 14,000.00 |
| Bill Pmt -Check | 08/12/2016 | 10133 | DOLLAR FASHION, INC | BALANCE | 10601 · Wilshire_9010 Merchant | 6,805.50 |
| Bill Pmt -Check | 07/22/2016 | 10109 | Eternal Love Inc. | BALANCE | 10601 · Wilshire_9010 Merchant | 7,518.00 |
| Bill Pmt -Check | 08/17/2016 | 10136 | FASHBLVD INC. | | 10601 · Wilshire_9010 Merchant | 9,787.50 |
| Bill Pmt -Check | 08/29/2016 | CC394544 | GO Insurance | | 10203 · Comerica_4439 Deposit | 7,716.66 |
| Bill Pmt -Check | 10/14/2016 | 10468 | GO Insurance | | 10800 · PCB_4803 General | 14,454.70 |
| Bill Pmt -Check | 08/19/2016 | CC394516 | GO Insurance | | 10203 · Comerica_4439 Deposit | 15,974.33 |
| Bill Pmt -Check | 09/09/2016 | 12181 | GO Insurance | | 10800 · PCB_4803 General | 16,444.30 |
| Bill Pmt -Check | 09/01/2016 | CASH | H & H | | #MAIN | 7,638.00 |
| Bill Pmt -Check | 08/29/2016 | 10142 | HOLLICON LLC. | | 10601 · Wilshire_9010 Merchant | 7,655.02 |
| Check | 10/11/2016 | EFT | IPS ACH PROGRAM | | 10203 · Comerica_4439 Deposit | 11,910.46 |
| Check | 09/09/2016 | EFT | IPS ACH PROGRAM | | 10203 · Comerica_4439 Deposit | 14,763.65 |
| Check | 08/08/2016 | | IPS ACH PROGRAM | | 10203 · Comerica_4439 Deposit | 14,958.56 |
| Bill Pmt -Check | 09/30/2016 | EFT | IRS | | 10600 · Wilshire_6410 Tax | 6,641.46 |
| Check | 10/05/2016 | EFT | IRS | | 10600 · Wilshire_6410 Tax | 7,053.57 |
| Check | 09/12/2016 | EFT | IRS | | 10600 · Wilshire_6410 Tax | 7,528.16 |
| Check | 10/07/2016 | | IRS | | 10600 · Wilshire_6410 Tax | 10,000.00 |
| Check | 10/05/2016 | EFT | IRS | | 10600 · Wilshire_6410 Tax | 15,626.50 |
| Check | 09/21/2016 | EFT | IRS | | 10600 · Wilshire_6410 Tax | 25,950.36 |
| Check | 08/10/2016 | | IRS | | 10600 · Wilshire_6410 Tax | 26,900.23 |
| Bill Pmt -Check | 09/19/2016 | | J JR DRYWALL CORPORATION | | #47 | 10,000.00 |
| Bill Pmt -Check | 07/22/2016 | 10308 | J JR DRYWALL CORPORATION | | 10800 · PCB_4803 General | 26,525.62 |
| Bill Pmt -Check | 08/04/2016 | CC339483 | J JR DRYWALL CORPORATION | | 10203 · Comerica_4439 Deposit | 60,000.00 |
| Bill Pmt -Check | 08/04/2016 | CC339476 | J JR DRYWALL CORPORATION | | 10203 · Comerica_4439 Deposit | 100,000.00 |
| Bill Pmt -Check | 10/19/2016 | CC1615486 | LNBY & B | | #MAIN | 8,000.00 |
| Bill Pmt -Check | 10/19/2016 | CC1615619 | LNBY & B | | 10500 · Wilshire_6186 Deposit | 20,000.00 |
| Bill Pmt -Check | 10/17/2016 | CC394654 | LNBY & B | | 10203 · Comerica_4439 Deposit | 22,000.00 |
| Bill Pmt -Check | 09/16/2016 | 10336 | MELO | | 10601 · Wilshire_9010 Merchant | 8,001.00 |
| Bill Pmt -Check | 08/01/2016 | CASH | MELO | 10116 NSF | #MAIN | 10,000.00 |

**BLUEBEE INC.**
**Find Report**
**July 21 through October 19, 2016**

| Type | Date | Num | Name | Memo | Account | Credit |
|------|------|-----|------|------|---------|--------|
| Bill Pmt -Check | 10/07/2016 | 10363 | MELO | | 10601 · Wilshire_9010 Merchant | 10,170.00 |
| Bill Pmt -Check | 07/29/2016 | 10124 | MELO | | 10601 · Wilshire_9010 Merchant | 11,452.50 |
| Bill Pmt -Check | 07/22/2016 | 10125 | MELO | | 10601 · Wilshire_9010 Merchant | 12,764.50 |
| Bill Pmt -Check | 08/01/2016 | 10118 | MELO | | 10601 · Wilshire_9010 Merchant | 12,844.00 |
| Bill Pmt -Check | 09/02/2016 | 10331 | MELO | | 10601 · Wilshire_9010 Merchant | 13,158.00 |
| Bill Pmt -Check | 08/19/2016 | 10137 | MELO | | 10601 · Wilshire_9010 Merchant | 15,000.00 |
| Bill Pmt -Check | 08/25/2016 | 10141 | MELO | | 10601 · Wilshire_9010 Merchant | 19,896.20 |
| Bill Pmt -Check | 08/08/2016 | 10130 | NEWJ FASHION INC. | | 10601 · Wilshire_9010 Merchant | 6,486.00 |
| Bill Pmt -Check | 08/05/2016 | 10128 | NEWJ FASHION INC. | BALANCE | 10601 · Wilshire_9010 Merchant | 8,383.50 |
| Bill Pmt -Check | 08/23/2016 | CC394523 | NEWJ FASHION INC. | | 10203 · Comerica_4439 Deposit | 9,000.00 |
| Bill Pmt -Check | 08/23/2016 | CC984709532 | NEWJ FASHION INC. | | 10100 · BOA_0468 | 11,000.00 |
| Bill Pmt -Check | 08/05/2016 | 10129 | NEWJ FASHION INC. | | 10601 · Wilshire_9010 Merchant | 13,492.50 |
| Bill Pmt -Check | 08/29/2016 | CC000394545 | NEWJ FASHION INC. | | 10203 · Comerica_4439 Deposit | 15,000.00 |
| Bill Pmt -Check | 09/02/2016 | 10332 | NEWJ FASHION INC. | | 10601 · Wilshire_9010 Merchant | 30,182.00 |
| Check | 10/05/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 6,944.51 |
| Check | 09/06/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 6,944.51 |
| Check | 08/04/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 6,944.51 |
| Check | 10/11/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 21,315.72 |
| Check | 09/09/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 21,315.72 |
| Check | 08/09/2016 | EFT | Pacific City Bank | | 10700 · PCB_4746 Deposit | 21,315.72 |
| Bill Pmt -Check | 07/22/2016 | CC1610843 | SEDGWICK LLP | MORANTE CASE | 10400 · Wilshire_6143 Payroll | 26,000.00 |
| Bill Pmt -Check | 09/13/2016 | 12241 | Southern California Edison | | 10800 · PCB_4803 General | 6,536.72 |
| Bill Pmt -Check | 08/15/2016 | 12090 | Southern California Edison | 5/24-6/23 => 8/16 M/O | 10800 · PCB_4803 General | 6,578.29 |
| Check | 10/14/2016 | | State Board of Equalization | | 10700 · PCB_4746 Deposit | 13,000.00 |
| Check | 09/14/2016 | | State Board of Equalization | | 10700 · PCB_4746 Deposit | 13,000.00 |
| Check | 08/22/2016 | | State Board of Equalization | | 10600 · Wilshire_6410 Tax | 13,000.00 |
| Check | 09/30/2016 | | State Board of Equalization | | 10600 · Wilshire_6410 Tax | 61,100.00 |
| Check | 09/27/2016 | | State Board of Equalization | | 10600 · Wilshire_6410 Tax | 61,100.00 |
| Check | 08/25/2016 | | State Board of Equalization | | 10600 · Wilshire_6410 Tax | 65,122.00 |
| Check | 08/01/2016 | | State Board of Equalization | | 10600 · Wilshire_6410 Tax | 69,919.00 |
| Check | 08/15/2016 | | State Board of Equalization | | 10300 · Wilshire_6135 Main | 96,390.26 |
| | | | | | | 1,707,604.96 |

# SOFA Exhibit 4

SOFA Exhibit 4

**Part 13:30**

| Type | Date | Num | Name | Account | Debit |
|------|------|-----|------|---------|-------|
| **Oct 20, '15 - Oct 19, 16** | | | | | |
| Check | 10/18/2016 | 1069 | EUNICE E KIM (JEFF KIM) | 30300 · Distribution | 2,500.00 |
| Check | 10/18/2016 | | JEFF KIM | 30300 · Distribution | 5,200.00 |
| Check | 10/14/2016 | | YOUNG AE KIM | 30300 · Distribution | 22.85 |
| Check | 10/14/2016 | | JEFF KIM | 30300 · Distribution | 2,000.00 |
| Check | 10/14/2016 | | JEFF KIM | 30300 · Distribution | 205.00 |
| Check | 10/14/2016 | | JEFF KIM | 30300 · Distribution | 1,783.00 |
| Check | 10/13/2016 | | YOUNG AE KIM | 30300 · Distribution | 60.87 |
| Check | 10/13/2016 | | JEFF KIM | 30300 · Distribution | 200.00 |
| Check | 10/13/2016 | | JEFF KIM | 30300 · Distribution | 8,822.05 |
| Check | 10/11/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 10/11/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 10/11/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 2,010.50 |
| Check | 10/11/2016 | | YOUNG AE KIM | 30300 · Distribution | 89.00 |
| Check | 10/07/2016 | | YOUNG AE KIM | 30300 · Distribution | 2,600.00 |
| Check | 10/07/2016 | | YOUNG AE KIM | 30300 · Distribution | 118.78 |
| Check | 10/06/2016 | | YOUNG AE KIM | 30300 · Distribution | 40.50 |
| Check | 10/06/2016 | | JEFF KIM | 30300 · Distribution | 500.00 |
| Check | 10/04/2016 | | YOUNG AE KIM | 30300 · Distribution | 900.00 |
| Check | 10/03/2016 | | YOUNG AE KIM | 30300 · Distribution | 705.00 |
| Bill | 10/01/2016 | 2205994452 0916 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 808.04 |
| Check | 09/30/2016 | | YOUNG AE KIM | 30300 · Distribution | 129.67 |
| Check | 09/30/2016 | | JEFF KIM | 30300 · Distribution | 1,066.00 |
| Check | 09/30/2016 | | JEFF KIM | 30300 · Distribution | 100.00 |
| Check | 09/30/2016 | | JEFF KIM | 30300 · Distribution | 2,000.00 |
| Check | 09/29/2016 | | YOUNG AE KIM | 30300 · Distribution | 54.64 |
| Check | 09/28/2016 | 1064 | EUNICE E KIM | 30300 · Distribution | 400.00 |
| Check | 09/28/2016 | | YOUNG AE KIM | 30300 · Distribution | 400.00 |
| Check | 09/28/2016 | | JEFF KIM | 30300 · Distribution | 50.00 |
| Check | 09/27/2016 | | JEFF KIM | 30300 · Distribution | 2.91 |
| Check | 09/27/2016 | | JEFF KIM | 30300 · Distribution | 0.71 |
| Check | 09/26/2016 | 1063 | EUNICE E KIM | 30300 · Distribution | 2,200.00 |

| Check | 09/23/2016 | | JEFF KIM | 30300 · Distribution | 3.00 |
| Check | 09/23/2016 | | EUNICE E KIM | 30300 · Distribution | 1,450.00 |
| Check | 09/23/2016 | | JEFF KIM | 30300 · Distribution | 1,750.00 |
| Check | 09/23/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 09/23/2016 | | JEFF KIM | 30300 · Distribution | 300.00 |
| Check | 09/22/2016 | | JEFF KIM | 30300 · Distribution | 385.60 |
| Check | 09/21/2016 | | YOUNG AE KIM | 30300 · Distribution | 29.51 |
| Check | 09/20/2016 | | JEFF KIM | 30300 · Distribution | 100.00 |
| Check | 09/19/2016 | | CAFE SCENT (YOUNG KIM) | 30300 · Distribution | 86.00 |
| Check | 09/19/2016 | | JEFF KIM | 30300 · Distribution | 450.00 |
| Check | 09/16/2016 | | OLGA (JEFF KIM) | 30300 · Distribution | 1,124.00 |
| Check | 09/16/2016 | | YOUNG AE KIM | 30300 · Distribution | 30.41 |
| Check | 09/15/2016 | | YOUNG AE KIM | 30300 · Distribution | 18.68 |
| Check | 09/15/2016 | | JEFF KIM | 30300 · Distribution | 2,000.00 |
| Check | 09/14/2016 | | YOUNG AE KIM | 30300 · Distribution | 14.94 |
| Check | 09/12/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 1,399.00 |
| Check | 09/09/2016 | 12166 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 09/09/2016 | | YOUNG AE KIM | 30300 · Distribution | 25.07 |
| Check | 09/09/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 611.50 |
| Check | 09/09/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 09/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 09/09/2016 | | JEFF KIM | 30300 · Distribution | 1,795.00 |
| Check | 09/09/2016 | | JEFF KIM | 30300 · Distribution | 314.00 |
| Check | 09/09/2016 | | JEFF KIM | 30300 · Distribution | 547.00 |
| Check | 09/08/2016 | | YOUNG AE KIM | 30300 · Distribution | 37.90 |
| Check | 09/08/2016 | | JEFF KIM | 30300 · Distribution | 3,000.00 |
| Bill | 09/02/2016 | 2205994452 0816 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 1,359.43 |
| Check | 09/02/2016 | | YOUNG AE KIM | 30300 · Distribution | 29.93 |
| Check | 09/01/2016 | | YOUNG AE KIM | 30300 · Distribution | 132.22 |
| Check | 08/30/2016 | | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | 1,169.82 |
| Check | 08/29/2016 | | JEFF KIM | 30300 · Distribution | 3,555.00 |
| Check | 08/29/2016 | | YOUNG AE KIM | 30300 · Distribution | 56.66 |
| Check | 08/26/2016 | | YOUNG AE KIM | 30300 · Distribution | 52.00 |
| Check | 08/26/2016 | 1712 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 152.00 |

| | | | | | |
|---|---|---|---|---|---:|
| Check | 08/24/2016 | | JEFF KIM | 30300 · Distribution | 4,074.14 |
| Transfer | 08/24/2016 | | JEFF KIM | 30300 · Distribution | 3.00 |
| Check | 08/23/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 08/23/2016 | 1708 | MERCEDES CHECKPYMT (JEFF KIM) | 30300 · Distribution | 719.26 |
| Check | 08/22/2016 | CHECKCARD | SAKS FIFTH AVE (JEFF KIM) | 30300 · Distribution | 27.24 |
| Check | 08/22/2016 | 1713 | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 327.00 |
| Check | 08/19/2016 | | YOUNG AE KIM | 30300 · Distribution | 41.58 |
| Check | 08/19/2016 | 1709 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.72 |
| Check | 08/18/2016 | | YOUNG AE KIM | 30300 · Distribution | 42.53 |
| Check | 08/17/2016 | 12073 | CITY OF LOS ANGELES (JEFF KIM) | 30300 · Distribution | 63.00 |
| Check | 08/17/2016 | | JEFF KIM | 30300 · Distribution | 200.00 |
| Check | 08/16/2016 | | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 3,000.00 |
| Check | 08/16/2016 | 1706 | CHURCH (JEFF KIM) | 30300 · Distribution | 390.00 |
| Check | 08/16/2016 | 1696 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,500.00 |
| Check | 08/16/2016 | 1710 | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 475.00 |
| Check | 08/15/2016 | 1695 | CHASE BANK (JEFF KIM) | 30300 · Distribution | 884.53 |
| Check | 08/15/2016 | | JEFF KIM | 30300 · Distribution | 10,399.00 |
| Check | 08/15/2016 | 1697 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 08/12/2016 | | YOUNG AE KIM | 30300 · Distribution | 42.30 |
| Check | 08/11/2016 | | YOUNG AE KIM | 30300 · Distribution | 48.50 |
| Check | 08/11/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 1,399.00 |
| Check | 08/11/2016 | 1699 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.96 |
| Check | 08/11/2016 | 1701 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 08/11/2016 | 1694 | FRONTIER COMMUNICATION (JEFF KIM) | 30300 · Distribution | 134.88 |
| Check | 08/10/2016 | 1700 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 08/09/2016 | 10355 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 08/09/2016 | 1688 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 300.00 |
| Check | 08/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 08/09/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 08/09/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 611.50 |
| Check | 08/07/2016 | 1703 | CHURCH (JEFF KIM) | 30300 · Distribution | 390.00 |
| Check | 08/05/2016 | 1702 | DELTA LIQUID ENERGY (JEFF KIM) | 30300 · Distribution | 452.78 |
| Check | 08/04/2016 | 1698 | LVMWD (JEFF KIM) | 30300 · Distribution | 458.68 |
| Check | 08/03/2016 | | YOUNG AE KIM | 30300 · Distribution | 72.40 |

| Check | 08/01/2016 | | JEFF KIM | 30300 · Distribution | 298.00 |
|---|---|---|---|---|---|
| Bill | 08/01/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 900.93 |
| Check | 07/31/2016 | 1692 | CHURCH (JEFF KIM) | 30300 · Distribution | 300.00 |
| Check | 07/29/2016 | | YOUNG AE KIM | 30300 · Distribution | 77.42 |
| Check | 07/28/2016 | | YOUNG AE KIM | 30300 · Distribution | 39.26 |
| Check | 07/27/2016 | | MERCEDES CHECKPYMT (JEFF KIM) | 30300 · Distribution | 719.26 |
| Check | 07/27/2016 | | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | 1,169.82 |
| Check | 07/26/2016 | | YOUNG AE KIM | 30300 · Distribution | 1.19 |
| Check | 07/25/2016 | 1686 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 1,549.53 |
| Check | 07/25/2016 | | JEFF KIM | 30300 · Distribution | 200.00 |
| Check | 07/25/2016 | 1687 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 07/24/2016 | 1690 | CHURCH (JEFF KIM) | 30300 · Distribution | 300.00 |
| Check | 07/22/2016 | | Cardmember Service (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 07/22/2016 | | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 130.00 |
| Check | 07/22/2016 | | FRONTIER COMMUNICATION (JEFF KIM) | 30300 · Distribution | 134.26 |
| Check | 07/22/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 07/22/2016 | | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 400.00 |
| Check | 07/22/2016 | | YOUNG AE KIM | 30300 · Distribution | 36.35 |
| Transfe | 07/21/2016 | | JEFF KIM | 30300 · Distribution | 70.00 |
| Check | 07/21/2016 | 1682 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.72 |
| Check | 07/21/2016 | 1685 | Universal Waste Systems, Inc (JEFF KIM) | 30300 · Distribution | 124.95 |
| Check | 07/21/2016 | | JEFF KIM | 30300 · Distribution | 38.43 |
| Check | 07/21/2016 | 1580 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 150.00 |
| Check | 07/21/2016 | 1579 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 07/17/2016 | 1681 | CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 07/15/2016 | | Smart LLC (JEFF KIM) | 30300 · Distribution | 2,689.08 |
| Check | 07/15/2016 | | YOUNG AE KIM | 30300 · Distribution | 13.92 |
| Check | 07/15/2016 | | YOUNG AE KIM | 30300 · Distribution | 37.41 |
| Check | 07/15/2016 | | JEFF KIM | 30300 · Distribution | 5,140.00 |
| Check | 07/14/2016 | 0114 | CHASE BANK (JEFF KIM) | 30300 · Distribution | 884.53 |
| Check | 07/12/2016 | 1572 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 200.00 |
| Check | 07/11/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 07/11/2016 | | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 07/11/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 2,010.50 |

SOFA Exhibit 4

| Check | 07/11/2016 | | YOUNG KIM | 30300 · Distribution | 27.03 |
|---|---|---|---|---|---|
| Check | 07/11/2016 | | JEFF KIM | 30300 · Distribution | 200.00 |
| Check | 07/10/2016 | 1576 | CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 07/08/2016 | | YOUNG KIM | 30300 · Distribution | 49.61 |
| Check | 07/08/2016 | | JEFF KIM | 30300 · Distribution | 725.00 |
| Check | 07/05/2016 | CHECKCARD | Shell (JEFF KIM) | 30300 · Distribution | 43.87 |
| Check | 07/05/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 86.87 |
| Check | 07/05/2016 | | YOUNG KIM | 30300 · Distribution | 1,000.00 |
| Transfe | 07/05/2016 | | JEFF KIM | 30300 · Distribution | 200.00 |
| Check | 07/02/2016 | 1575 | JEFF KIM | 30300 · Distribution | 2,600.00 |
| Transfe | 07/01/2016 | | JEFF KIM | 30300 · Distribution | 1,835.00 |
| Bill | 07/01/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 796.34 |
| Check | 06/30/2016 | 1573 | ROY (JEFF KIM) | 30300 · Distribution | 150.00 |
| Check | 06/30/2016 | 1569 | CALIFORNIA FAIR PLAN (JEFF KIM) | 30300 · Distribution | 1,744.40 |
| Check | 06/29/2016 | 1568 | TARGET BANK (JEFF KIM) | 30300 · Distribution | 14.05 |
| Check | 06/29/2016 | 1550 | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | 1,169.82 |
| Check | 06/28/2016 | | JEFF KIM | 30300 · Distribution | 250.00 |
| Check | 06/28/2016 | CHECKCARD | FRIDA (JEFF KIM) | 30300 · Distribution | 96.10 |
| Check | 06/28/2016 | 1385 | JESUS FAVELA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 06/28/2016 | 1566 | LVMWD (JEFF KIM) | 30300 · Distribution | 270.45 |
| Check | 06/28/2016 | 1541 | MDRA (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 06/27/2016 | | MERCEDES CHECKPYMT (JEFF KIM) | 30300 · Distribution | 719.26 |
| Check | 06/27/2016 | CHECKCARD | ZARA (JEFF KIM) | 30300 · Distribution | 115.51 |
| Check | 06/27/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 42.43 |
| Check | 06/27/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 31.84 |
| Check | 06/27/2016 | 1552 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 06/27/2016 | 1565 | JOHN J ESTRADA MD INC. (JEFF KIM) | 30300 · Distribution | 43.54 |
| Check | 06/26/2016 | 1571 | CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 06/24/2016 | 1554 | JEFF KIM | 30300 · Distribution | 12.42 |
| Check | 06/24/2016 | CHECKCARD | JEFF KIM | 30300 · Distribution | 58.17 |
| Check | 06/24/2016 | 1561 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 24.95 |
| Check | 06/24/2016 | 1567 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 300.00 |
| Check | 06/24/2016 | 1563 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 2,494.88 |
| Check | 06/24/2016 | 1564 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.00 |

SOFA Exhibit 4

| Check | 06/24/2016 | 1562 | DMV RENEWAL (JEFF KIM) | 30300 · Distribution | 341.00 |
|-------|------------|------|------------------------|----------------------|--------|
| Check | 06/23/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 06/23/2016 | 1506 | DMV RENEWAL (JEFF KIM) | 30300 · Distribution | 229.00 |
| Check | 06/21/2016 | CHECKCARD | Vons (YOUNG KIM) | 30300 · Distribution | 3.99 |
| Check | 06/21/2016 | 1551 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.72 |
| Check | 06/20/2016 | 1544 | JEFF KIM | 30300 · Distribution | 133.46 |
| Check | 06/20/2016 | 1556 | JEFF KIM | 30300 · Distribution | 1,000.00 |
| Check | 06/20/2016 | | JEFF KIM | 30300 · Distribution | 50.00 |
| Check | 06/20/2016 | CHECKCARD | GINSENG (JEFF KIM) | 30300 · Distribution | 3,200.00 |
| Check | 06/20/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 64.00 |
| Check | 06/20/2016 | 1546 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 06/20/2016 | 1570 | ROY (JEFF KIM) | 30300 · Distribution | 250.00 |
| Check | 06/19/2016 | 1559 | KCCC (YOUNG KIM) | 30300 · Distribution | 700.00 |
| Check | 06/19/2016 | 1558 | CHURCH (JEFF KIM) | 30300 · Distribution | 650.00 |
| Check | 06/18/2016 | 1557 | ROY (JEFF KIM) | 30300 · Distribution | 250.00 |
| Check | 06/17/2016 | | JEFF KIM | 30300 · Distribution | 23.84 |
| Check | 06/16/2016 | 0114 | CHASE BANK (JEFF KIM) | 30300 · Distribution | 884.53 |
| Check | 06/15/2016 | | Smart LLC (JEFF KIM) | 30300 · Distribution | 2,689.08 |
| Check | 06/14/2016 | CHECKCARD | pacific palisca (JEFF KIM) | 30300 · Distribution | 58.91 |
| Check | 06/14/2016 | 1555 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 06/13/2016 | | Cardmember Service (JEFF KIM) | 30300 · Distribution | 200.00 |
| Check | 06/13/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 1,399.00 |
| Check | 06/13/2016 | CHECKCARD | JAE BU DO (YOUNG KIM) | 30300 · Distribution | 122.84 |
| Check | 06/13/2016 | CHECKCARD | STONE GRILL (YOUNG KIM) | 30300 · Distribution | 142.93 |
| Check | 06/13/2016 | CHECKCARD | Galleria Market (YOUNG KIM) | 30300 · Distribution | 69.83 |
| Check | 06/13/2016 | CHECKCARD | TWINS PRODUCE (YOUNG KIM) | 30300 · Distribution | 119.00 |
| Check | 06/13/2016 | | JEFF KIM | 30300 · Distribution | 1,000.00 |
| Check | 06/13/2016 | 1545 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 06/12/2016 | 1549 | CHURCH (JEFF KIM) | 30300 · Distribution | 650.00 |
| Check | 06/11/2016 | 1548 | ROY (JEFF KIM) | 30300 · Distribution | 250.00 |
| Check | 06/10/2016 | 1533 | CALIFORNIA FAIR PLAN (JEFF KIM) | 30300 · Distribution | 890.00 |
| Check | 06/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 06/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 06/09/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 611.50 |

| Check | 06/08/2016 | CHECKCARD | pacific palisca (JEFF KIM) | 30300 · Distribution | 59.17 |
| Check | 06/06/2016 | CHECKCARD | CAFE CONCERTO (YOUNG KIM) | 30300 · Distribution | 70.59 |
| Check | 06/06/2016 | CHECKCARD | MAN SOO DEUNG SIM (YOUNG KIM) | 30300 · Distribution | 67.92 |
| Check | 06/06/2016 | CHECKCARD | Galleria Market (YOUNG KIM) | 30300 · Distribution | 93.72 |
| Check | 06/06/2016 | 246 | HANIN AUTO (YOUNG KIM) | 30300 · Distribution | 30.00 |
| Check | 06/06/2016 | CHECKCARD | TARGET BANK (JEFF KIM) | 30300 · Distribution | 57.42 |
| Check | 06/06/2016 | 1547 | CHURCH (JEFF KIM) | 30300 · Distribution | 650.00 |
| Check | 06/06/2016 | 1538 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.96 |
| Check | 06/03/2016 | 1540 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 06/02/2016 | | OAKS CHRISTIAN SCHOOL (JEFF KIM) | 30300 · Distribution | 210.00 |
| Bill | 06/01/2016 | 7ASP190 | DMV RENEWAL (JEFF KIM) | 30300 · Distribution | 343.00 |
| Bill | 06/01/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 630.77 |
| Check | 06/01/2016 | 1539 | LVMWD (JEFF KIM) | 30300 · Distribution | 180.46 |
| Check | 05/31/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 46.00 |
| Check | 05/31/2016 | 1529 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 23.99 |
| Check | 05/29/2016 | 1542 | CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 05/29/2016 | | JEFF KIM | 30300 · Distribution | 13.86 |
| Check | 05/27/2016 | EFT | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | 992.72 |
| Check | 05/27/2016 | 1537 | ELY JRS PUMPING (JEFF KIM) | 30300 · Distribution | 486.00 |
| Check | 05/26/2016 | 1526 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 05/25/2016 | | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 12.42 |
| Check | 05/24/2016 | | MERCEDES CHECKPYMT (JEFF KIM) | 30300 · Distribution | 719.26 |
| Check | 05/24/2016 | CHECKCARD | EUROPE OPTICAL (JEFF KIM) | 30300 · Distribution | 1,010.00 |
| Check | 05/23/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 05/23/2016 | EFT | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 05/23/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 52.08 |
| Check | 05/23/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 52.41 |
| Check | 05/23/2016 | CHECKCARD | PARKING (JEFF KIM) | 30300 · Distribution | 12.00 |
| Check | 05/23/2016 | 1534 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 2,494.88 |
| Check | 05/22/2016 | 1536 | CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 05/21/2016 | 1535 | ROY (JEFF KIM) | 30300 · Distribution | 250.00 |
| Check | 05/20/2016 | 1493 | Costco Membership (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 05/19/2016 | 1523 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.52 |
| Check | 05/18/2016 | EFT | Smart LLC (JEFF KIM) | 30300 · Distribution | 3,039.08 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 05/18/2016 | CHECKCARD | Malibu Coast Animal Hospital (JEFF KIM) | 30300 · Distribution | 82.00 |
| Check | 05/18/2016 | 1513 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 05/18/2016 | 1530 | FRONTIER COMMUNICATION (JEFF KIM) | 30300 · Distribution | 133.26 |
| Check | 05/17/2016 | 1504 | JOHN J ESTRADA MD INC. (JEFF KIM) | 30300 · Distribution | 104.04 |
| Check | 05/17/2016 | CHECKCARD | CHUNG HAE SUSAN (JEFF KIM) | 30300 · Distribution | 103.55 |
| Check | 05/16/2016 | 1488 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,102.76 |
| Check | 05/16/2016 | 1521 | E READ & ASSOCIATES, INC (JEFF KIM) | 30300 · Distribution | 1,850.00 |
| Check | 05/16/2016 | 1515 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,500.00 |
| Check | 05/16/2016 | 1520 | DEPT OF PARKS & RECREATION ANGLESE (JEFF KIM) | 30300 · Distribution | 1,800.00 |
| Check | 05/15/2016 | 1519 | CHURCH (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 05/13/2016 | 1500 | RONALD HALPERN, ESQ (JEFF KIM) | 30300 · Distribution | 250.00 |
| Check | 05/13/2016 | EFT | Chase Auto Finance (JEFF KIM) | 30300 · Distribution | 884.53 |
| Check | 05/12/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 181.47 |
| Check | 05/12/2016 | 1514 | American Rat Control (JEFF KIM) | 30300 · Distribution | 75.00 |
| Check | 05/11/2016 | EFT | PUBLICHERS CLEARING HOUSE (JEFF KIM) | 30300 · Distribution | 15.29 |
| Check | 05/11/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 1,399.00 |
| Check | 05/11/2016 | EFT | PUBLICHERS CLEARING HOUSE (JEFF KIM) | 30300 · Distribution | 17.95 |
| Transf | 05/11/2016 | | JEFF KIM | 30300 · Distribution | 10,000.00 |
| Check | 05/10/2016 | 1503 | LVMWD (JEFF KIM) | 30300 · Distribution | 51.42 |
| Check | 05/10/2016 | 1508 | DELTA LIQUID ENERGY (JEFF KIM) | 30300 · Distribution | 365.46 |
| Check | 05/10/2016 | 1517 | PATHOLOGY INC (JEFF KIM) | 30300 · Distribution | 60.00 |
| Check | 05/09/2016 | CHECKCARD | TARGET BANK (JEFF KIM) | 30300 · Distribution | 125.66 |
| Check | 05/09/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 611.50 |
| Check | 05/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 05/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 05/09/2016 | 1501 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 05/09/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 43.53 |
| Check | 05/09/2016 | CHECKCARD | CAMARILLO (YOUNG KIM) | 30300 · Distribution | 443.89 |
| Check | 05/09/2016 | CHECKCARD | CAMARILLO (YOUNG KIM) | 30300 · Distribution | 177.38 |
| Check | 05/09/2016 | CHECKCARD | Paypal (YOUNG KIM) | 30300 · Distribution | 150.20 |
| Check | 05/06/2016 | 1507 | BANUEL CHURCH (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 05/06/2016 | 1531 | State Board of Equalization (JEFF KIM) | 30300 · Distribution | 117.35 |
| Check | 05/06/2016 | 1505 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 05/05/2016 | 1491 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 2,494.88 |

SOFA Exhibit 4

| Check | 05/05/2016 | EFT | LEES DISCOUNT DRUG (JEFF KIM) | 30300 · Distribution | 82.60 |
|---|---|---|---|---|---|
| Check | 05/05/2016 | EFT | SURAWON (JEFF KIM) | 30300 · Distribution | 55.09 |
| Check | 05/04/2016 | CHECKCARD | Galleria Market (YOUNG KIM) | 30300 · Distribution | 115.60 |
| Check | 05/04/2016 | CHECKCARD | IT'S BOBA TIME (YOUNG KIM) | 30300 · Distribution | 21.95 |
| Check | 05/04/2016 | CHECKCARD | IT'S BOBA TIME (YOUNG KIM) | 30300 · Distribution | 36.50 |
| Check | 05/04/2016 | 1518 | RONALD HALPERN, ESQ (JEFF KIM) | 30300 · Distribution | 150.00 |
| Check | 05/04/2016 | 1516 | Shamsah Amersi, MD (JEFF KIM) | 30300 · Distribution | 60.00 |
| Check | 05/03/2016 | CHECKCARD | WESTERN OIL (JEFF KIM) | 30300 · Distribution | 53.90 |
| Check | 05/02/2016 | EFT | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | 1,052.08 |
| Bill | 05/02/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 666.59 |
| Check | 05/02/2016 | 1494 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 05/02/2016 | CHECKCARD | AROMA SPA & SPORTS (YOUNG KIM) | 30300 · Distribution | 100.00 |
| Check | 05/02/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 53.55 |
| Check | 04/29/2016 | CHECKCARD | Galleria Market (YOUNG KIM) | 30300 · Distribution | 86.81 |
| Check | 04/26/2016 | 1489 | VERIZON FINANCIA PAYMENTS (JEFF KIM) | 30300 · Distribution | 126.50 |
| Check | 04/26/2016 | 1492 | MERCEDES CHECKPYMT (JEFF KIM) | 30300 · Distribution | 719.26 |
| Check | 04/26/2016 | 1499 | CHURCH (JEFF KIM) | 30300 · Distribution | 640.00 |
| Check | 04/26/2016 | 1240 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 04/25/2016 | CHECKCARD | SHELL SERVICE (JEFF KIM) | 30300 · Distribution | 58.27 |
| Check | 04/25/2016 | CHECKCARD | JANG CHUNG DONG (JEFF KIM) | 30300 · Distribution | 27.97 |
| Check | 04/25/2016 | 1498 | JESLIS FAVELA (JEFF KIM) | 30300 · Distribution | 3,000.00 |
| Check | 04/25/2016 | 1495 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.92 |
| Check | 04/25/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 04/22/2016 | CHECKCARD | TOM N TOM (YOUNG KIM) | 30300 · Distribution | 10.55 |
| Check | 04/22/2016 | CHECKCARD | SHELL SERVICE (JEFF KIM) | 30300 · Distribution | 220.00 |
| Check | 04/22/2016 | CHECKCARD | DUKES MALIBU (JEFF KIM) | 30300 · Distribution | 112.10 |
| Check | 04/22/2016 | | JEFF KIM | 30300 · Distribution | 2,000.00 |
| Check | 04/20/2016 | 8749 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 04/20/2016 | 1484 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 04/20/2016 | 1485 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 4,103.22 |
| Check | 04/20/2016 | EFT | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 1,500.00 |
| Check | 04/20/2016 | 1481 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 04/20/2016 | CHECKCARD | IN KU LEE (JEFF KIM) | 30300 · Distribution | 55.68 |
| Check | 04/19/2016 | 1487 | CHURCH (JEFF KIM) | 30300 · Distribution | 640.00 |

SOFA Exhibit 4

| Check | 04/18/2016 | 1238 | AUTO CLUB (JEFF KIM) | 30300 · Distribution | 161.00 |
|-------|------------|------|----------------------|----------------------|--------|
| Check | 04/18/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 55.23 |
| Check | 04/14/2016 | CHECKCARD | Chevron (JEFF KIM) | 30300 · Distribution | 53.31 |
| Check | 04/12/2016 | 1486 | BANUEL CHURCH (JEFF KIM) | 30300 · Distribution | 640.00 |
| Check | 04/12/2016 | 1225 | DMV RENEWAL (JEFF KIM) | 30300 · Distribution | 106.00 |
| Check | 04/11/2016 | CHECKCARD | ALDO (JEFF KIM) | 30300 · Distribution | 141.70 |
| Check | 04/11/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | 26.66 |
| Check | 04/11/2016 | CHECKCARD | UNITED PACIFIC (JEFF KIM) | 30300 · Distribution | 73.23 |
| Check | 04/11/2016 | CHECKCARD | pacific palisca (JEFF KIM) | 30300 · Distribution | 300.00 |
| Check | 04/11/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 04/11/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 04/11/2016 | EFT | JHUSA PAYMENTS (Jeff kim) | 30300 · Distribution | 2,010.50 |
| Check | 04/11/2016 | 8747 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 04/11/2016 | 8750 | MDRA (JEFF KIM) | 30300 · Distribution | 3,000.00 |
| Check | 04/11/2016 | EFT | Chase Auto Finance (JEFF KIM) | 30300 · Distribution | 884.53 |
| Bill | 04/07/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 580.50 |
| Bill | 04/07/2016 | 29350 | UWS - Universal Waste Systems Inc. (JEFF KIM) | 30300 · Distribution | 124.95 |
| Check | 04/06/2016 | 8746 | LVMWD (JEFF KIM) | 30300 · Distribution | 214.16 |
| Check | 04/06/2016 | CHECKCARD | pacific palisca (JEFF KIM) | 30300 · Distribution | 51.39 |
| Check | 04/05/2016 | CHECKCARD | Malibu Coast Animal Hospital (JEFF KIM) | 30300 · Distribution | 60.00 |
| Check | 04/04/2016 | 8743 | Cardmember Service (JEFF KIM) | 30300 · Distribution | 34.99 |
| Check | 04/04/2016 | 8740 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | 1,500.00 |
| Check | 04/04/2016 | 8748 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.96 |
| Check | 04/01/2016 | 1237 | Fernando Martinez (JEFF KIM) | 30300 · Distribution | 165.00 |
| Check | 03/31/2016 | 8741 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 2,494.88 |
| Check | 03/30/2016 | 1227 | LOS ANGELES COUNTY TAX COLLECTOR (JEFF KIM) | 30300 · Distribution | 12,887.67 |
| Check | 03/24/2016 | 1226 | TREASURER TAX COLLECTOR (JEFF KIM) | 30300 · Distribution | 720.45 |
| Check | 03/23/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 03/21/2016 | 8742 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 743.72 |
| Check | 03/21/2016 | 1239 | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | 1,500.00 |
| Check | 03/21/2016 | 1232 | VERIZON FINANCIA PAYMENTS (JEFF KIM) | 30300 · Distribution | 138.22 |
| Check | 03/20/2016 | 1233 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | 2,000.00 |
| Check | 03/18/2016 | 1223 | CHASE CHECK PAYMENT (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 03/17/2016 | 8744 | Target Card Services (JEFF KIM) | 30300 · Distribution | 97.12 |

| | | | | | |
|---|---|---|---|---|---:|
| Check | 03/16/2016 | 1236 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Check | 03/16/2016 | 1230 | AQUA LIFE (JEFF KIM) | 30300 · Distribution | 68.00 |
| Check | 03/16/2016 | | JEFF KIM | 30300 · Distribution | 4,000.00 |
| Check | 03/15/2016 | 1235 | Chase Auto Finance (JEFF KIM) | 30300 · Distribution | 884.53 |
| Check | 03/15/2016 | EFT | Smart LLC (JEFF KIM) | 30300 · Distribution | 2,584.60 |
| Check | 03/11/2016 | CHECKCARD | DELTA LIQUID ENERGY (JEFF KIM) | 30300 · Distribution | 233.47 |
| Check | 03/10/2016 | 1234 | LVMWD (JEFF KIM) | 30300 · Distribution | 86.02 |
| Check | 03/10/2016 | 1229 | John Kang MD (JEFF KIM) | 30300 · Distribution | 67.71 |
| Check | 03/10/2016 | | CALIFORNIA FAIR PLAN (JEFF KIM) | 30300 · Distribution | 2,634.40 |
| Check | 03/09/2016 | 1224 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.16 |
| Check | 03/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 03/09/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 03/07/2016 | 1228 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 1,000.00 |
| Bill | 03/04/2016 | 2205994452 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 624.43 |
| Check | 03/02/2016 | | CHASE CARD SERVICES (JEFF KIM) | 30300 · Distribution | 500.00 |
| Check | 03/02/2016 | | TD Auto Finance (JEFF KIM) | 30300 · Distribution | 728.72 |
| Check | 03/02/2016 | | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | 2,494.88 |
| Check | 03/01/2016 | 1211 | AROMA SPA & SPORTS (YOUNG KIM) | 30300 · Distribution | 245.00 |
| Check | 03/01/2016 | 1059 | JESUS VAZQUEZ (JEFF KIM) | 30300 · Distribution | 1,700.00 |
| Check | 02/29/2016 | | JEFF KIM | 30300 · Distribution | 7,564.00 |
| Check | 02/23/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 195.90 |
| Check | 02/16/2016 | | Smart LLC (JEFF KIM) | 30300 · Distribution | 2,609.54 |
| Bill | 02/12/2016 | 6ZTU937 2016 | DMV RENEWAL (JEFF KIM) | 30300 · Distribution | 182.00 |
| Check | 02/11/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 668.68 |
| Check | 02/11/2016 | EFT | New York Life (Jeff kim) | 30300 · Distribution | 1,094.16 |
| Check | 02/04/2016 | 1213 | LVMWD (JEFF KIM) | 30300 · Distribution | 36.38 |
| Check | 02/03/2016 | 1221 | L&P Group USA (JEFF KIM) | 30300 · Distribution | 2,100.00 |
| Bill | 02/02/2016 | 2205994452 0216 | Southern California Edison (JEFF KIM) | 30300 · Distribution | 900.90 |
| Check | 02/02/2016 | | Smart LLC (JEFF KIM) | 30300 · Distribution | 2,664.54 |
| Check | 02/02/2016 | 1200 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | 6,101.96 |
| Check | 02/02/2016 | 1214 | American Rat Control  (JEFF KIM) | 30300 · Distribution | 150.00 |
| Check | 02/02/2016 | 1219 | CHURCH (JEFF KIM) | 30300 · Distribution | 2,540.00 |
| Check | 02/01/2016 | CHECKCARD | LMG Studio (JEFF KIM) | 30300 · Distribution | 140.00 |
| Check | 02/01/2016 | CHECKCARD | Malibu Coast Animal Hospital (JEFF KIM) | 30300 · Distribution | 430.73 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 02/01/2016 | 1204 | Nationwide Mutual (JEFF KIM) | 30300 · Distribution | | 1,156.48 |
| Check | 02/01/2016 | 1201 | WELLS FARGO BANK NA (JEFF KIM) | 30300 · Distribution | | 930.00 |
| Check | 02/01/2016 | 1208 | UWS - Universal Waste Systems Inc. (JEFF KIM) | 30300 · Distribution | | 124.95 |
| Check | 02/01/2016 | 1210 | Blue Shield Of California (JEFF KIM) | 30300 · Distribution | | 2,494.88 |
| Check | 02/01/2016 | 1218 | MIN (JEFF KIM) | 30300 · Distribution | | 65.00 |
| Check | 01/31/2016 | CHECKCARD | Galleria Market (JEFF KIM) | 30300 · Distribution | | 21.28 |
| Check | 01/31/2016 | | JEFF KIM | 30300 · Distribution | | 200.00 |
| Check | 01/29/2016 | CHECKCARD | Malibu Coast Animal Hospital (JEFF KIM) | 30300 · Distribution | | 95.93 |
| Check | 01/29/2016 | CHECKCARD | Daiso (YOUNG KIM) | 30300 · Distribution | | 31.07 |
| Check | 01/29/2016 | CHECKCARD | H Mart (YOUNG KIM) | 30300 · Distribution | | 41.40 |
| Check | 01/29/2016 | 1202 | AAA FINANCIAL SERVICES (JEFF KIM) | 30300 · Distribution | | 100.00 |
| Check | 01/28/2016 | 1216 | Han Kook Mortuary (JEFF KIM) | 30300 · Distribution | | 1,000.00 |
| Check | 01/27/2016 | 1209 | US Treasury (JEFF KIM) | 30300 · Distribution | | 3,000.00 |
| Check | 01/26/2016 | 1198 | Mercedes-Benz Fin Serv USA LLC (JEFF KIM) | 30300 · Distribution | | 719.26 |
| Check | 01/25/2016 | 1199 | TD Auto Finance (JEFF KIM) | 30300 · Distribution | | 728.72 |
| Check | 01/25/2016 | 1206 | VERIZON (JEFF KIM) | 30300 · Distribution | | 263.88 |
| Check | 01/25/2016 | 1207 | Nordstrom Bank (JEFF KIM) | 30300 · Distribution | | 1,000.00 |
| Check | 01/20/2016 | 1205 | WELLS FARGO (JEFF KIM) | 30300 · Distribution | | 2,100.00 |
| Check | 01/19/2016 | 1197 | LADWP (JEFF KIM) | 30300 · Distribution | | 375.20 |
| Check | 01/15/2016 | 1195 | BANK OF AMERICA (JEFF KIM) | 30300 · Distribution | | 259.48 |
| Check | 01/15/2016 | 1196 | Tristan Bickman (JEFF KIM) | 30300 · Distribution | | 20.00 |
| Check | 01/05/2016 | | JEFF KIM | 30300 · Distribution | | 2,000.00 |
| Check | 12/21/2015 | | JEFF KIM | 30300 · Distribution | | 500.00 |
| Check | 12/11/2015 | | JEFF KIM | 30300 · Distribution | | 5,000.00 |
| Check | 12/09/2015 | | JEFF KIM | 30300 · Distribution | | 15,000.00 |
| Check | 12/08/2015 | | JEFF KIM | 30300 · Distribution | | 2,000.00 |
| Check | 12/07/2015 | | JEFF KIM | 30300 · Distribution | | 100.00 |
| Check | 12/04/2015 | | JEFF KIM | 30300 · Distribution | | 1,500.00 |
| Credit | 12/03/2015 | | SHELL SERVICE (JEFF KIM) | 30300 · Distribution | | 198.19 |
| Check | 12/03/2015 | | JEFF KIM | 30300 · Distribution | | 3,000.00 |
| Check | 12/02/2015 | | JEFF KIM | 30300 · Distribution | | 2,500.00 |
| Check | 11/30/2015 | | JEFF KIM | 30300 · Distribution | | 1,000.00 |
| Check | 11/30/2015 | | JEFF KIM | 30300 · Distribution | | 375.00 |
| Check | 11/25/2015 | | JEFF KIM | 30300 · Distribution | | 2,000.00 |

SOFA Exhibit 4

| | | | | | | |
|---|---|---|---|---|---|---:|
| Check | 11/24/2015 | | JEFF KIM | | 30300 · Distribution | 2,000.00 |
| Check | 11/23/2015 | | JEFF KIM | | 30300 · Distribution | 1,000.00 |
| Check | 11/20/2015 | | JEFF KIM | | 30300 · Distribution | 3,300.00 |
| Check | 11/17/2015 | | JEFF KIM | | 30300 · Distribution | 10,000.00 |
| Check | 11/17/2015 | | JEFF KIM | | 30300 · Distribution | 2,400.00 |
| Check | 11/16/2015 | | JEFF KIM | | 30300 · Distribution | 2,800.00 |
| Check | 11/12/2015 | | JEFF KIM | | 30300 · Distribution | 500.00 |
| Check | 11/09/2015 | | JEFF KIM | | 30300 · Distribution | 2,600.00 |
| Check | 11/05/2015 | | JEFF KIM | | 30300 · Distribution | 8,500.00 |
| Check | 11/03/2015 | | JEFF KIM | | 30300 · Distribution | 2,000.00 |
| Transf | 11/02/2015 | | JEFF KIM | | 30300 · Distribution | 3,750.00 |
| Check | 11/02/2015 | | JEFF KIM | | 30300 · Distribution | 5,070.00 |
| Check | 10/29/2015 | | JEFF KIM | | 30300 · Distribution | 1,100.00 |
| Check | 10/27/2015 | 1188 | Fernando Martinez (JEFF KIM) | | 30300 · Distribution | 165.00 |
| Check | 10/27/2015 | 1189 | BANK OF AMERICA (JEFF KIM) | | 30300 · Distribution | 1,000.00 |
| Check | 10/23/2015 | 1187 | Nordstrom Bank (JEFF KIM) | | 30300 · Distribution | 1,500.00 |
| Check | 10/22/2015 | | JEFF KIM | | 30300 · Distribution | 1,000.00 |
| Check | 10/21/2015 | | JEFF KIM | | 30300 · Distribution | 5,000.00 |
| Check | 10/20/2015 | | JEFF KIM | | 30300 · Distribution | 15,000.00 |
| PAYR( | 10/20/2015-10/19/2016 | | EUNICE E KIM | | | 14,155.00 |
| PAYR( | 10/20/2015-10/19/2016 | | JEFF KIM | | | 25,288.48 |
| PAYR( | 10/20/2015-10/19/2016 | | YOUNG KIM | | | 47,174.16 |
| **Oct 20, '15 - Oct 19, 16** | | | | | | **551,169.67** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Juliet Y. Oh**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**211414**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>**Blue Bee, Inc.**<br>Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists        Date Filed: **11/30/2016**
☐ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other *(specify)*: _____      Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_November 30, 2016_
Date:

**Jeff Sunghak Kim**
Printed name of authorized signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015        F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL

November 30, 2016
_____
Date:

_____
Signature (handwritten) of attorney for Filing Party

**Juliet Y. Oh 211414**
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                    **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**