Brian D. Huben, Cal. Bar No. 134354
Dustin P. Branch, Cal. Bar No. 174909
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Landlord Creditor
Westfield, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **NOTICE OF WITHDRAWAL OF MOTION OF WESTFIELD, LLC FOR AN ORDER (1) ALLOWING AS AN ADMINISTRATIVE EXPENSE POST-PETITION RENT AND LEASE CHARGES UNDER 11 U.S.C. §§ 365(d)(3) AND 503(b) AND (2) COMPELLING THE DEBTOR'S IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES** |
| | Date:  December 22, 2016<br>Time:  8:30 a.m.<br>Place: Courtroom 1575<br>255 East Temple Street<br>Los Angeles, CA 90012 |

NOTICE IS GIVEN THAT Westfield, LLC withdraws its Motion for an Order (1) Allowing as an Administrative Expense Post-Petition Rent and Lease Charges Under 11 U.S.C. §§ 365(d)(3) and 503(b) and (2) Compelling the Debtor's Immediate Payment of Administrative Expenses (Docket No. 55).

Dated:  December 6, 2016          **BALLARD SPAHR LLP**

By: /s/ Brian D. Huben
       Brian D. Huben

Attorneys for Landlord Creditor
Westfield, LLC

1
**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PAYMENT OF POST-PETITION RENT**

15240909

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF MOTION OF WESTFIELD, LLC FOR AN ORDER (1) ALLOWING AS AN ADMINISTRATIVE EXPENSE POST-PETITION RENT AND LEASE CHARGES UNDER 11 U.S.C. §§ 365(d)(3) AND 503(b) AND (2) COMPELLING THE DEBTOR'S IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 6, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Lynn Brown on behalf of Creditor American Express Travel Related Services Company Inc
notices@becket-lee.com
John H Choi on behalf of Interested Party Courtesy NEF - johnchoi@kpcylaw.com, christinewong@kpcylaw.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA) - dare.law@usdoj.gov, ron.maroko@usdoj.gov
Thor D McLaughlin on behalf of Creditor GGP Northridge Fashion Center, LP -
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Thor D McLaughlin on behalf of Creditor Glendale I Mall Associates, LP -
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Thor D McLaughlin on behalf of Creditor La Cienega Partners Limited Partnership
tmclaughlin@allenmatkins.com, igold@allenmatkins.com
Juliet Y Oh on behalf of Debtor Blue Bee, Inc. - jyo@lnbrb.com, jyo@lnbrb.com
Ronald M Tucker, Esq on behalf of Creditor Simon Property Group, Inc.
rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **December 6, 2016**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 6, 2016**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Sandra R. Klein                                                VIA PERSONAL DELIVERY
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 6, 2016 | Donna Carolo | /s/ Donna Carolo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                **F 9013-3.1.PROOF.SERVICE**