TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**DEC 14 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** walter     **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>BLUE BEE, INC.,<br><br>　　　　　　Debtor. | Case No. 2:16-bk-23836-SK<br><br>Chapter 11<br><br>**FINAL ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL**<br><br><u>Final Hearing:</u><br>Date:　　　　November 30, 2016<br>Time:　　　　9:30 a.m.<br>Courtroom:　1575<br>Location:　　255 E. Temple Street<br>　　　　　　Los Angeles, California |

1

1    Hearings were held on November 1, 2016 at 9:00 a.m. (the "Interim Hearing") and
2 November 30, 2016 at 9:30 a.m. (the "Final Hearing," and together with the Interim Hearing, the
3 "Hearings"), before the Honorable Sandra R. Klein, United States Bankruptcy Judge for the
4 Central District of California, Los Angeles Division, in Courtroom "1575" located at 255 E.
5 Temple Street, Los Angeles, California, to consider the motion (the "Motion") filed by Blue Bee,
6 Inc. d/b/a ANGL, a California corporation and the debtor and debtor-in-possession in the above-
7 captioned Chapter 11 bankruptcy case (the "Debtor"), for the entry of interim and final orders
8 authorizing the Debtor to use its cash collateral on an interim basis pending a final hearing in
9 accordance with the Debtor's 13-week operating budget (the "Original Budget"), a copy of
10 which is attached as Exhibit "A" to the Omnibus Declaration of Jeff Sunghak Kim filed
11 concurrently with the Motion, and granting related relief.  Appearances at the Hearings on the
12 Motion were made as set forth on the record of the Court.

13    At the Interim Hearing, the Court granted the Motion on an interim basis and authorized
14 the Debtor to use its cash collateral on an interim basis, pending the Final Hearing, in accordance
15 with the Original Budget.  The Court entered an interim order accordingly on November 1, 2016
16 [Doc. No. 36].

17    Subsequent to the Interim Hearing, two groups of landlords (collectively, the "Objecting
18 Landlords") – specifically, (i) GGP Northridge Fashion Center, LP, Glendale I Mall Associates,
19 LP and La Cienega Partners Limited Partnership, and (ii) Westfield, LLC, The Macerich
20 Company, CenterCal Properties, LLC, PGIM Real Estate, and Paseo Nuevo Owner, LLC – filed
21 limited objections to the approval of the Motion on a final basis (together, the "Limited
22 Objections").  On November 16, 2016, the Debtor filed a status report regarding the Motion
23 [Doc. No. 51] (the "Status Report"), pursuant to which the Debtor submitted a revised form of
24 the Original Budget (the "Revised Budget") as Exhibit "1" to the Declaration of Jeff Sunghak
25 Kim annexed thereto, which Revised Budget sought to address the concerns expressed by the
26 Objecting Landlords in their Limited Objections to the Motion.

27    The Court, having considered the Motion, all papers filed by the Debtor in support of the
28 Motion including, without limitation, the Status Report, the Limited Objections filed by the

2

Objecting Landlords, and the oral arguments, statements and representations of counsel made at the Hearings on the Motion including, without limitation, the oral withdrawal of the Limited Objection filed by Objecting Landlords Westfield, LLC, The Macerich Company, CenterCal Properties, LLC, PGIM Real Estate, and Paseo Nuevo Owner, LLC, proper and adequate notice of the Motion and the Hearings on the Motion having been provided, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Motion is granted on a final basis, subject to the terms and conditions set forth on the record of the Court at the Final Hearing, and the Limited Objections to the Motion, to the extent not deemed withdrawn, are overruled.

B.    The Debtor is authorized to use cash collateral to (i) pay all of the expenses set forth in the Revised Budget, with authority to deviate from the line items contained in the Revised Budget by not more than 20%, on both a line item and aggregate basis, with any unused portions to be carried over into the following week(s) and (ii) pay all quarterly fees owing to the Office of the United States Trustee and all expenses owing to the Clerk of the Bankruptcy Court.

C.    The Debtor shall pay any outstanding October stub rent (*i.e.*, the rent for the post-petition "stub" period of October 19, 2016 through October 31, 2016) due to Objecting Landlords GGP Northridge Fashion Center, LP, Glendale I Mall Associates, LP and La Cienega Partners Limited Partnership by December 14, 2016.  In the event that the Debtor does not make payment of the outstanding October stub rent to the foregoing landlords by December 14, 2016, such landlords shall be permitted to file a motion to compel the payment of any and all outstanding post-petition rent due to such landlords so that such motion may be heard, on a shortened notice basis, on December 22, 2016 at 8:30 a.m.

//
//
//
//
//

1

      IT IS SO ORDERED.

2

3                               ###

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: December 14, 2016

24                                 Sandra R. Klein
                                United States Bankruptcy Judge

25

26

27

28

4