TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**FEB 07 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

BLUE BEE, INC. d/b/a ANGL,
a California corporation,

          Debtor.

Case No. 2:16-bk-23836-SK

Chapter 11

**ORDER EXTENDING DEBTOR'S EXCLUSIVE PERIODS TO FILE PLAN OF REORGANIZATION AND OBTAIN ACCEPTANCES THEREOF**

[No Hearing Required Unless Requested – Local Bankruptcy Rule 9013-1(o)]

1

This Court having considered the motion filed by Blue Bee, Inc., a California corporation d/b/a ANGL and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "<u>Debtor</u>"), for the entry of an order extending the debtor's exclusive periods to file a plan of reorganization ("<u>Plan</u>") and obtain acceptances thereof pursuant to 11 U.S.C. § 1121(d) (the "<u>Motion</u>") and all papers filed by the Debtor in support of the Motion, proper notice of the Motion having been provided, having received no opposition to or request for hearing on the Motion, and other good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in its entirety.

2. The Debtor's exclusive periods to file a Plan and obtain acceptances thereof is extended for approximately ninety (90) days, to and including May 17, 2017 and July 17, 2017, respectively, without prejudice to the Debtor's right to seek further extensions of such periods.

<u>IT IS SO ORDERED.</u>

### #

Date: February 7, 2017

Sandra R. Klein
United States Bankruptcy Judge

2