| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. YOO (SBN 155531)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: tjy@lnbyb.com, jyo@lnbyb.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BLUE BEE, INC.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-23836-SK<br>CHAPTER: 11<br><br>**STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: 07/13/2017<br>TIME: 8:30 a.m.<br>COURTROOM: 1575<br>ADDRESS: 255 E. Temple Street<br>Los Angeles, California |
|---|---|

Secured party(ies): Pacific City Bank, Fashblvd., Inc., California State Board of Equalization, U.S. Bank Equipment Finance, Tyler Mall Limited Partnership, GGP-Otay Ranch, L.P., Valley Plaza Mall, LP

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| **Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B)** | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☐ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☐ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | | |
| ☐    Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| ☐    Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | | | |
|---|---|---|---|
| | *Continued from page 1* <br> ☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" <br> ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" <br> ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

06/14/2017    Juliet Y. Oh
*Date*    *Printed Name*    *Signature*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 14, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Franklin C Adams**    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Marc Andrews**    bankruptcycls@wellsfargo.com, andrewma@wellsfargo.com
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Lynn Brown**    notices@becket-lee.com
- **Brian W Byun**    bbyun@ci.vernon.ca.us
- **John H Choi**    johnchoi@kpcylaw.com, christinewong@kpcylaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Dare Law**    dare.law@usdoj.gov
- **Thor D McLaughlin**    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael A Wallin**    mwallin@slaterhersey.com, mrivera@slaterhersey.com
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

**2. SERVED BY UNITED STATES MAIL**: On **June 14, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 14, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1 | **_Served via Attorney Service_**
2 | The Honorable Sandra R. Klein
United States Bankruptcy Court
3 | Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012
4 |
5 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6 | June 14, 2017     Stephanie Reichert     */s/ Stephanie Reichert*
   *Date*     *Type Name*     *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Blue Bee, Inc.<br>Top 20, Secured Creditors, OUST, RSN | Dare Law<br>Office of the United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET, SUITE 106<br>MARSHALL MN 56258 |
| IRS/OHIO<br>P.O. BOX 145595<br>CINCINNATI OH 45250 | LINE & DOT, LLC DBA LUMIERE COLLECTIONS<br>1912 E. VERNON AVE., STE. 100<br>LOS ANGELES CA 90058 | PACIFIC CITY BANK<br>3701 WILSHIRE BLVD., SUITE 310<br>LOS ANGELES CA 90010 |
| BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279 | TYLER MALL LIMITED PARTNERSHIP, A DELAWARE LIMITED PARTNERSHIP<br>24011 VENTURA BLVD., STE. 201<br>CALABASAS CA 91302 | PACIFIC CITY BANK<br>3701 WILSHIRE BLVD., SUITE 100<br>LOS ANGELES CA 90010 |
| GGP-OTAY RANCH, L.P., A DELAWARE LIMITED PARTNERSHIP<br>24011 VENTURA BLVD., STE. 201<br>CALABASAS CA 91302 | FASHBLVD., INC.<br>1700 E. 58TH PL., #9<br>LOS ANGELES, CA 90001 | VALLEY PLAZA MALL, LP, A DELAWARE LIMITED PARTNERSHIP<br>24011 VENTURA BLVD., STE. 201<br>CALABASAS CA 91302 |
| Caribbean Queen Inc.<br>1128 S. Crocker Street<br>Los Angeles, CA 90021 | Alythea<br>1016 S. Towne Ave., #106<br>Los Angeles, CA 90021 | CA State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Brian D. Huben<br>Dustin P. Branch<br>BALLARD SPAHR LLP<br>2029 Century Park East, Suite 800<br>Los Angeles, CA 90067 | Horton Plaza, LLC<br>Blackmar, Principe & Schmelter, APC<br>600 B Street, Suite 2250<br>San Diego, CA 92101 |
| Macerich Fresno LP<br>PO Box 849418<br>Los Angeles, CA 90084-9418 | L'atiste<br>424 Towne Avenue<br>Los Angeles, CA 90021 | Lynx Property Management Inc<br>924 Laguna St. Suite B<br>Santa Barbara, CA 93101 |
| Paseo Nuevo Owner LLC<br>PO Box 780268<br>Philadelphia, PA 19178-0268 | Macerich SMP LP<br>c/o David M. Cohen, Esq.<br>5950 Canoga Avenue, Suite 605<br>Woodland Hills, CA 91367 | Nine Planet<br>1022 S. Wall Street<br>Los Angeles, CA 90015 |
| SEVEND<br>2301 E. 7th St.<br>Suite E-200<br>Los Angeles, CA 90023 | Plaza Bonita, LLC<br>Blackmar, Principe & Schmelter, APC<br>600 B. Street, Suite 2250<br>San Diego, CA 92101 | Rancho Mall LLC<br>PO Box 72439<br>Cleveland, OH 44192 |
| The Retail Property Trust<br>Brea Mall<br>PO Box 772827<br>Chicago, IL 60677-2827 | Shops at Mission Viejo LLC<br>7415 Solution Center<br>Chicago, IL 60677-7004 | South Bay Center SPE LLC<br>PO Box 72056<br>Cleveland, OH 44192-0056 |

Tyler Mall Limited Partnership
SDS-12-3113
PO Box 86
Minneapolis, MN 55486-3113

W/A SVT Holdings VI LLC
PO Box 749659
Los Angeles, CA 90074-9659

Integrity Payment Systems
1700 Higgins Road # 690
Des Plaines, IL  60018

*Counsel to Caribbean Queen Inc.*
Law Offices of Jacqueline N. Anker
27 W Anapamu, Suite 325
Santa Barbara, CA 93101

*Counsel to Macerich Cerritos LLC*
David M. Cohen, Esq.
5950 Canoga Avenue, Suite 605
Woodland Hills, CA 91367

Michael A. Wallin
Slater Hersey & Lieberman LLP
18301 Von Karman Ave, Suite 1060
Irvine, CA 92612

Marc Andrews
Office of the General Counsel
Wells Fargo & Company
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435

RREEF America REIT II Corp. BBB
P.O. Box 209268
Austin, TX 78720-9268