TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **STIPULATION BETWEEN DEBTOR AND PACIFIC CITY BANK TO VACATE CONTINUED HEARING ON *MOTION OF PACIFIC CITY BANK FOR AN ORDER CONVERTING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE; IN THE ALTERNATIVE, FOR AN ORDER DISMISSING DEBTOR'S BANKRUPTCY PROCEEDING*** |
| | [RELATES TO DOCKET NO. 391] |
| | Continued Hearing:<br>Date: December 20, 2018<br>Time: 8:30 a.m.<br>Courtroom: 1575<br>Location: 255 E. Temple Street<br>Los Angeles, California |

1

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation (the "Stipulation") is hereby entered into by and between Blue Bee, Inc., a California corporation d/b/a ANGL and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), on the one hand, and the Debtor's secured creditor, Pacific City Bank, a California corporation ("PCB"), on the other hand, as follows:

**RECITALS**

A. The Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") on October 19, 2016. The Debtor continues to operate its business, manage its financial affairs and operate its bankruptcy estate as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B. On October 12, 2018, PCB filed that certain *Notice Of Motion And Motion Of Pacific City Bank For An Order Converting Debtor's Chapter 11 Bankruptcy To A Case Under Chapter 7 Of The Bankruptcy Code; In The Alternative, For An Order Dismissing Debtor's Bankruptcy Proceeding* [Doc. No. 391] (the "Motion"), pursuant to which PCB requests the conversion of the Debtor's bankruptcy case to one under Chapter 7 or, alternatively, the dismissal of the Debtor's bankruptcy case.

C. On November 5, 2018, the Debtor and PCB entered into and filed with the Court a stipulation which sets forth the terms of an agreement negotiated by the parties to consensually resolve the Motion [Doc. No. 414] (the "Settlement Stipulation").

D. Among other things, the Settlement Stipulation required the Debtor to commence making monthly adequate protection payments to PCB, in the sum of $10,000 (each, an "Adequate Protection Payment"), with the first Adequate Protection Payment due on Monday, December 3, 2018, and each Adequate Protection Payment due on the first (1st) day of each calendar month thereafter.

E. The Settlement Stipulation continued the hearing on the Motion to December 20, 2018 at 8:30 a.m. as a holding date, and provided that, in the event that the parties filed a further stipulation confirming that the Motion had been resolved in accordance with the Settlement

Stipulation (and the order approving such Settlement Stipulation), appearances by the parties at the continued hearing on the Motion set on December 20, 2018 would be waived.

F.  The Debtor made a timely payment of the first Adequate Protection Payment, in the sum of $10,000, to PCB.  Based on such timely payment, the Debtor and PCB have agreed to enter into this Stipulation to vacate the continued hearing on the Motion.

## **STIPULATION**

NOW THEREFORE, subject to the approval of the Court, the Debtor and PCB hereby agree and stipulate as follows:

1. The recitals above are incorporated by reference as if set forth at length herein.

2. The continued hearing on the Motion, currently scheduled on December 20, 2018 at 8:30 a.m., shall be vacated, and no appearances shall be required at such continued hearing.

3. All of the other terms and conditions set forth in the Settlement Stipulation shall remain fully effective.

4. This Stipulation shall be deemed effective immediately upon the entry of an Order approving this Stipulation.

5. This Court shall retain exclusive jurisdiction over the subject matter of this Stipulation in order to resolve any dispute in connection therewith.

6. This Stipulation may be executed in any number of counterparts, any and all of which shall be deemed to be original.

DATED:  December 5, 2018            BLUE BEE, INC.

By: _____
TIMOTHY J. YOO
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO
    & BRILL L.L.P.
Counsel for Debtor and Debtor in Possession

*[Signatures continued on following page]*

Dated: December 6, 2018                    PACIFIC CITY BANK

By: _____
JOHN H. CHOI
KIM, PARK, CHOI & YI
Counsel for Secured Creditor,
Pacific City Bank

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN DEBTOR AND PACIFIC CITY BANK TO VACATE CONTINUED HEARING ON** *MOTION OF PACIFIC CITY BANK FOR AN ORDER CONVERTING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE; IN THE ALTERNATIVE, FOR AN ORDER DISMISSING DEBTOR'S BANKRUPTCY PROCEEDING* will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 6, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Franklin C Adams**    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Marc Andrews**    bankruptcycls@wellsfargo.com
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Lynn Brown**    notices@becket-lee.com
- **Brian W Byun**    bbyun@ci.vernon.ca.us
- **John H Choi**    johnchoi@kpcylaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com
- **Caroline Djang**    caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Dare Law**    dare.law@usdoj.gov
- **Alvin Mar**    alvin.mar@usdoj.gov
- **Matthew J Matern**    mmatern@maternlawgroup.com, lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com
- **Thor D McLaughlin**    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Michael A Wallin**    mwallin@wallinrussell.com
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

**2. SERVED BY UNITED STATES MAIL**: On **December 6, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 6, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
The Honorable Sandra R. Klein
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 6, 2018 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**