TIMOTHY J. YOO (SBN 155531)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: tjy@lnbyb.com, jyo@lnbyb.com

Attorneys for Chapter 11 Debtor and
Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:16-bk-23836-SK |
| BLUE BEE, INC., | Chapter 11 |
| Debtor. | **SUPPLEMENT TO NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL THROUGH AND INCLUDING MAY 18, 2019** |
| | Date:        January 16, 2019<br>Time:        9:00 a.m.<br>Courtroom:   1575<br>Location:    255 E. Temple Street<br>             Los Angeles, California |

1

Blue Bee, Inc., a California corporation d/b/a Angl and the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor"), hereby respectfully submits this supplement ("Supplement") to the *Notice Of Motion And Motion For Entry Of Order Authorizing Debtor To Use Cash Collateral Through And Including May 18, 2019* filed by the Debtor on December 26, 2018 [Doc. No. 426] (the "Motion").

Pursuant to the Motion, the Debtor seeks the entry of an order, pursuant to 11 U.S.C. § 363, authorizing the Debtor to use cash collateral in accordance with the Debtor's proposed operating budget for the 16-week period from January 27, 2019 through and including May 18, 2019 (the "Budget"), a copy of which was attached as Exhibit "1" to the Declaration of Jeff Sunghak Kim annexed to the Motion.

The Debtor subsequently realized that the Budget inadvertently did not include the monthly adequate protection payments of $10,000 that the Debtor and its primary secured creditor, Pacific City Bank ("PCB"), agreed shall be paid to PCB beginning in the month of December, 2018. Accordingly, the Debtor has filed this Supplement to submit an updated form of the Budget (the "Revised Budget"), which includes the monthly adequate protection payments to PCB, which Revised Budget is attached as **Exhibit "A"** hereto. Other than to include the monthly adequate protection payments to PCB, no other changes have been made to the Budget which was originally submitted with the Motion.

**WHEREFORE,** the Debtor respectfully requests that this Court enter an order granting the Motion and authorizing the Debtor to use cash collateral in accordance with the Revised Budget and subject to the terms and conditions described in the Motion.

Dated: January 2, 2019                       BLUE BEE, INC.

By: _____
TIMOTHY J. YOO
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO
   & BRILL L.L.P.
Attorneys for Debtor and
Debtor in Possession

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT "A"**

[Revised Budget]

**BLUE BEE, INC.**

**16 Week Cash Flow Projection**

**From 1/27/2019 to 5/18/2018**

| Week No | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | 27-Jan | 3-Feb | 10-Feb | 17-Feb | 24-Feb | 3-Mar | 10-Mar | 17-Mar | 24-Mar | 31-Mar | 7-Apr | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May |
| Week Ending | 2-Feb | 9-Feb | 16-Feb | 23-Feb | 2-Mar | 9-Mar | 16-Mar | 23-Mar | 30-Mar | 6-Apr | 13-Apr | 20-Apr | 27-Apr | 4-May | 11-May | 18-May |
| Beginning Balance | 179,212 | 216,382 | 134,352 | 138,322 | 189,413 | 192,383 | 101,353 | 105,323 | 156,414 | 210,384 | 68,354 | 122,324 | 108,915 | 162,885 | 165,855 | 86,625 |
| Sales | 90,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 120,000 | 120,000 |
| Merchandise Payments | 36,000 | 46,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 48,000 | 48,000 |
| Gross Profit | 54,000 | 69,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 72,000 | 72,000 |
| Rent & Related | | 145,000 | | | | 145,000 | | | | 145,000 | | | | 145,000 | | |
| Payroll & Payroll Taxes | | | 40,000 | | 40,000 | | 40,000 | | | 40,000 | | 40,000 | | 40,000 | | 40,000 |
| General & Adminstrave | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Bank & Card Processing | 1,800 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,200 | 2,200 |
| Equipment Payment | | | | 2,879 | | | | 2,879 | | | | 2,879 | | | | |
| Insurance | | 10,000 | | | | 10,000 | | | | | | 10,000 | | | | 10,000 |
| Repair & Maintenance | 1,000 | | | | 1,000 | | | | | 1,000 | | | | 1,000 | | |
| Postage & Delivery | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Miscellaneous | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Total Disbursements | 6,830 | 151,030 | 56,030 | 8,909 | 47,030 | 151,030 | 56,030 | 8,909 | 6,030 | 192,030 | 6,030 | 58,909 | 6,030 | 47,030 | 151,230 | 56,230 |
| Operating Cash Flow | 47,170 | (82,030) | 3,970 | 51,091 | 12,970 | (91,030) | 3,970 | 51,091 | 53,970 | (132,030) | 53,970 | 1,091 | 53,970 | 12,970 | (79,230) | 15,770 |
| Adequate protection pmt | 10,000 | | | | 10,000 | | | | | 10,000 | | | | 10,000 | | |
| UST Fees | | | | | | | | | | | | 14,500 | | | | |
| Net Cash Flow | 37,170 | (82,030) | 3,970 | 51,091 | 2,970 | (91,030) | 3,970 | 51,091 | 53,970 | (142,030) | 53,970 | (13,409) | 53,970 | 2,970 | (79,230) | 15,770 |
| Ending Balance | 216,382 | 134,352 | 138,322 | 189,413 | 192,383 | 101,353 | 105,323 | 156,414 | 210,384 | 68,354 | 122,324 | 108,915 | 162,885 | 165,855 | 86,625 | 102,395 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **SUPPLEMENT TO NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO USE CASH COLLATERAL THROUGH AND INCLUDING MAY 18, 2019** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 2, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Franklin C Adams**  franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com
- **Marc Andrews**  bankruptcycls@wellsfargo.com
- **Dustin P Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com
- **Lynn Brown**  notices@becket-lee.com
- **Brian W Byun**  bbyun@ci.vernon.ca.us
- **John H Choi**  johnchoi@kpcylaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com
- **Caroline Djang**  caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Dare Law**  dare.law@usdoj.gov
- **Alvin Mar**  alvin.mar@usdoj.gov
- **Matthew J Matern**  mmatern@maternlawgroup.com, lolarra@maternlawgroup.com;ereyes@maternlawgroup.com;rsuh@maternlawgroup.com;jboxer@maternlawgroup.com
- **Thor D McLaughlin**  tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com
- **Ernie Zachary Park**  ernie.park@bewleylaw.com
- **Ronald M Tucker**  rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Michael A Wallin**  mwallin@wallinrussell.com
- **Larry D Webb**  Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

**2. SERVED BY UNITED STATES MAIL**: On **January 2, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 2, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Attorney Service***
The Honorable Sandra R. Klein
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 2, 2019 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**